| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Pkwy, Golden, CO 80401<br>Telephone: 720-772-2500 | DATE FILED: April 20, 2022 11:13 AM<br>FILING ID: 2552384788147<br>CASE NUMBER: 2022CV30428 |
| **Plaintiff:**   BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,<br><br>v.<br><br>**Defendants:**  MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; LARRY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS. | ▲ COURT USE ONLY ▲<br><br>Case No.: 2022CV30428<br><br>Division: 15 |
| **ACCEPTANCE AND WAIVER OF SERVICE** | |

I, Michael Moates, hereby certify that I am the Registered Agent for The Global Institute of Behavioral Practitioners and Examiners, and that I have authority to waive and accept service on its behalf.  I thereby accept and acknowledge service of the Summons, Complaint, and Exhibit A in the captioned action and I hereby accept service of the same as if personal service had been made in accordance with the Colorado Rules of Civil Procedure.  I hereby waive the necessity for any other service.  Acceptance of this service does not waive any claim, defense, or objection in this matter.

Date: 20 April 2022

_____
Michael Moates, Registered Agent
The Global Institute of Behavioral Practitioners and Examiners