## AFFIDAVIT OF SERVICE

| Case:<br>2022CV30428 | Court:<br>1st Judicial District Court | County:<br>Jefferson, CO | Job:<br>6957796 (Moates 002488-000005) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Behavior Analyst Certification Board, Inc. | | Defendant / Respondent:<br>Michael Moates, et al | |
| Received by:<br>All Texas Process Servers | | For:<br>Hall Render Killian Heath & Lyman PC | |
| To be served upon:<br>Larry D Kieschnick | | | |

DATE FILED: May 9, 2022 10:35 AM
FILING ID: 865825DDE84DD
CASE NUMBER: 2022CV30428

I, Bob Roden, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Larry D Kieschnick, 9448 Castlewood Dr, Fort Worth, TX 76131-4262
**Manner of Service:**  Personal/Individual, Apr 20, 2022, 3:30 pm CDT
**Documents:**  Summons and Complaint (Received Apr 14, 2022 at 11:06am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Apr 19, 2022, 4:45 pm CDT at 9448 Castlewood Dr, Fort Worth, TX 76131-4262
There's no answer at the door. Dog inside. 91419DV is in the driveway. I left a card and a note on the door.

2) Successful Attempt: Apr 20, 2022, 3:30 pm CDT at 9448 Castlewood Dr, Fort Worth, TX 76131-4262 received by Larry D Kieschnick. Age: 51; Gender: Male; Other: 2016 Ford Fusion, Sedan 4D (red) Plate #: 1DV7587 2016 Honda Pilot, SUV 4D (white) Plate #: 91419DV TX 2007 Ford Edge, SUV 4D (red) Plate #: LGP7914 TX 2006 Dodge Dakota, Quad Cab 2D (yellow & black) Plate #: MKX4811 TX 2001 Foard F-150, crew cab 4D (red) Plate #: BDS2405 TX Corporate Affiliation(s) Family ▢ Wife: Misty Jo Kieschnick ▢ Step-son: Michael Moates;
Hand delivered

*I attest that every statement in this affidavit is true and correct and based on my personal knowledge.*

_____  05/06/2022
Bob Roden                    Date
Process Server

All Texas Process Servers
PO Box 1223
Quinlan, TX 75474-0021

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Kyle D Bowers
**Notary Public**
May 6, 2022
Date           Commission Expires

KYLE BOWERS
ID #129901141
My Commission Expires
July 29, 2022