## AFFIDAVIT OF SERVICE

| Case: 2022CV30428 | Court: 1st Judicial District Court | County: Jefferson, CO | Job: 6957791 (Moates 002488-000005) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Behavior Analyst Certification Board, Inc. | | **Defendant / Respondent:** Michael Moates, et al | |
| **Received by:** All Texas Process Servers | | **For:** Hall Render Killian Heath & Lyman PC | |
| **To be served upon:** Misty J Kieschnick | | | |

DATE FILED: May 9, 2022 10:35 AM
FILING ID: 865825DDE84DD
CASE NUMBER: 2022CV30428

I, Bob Roden, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Misty J Kieschnick, 9448 Castlewood Dr, Fort Worth, TX 76131-4262
**Manner of Service:** Authorized, Apr 20, 2022, 3:30 pm CDT
**Documents:** Summons and Complaint (Received Apr 14, 2022 at 11:30am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Apr 19, 2022, 4:45 am CDT at 9448 Castlewood Dr, Fort Worth, TX 76131-4262
No answer. Dog inside. I left a card and a note on the door.

2) Successful Attempt: Apr 20, 2022, 3:30 pm CDT at 9448 Castlewood Dr, Fort Worth, TX 76131-4262 received by Misty J Kieschnick. Age: 49; Ethnicity: Caucasian; Gender: Female;
Delivered to her Spouse Larry Kieschnick along with his papers as per the client.

*I attest that every statement in this affidavit is true and correct and based on my personal knowledge.*

[Signature] 05/06/2022
Bob Roden       Date
Process Server

All Texas Process Servers
PO Box 1223
Quinlan, TX 75474-0021

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Kyle D Bowers
Notary Public
May 6, 2022
Date      Commission Expires

KYLE BOWERS
ID #129901141
My Commission Expires
July 29, 2022