# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)

Martin J. Champagne, Jr., Esq. hereby submits his Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b), and in support thereof, states as follows.

### REQUEST FOR RELIEF

1. D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation to unrepresented parties (including unrepresented prisoners) in civil actions in accordance with Colo. RPC 1.2(c), when ordered

by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

2.  Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

3.  Here, undersigned counsel seeks to enter a limited appearance to represent defendants Michael Moates, Misty Kieschnick, Larry Kieschnick and The Global Institute Of Behavioral Practitioners and Examiners in this action at their request for the limited purpose of the following: Notice of Removal and defense of any Motion to Remand; Motion to Dismiss for Lack of Personal Jurisdiction; and Motion to Dismiss Pursuant to C.R.S. §13-20-1101.

4.  Accordingly, undersigned counsel respectfully requests that this Court permit him to enter a limited appearance for the purpose of representing plaintiff in this action to represent defendants with respect to the Notice of Removal and defense of any Motion to Remand; Motion to Dismiss for Lack of Personal Jurisdiction; and Motion to Dismiss Pursuant to C.R.S. §13-20-1101.

5.  Attached as Exhibit "A" is undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

6. Defendants are not currently represented by counsel.[1]

7. Defendants are *pro se* parties in this civil action, defendants qualify for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

8. Undersigned counsel is an active member in good standing of the bar of this court, and thus is permitted to appear on the pro se party's behalf. Undersigned counsel certifies that defendants have requested and consented to limited representation as proposed herein.

9. In addition, undersigned counsel certifies that, in providing limited scope representation to defendants, counsel will comply with all rules of this Court, including the Federal Rules of Civil Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

10. Undersigned counsel requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been granted permission to withdraw from this case. Undersigned counsel also acknowledges that defendants will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case by mail.

11. Undersigned counsel certifies that, at the conclusion of the Notice of

---

[1] Undersigned counsel filed the Notice of Removal before filing this Motion per the instructions of the clerk as the Notice was required to be filed as the initiating document.

Removal and defense of any Motion to Remand; Motion to Dismiss for Lack of Personal Jurisdiction; and Motion to Dismiss Pursuant to C.R.S. §13-20-1101, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

12.   At the conclusion of this limited appearance, the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that he/she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to a possible default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to provide limited representation to defendants pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) for the purpose set forth in paragraph three (3) of this motion, permit undersigned counsel to file the attached Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED: May 19, 2022.

                                                Respectfully submitted,

                                                */s/ Martin J. Champagne, Jr.*
                                                Martin J. Champagne, Jr., #46554
                                                CHAMPAGNE LAW FIRM, LLC

        1626 N. Washington St.
Denver, CO 80202
(303) 625-4038 (phone)
(303) 845-9097 (facsimile)
mjc@champagne-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent the foregoing by email to the below named Service List.

                                            */s/ Martin J. Champagne, Jr.*
                                            Martin J. Champagne, Jr.

Service List:
Mark L. Sabey
Lindsay K. McManus
Hall, Render, Killian, Heath & Lyman, P.C.
999 17th Street, Suite 800
Denver, CO 80202
marksabey@hallrender.com
lmcmanus@hallrender.com