# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## [PROPOSED] ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 2(b)(1) and LAttyR 5(a)

PURSUANT to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) of the District of Colorado Local Rules of Practice and for good cause shown, the Motion for Leave to Provide Limited Scope Representation filed by Martin J. Champagne, Jr., Esq. filed on May 19, 2022 is **GRANTED**. Mr. Champagne may represent defendants for the limited purpose of the Notice of Removal and defense of any Motion to Remand; Motion to Dismiss for Lack of Personal Jurisdiction; and Motion to Dismiss Pursuant to C.R.S. §13-20-1101.

At the conclusion of this limited representation, Mr. Champagne shall file a motion for leave to withdraw from providing limited scope representation.

DATED at Denver, Colorado, this ___ day of May 2022.

BY THE COURT:

_____
United States District Judge