| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Pkwy, Golden, CO 80401<br>Telephone: 720-772-2500 | DATE FILED: April 14, 2022 12:38 PM<br>FILING ID: 555A4CB097FE0<br>CASE NUMBER: 2022CV30428 |
| **Plaintiff:**　　BEHAVIOR ANALYST CERTIFICATION<br>　　　　　　　BOARD, INC.<br><br>v.<br><br>**Defendants:**　MICHAEL MOATES, an individual;<br>　　　　　　　MISTY KIESCHNICK, an individual;<br>　　　　　　　LARRY KIESCHNICK, an individual; and<br>　　　　　　　THE GLOBAL INSTITUTE OF<br>　　　　　　　BEHAVIORAL PRACTITIONERS AND<br>　　　　　　　EXAMINERS. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br>Mark L. Sabey, #16319<br>Lindsay K. McManus, #56572<br>Hall, Render, Killian, Heath & Lyman, P.C.<br>999 17th Street, Suite 800, Denver, CO 80202<br>(303) 801-3538 / marksabey@hallrender.com<br>(303) 802-1293 / lmcmanus@hallrender.com | Case No.:　22CV30428<br><br>Division:　　15 |
| **COMPLAINT** | |

Plaintiff, Behavior Analyst Certification Board, Inc. ("the BACB"), by undersigned counsel, respectfully bring this Complaint against Michael Moates ("Moates"), Misty Kieschnick, Larry Kieschnick (hereinafter Misty and Larry shall be collectively referred to as the "Kieschnicks"), and the Global Institute of Behavioral Practitioners and Examiners (the "Organization"), for defamation *per se* and other related claims and, in support thereof states:

## INTRODUCTION

1.　　**Behavior analysis** is the science of behavior, with a history extending back to the early 20th century. Its guiding philosophy is behaviorism, which is based on the premise that

attempts to improve the human condition through behavior change (*e.g.,* education, behavioral health treatment, *etc.*) will be most effective if behavior itself is the primary focus.

2.      Behavior analysts work with a variety of populations and in a variety of settings, although the majority of them currently provide services to individuals with intellectual disabilities and autism spectrum disorder to help maximize independence by teaching adaptive behavior and minimizing or reducing problem behavior (*e.g.*, aggression, self injury).

3.      The BACB is a national nonprofit 501(c)(3) corporation established in 1998 to meet the professional credentialing needs of behavior analysts, governments, insurers, and consumers of behavior analysis services. The BACB is a credentialing organization that relies on its credibility with consumers and licensing authorities to attract professionals to attain its certifications.

4.      The BACB's certifications are broad and cover the wide range of practices and specialties applicable to the profession of applied behavior analysis.

5.      The BACB maintains a position as an industry leader in the behavior analyst sector, as it has over 175,000 current certificants. Currently 34 states have enacted licensure laws and affiliated regulations. Virtually all of those licensure laws and their implementing regulations defer to the BACB certification or standards to varying degrees.

6.      While the BACB has some jurisdiction over behavior analysts certified by the BACB, the BACB does not have any jurisdiction over the organizations, businesses or agencies where such behavior analysts are employed, or over the acts of other professionals who are not certified by the BACB.

7.      Moates was previously certified by the BACB as a Registered Behavior Technician ("RBT") and was previously bound by the BACB Ethics Code. That Code clearly identified its scope as limited to individuals certified or seeking certification by the BACB.

## PARTIES

8.      The BACB is a Florida nonprofit corporation with its principal place of business at 7950 Shaffer Parkway, Littleton, CO 80127.

9.      Moates is domiciled in Texas and resides at 2700 Colorado Blvd., Apt. 1526, Denton, TX 76210.

10.     The Global Institute of Behavioral Practitioners and Examiners is a Texas nonprofit corporation with its principal place of business at 2700 Colorado Blvd., Apt. 1526, Denton, TX 76210.

11.     Misty Kieschnick, a director of the Organization, is domiciled in Texas and resides at 9448 Castlewood Dr., Fort Worth, TX 76131.

12.     Larry Kieschnick, a director of the Organization, is domiciled in Texas and resides at 9448 Castlewood Dr., Fort Worth, TX 76131.

## JURISDICTION AND VENUE

13.     This Court has jurisdiction of the claims asserted in this Complaint pursuant to C.R.S. § 13-1-124, and Article 6, section 9 of the Colorado Constitution.

14.     Venue is proper in this Court pursuant to Colorado Rules of Civil Procedure ("C.R.C.P.") 98(c)(5) because BACB's primary place of business is in Jefferson County, which is where the injury occurred and the harm was experienced.

## FACTS COMMON TO ALL COUNTS

15.     Moates is licensed by the Virginia Department of Health Professions as a Behavior Analyst.

16.     Moates does not hold a certification from the BACB as a "Board Certified Behavior Analyst."

17.     Upon information and belief, Moates' mother is Misty Kieschnick.

18.     In December of 2021, Moates formed an organization named The Foundation for Transformation, naming the Kieschnicks as Directors thereof, along with Moates.

19.     In March of 2022, Moates amended The Foundation for Transformation's name to The Global Institute of Behavioral Practitioners and Examiners (the "Organization"), which has a website with a web address of https://gibpe.org/.

20.     Upon information and belief, Moates, Misty Kieschnick, and Larry Kieschnick are the directors of the Organization.

21.     According to the Organization's website, which is readily accessible by the public, the Organization offers coursework, continuing education, and specialty certifications in behavioral sciences, as well as community resources. In reality, Moates uses the Organization as a vehicle to tarnish the reputation of the BACB in order to further Moates' personal vendettas.

22.     Specifically, Moates uses his Organization's website, as well as other platforms, including the State of Virginia Board of Medicine public comments and https://original.newsbreak.com to promulgate and perpetuate falsehoods about the BACB.

23.     Moates and his Organization, in a concerted and intentional effort to undermine the BACB, have published nationwide numerous demonstrably false statements that are defamatory *per se* about the BACB, including but not limited to the following:

    a.    The BACB has engaged in illegal or criminal activities, including monopoly and anti-competitive behavior through collusion with the Association of Professional Behavior Analysts. For example, "…the BACB has engaged in illegal anti-competitive behavior and formed a monopoly by lobbying across the United States."

    b.    The BACB is causing "harm" to the field of behavior analysis because it focuses mainly on autism and is unwilling to collaborate with and work with other mental health fields. The BACB has many deficiencies and its governing Board "ONLY focuses on one specialty."

    c.    The BACB is involved in allowing electric currents to go through the bodies of kids.

    d.    The BACB condones shocking minor children for maladaptive behaviors.

    e.    The BACB is allowing "human rights violations."

    f.    The BACB "gives its seal of approval to torture."

    g.    The BACB is unethical and "has no idea what ethics are."

    h.    Because the BACB is pulling out of the international market, individuals who want to practice [behavior analysis] internationally will be unable to.

    i.    The "BACB discriminates against people of color" and is trying to make the BACB certificant pool more "White American."

j.      The BACB sought to "block off" providers during the COVID-19 pandicmic.

24.     These statements have been made on behalf of Moates personally and on behalf of the Organization.

25.     As an individual previously certified at the technician-level by the BACB, Moates knew or should have known that his statements were untrue and that they left a false impression with the readers.

26.     Moates has threatened to continue to broadly publish his defamatory statements nationwide.

27.     On April 8, 2022, Moates sent an email to Plaintiff's counsel stating that, if BACB did not "settle" with him, he would spread numerous falsehoods to the United States Congress, every state legislature, thousands of members of the press across the country, various organizations such as the ACLU, and various candidates across the country for Governor, Attorney General, and state and federal legislature.

28.     In this same email, Moates threatened that "settle or we go to war. Your choice." The BACB did not settle.

29.     On April 11, 2022, Moates followed through with one of the above-mentioned threats by sending the letter attached as Exhibit A to Congress that asserts the same defamatory statements listed above.

30.     In light of the actions Moates has taken to threaten BACB and to spread the falsehoods described herein, the BACB has reason to believe Moates will continue his tortious efforts to further cause damage to the BACB.

### FIRST CAUSE OF ACTION
#### *Defamation Per Se*
*(As to the Statements Determined by the Court
to Pertain to a Matter of Public Interest or General Concern)*

31.     The BACB repeats and realleges the allegations set forth in the above paragraphs.

32.     Moates published accusations and allegations that are false.

33.     The accusations and allegations published by Moates included false statements that harmed BACB's professional reputation and asserted that the BACB has engaged in criminal activity.

34.     The substance or gist of the statements were false at the time they were published and the false statements were such that the publication as a whole was false.

35.     At the time of publication to third parties, Moates knew that the statements were false or made the statements with reckless disregard as to whether they were false.

### SECOND CAUSE OF ACTION
#### *Defamation Per Quod*
*(As to the Statements Determined by the Court
to Pertain to a Matter of Public Interest or General Concern)*

36.     The BACB repeats and realleges the allegations set forth in the above paragraphs.

37.     Moates published accusations and allegations that are false.

38.     Readers of the statements published by Moates understood the statements to be defamatory.

39.     The substance or gist of the statements were false at the time they were published and the false statements were such that the publication as a whole was false.

40.     At the time of publication to third parties, Moates knew that the statements were false or made the statements with reckless disregard as to whether they were false.

41.     Publication of these remarks has resulted in damage to Plaintiff's reputation in the community and economic loss, including, but not limited to, the following:

        a.     Damages to the BACB's reputation;

        b.     Damages for inconvenience;

        c.     Loss of earnings or income and ability to earn money in the future;

        d.     Other damages that may arise during the course of discovery and the course of this trial.

### THIRD CAUSE OF ACTION
### *Libel Per Se*
*(Pled in the Alternative as to Statements the Court Finds*
*Do <u>Not</u> Pertain to a Matter of Public Interest or General Concern)*

42.     The BACB repeats and realleges the allegations set forth in the above paragraphs.

43.      Moates published accusations and allegations that are false.

### FOURTH CAUSE OF ACTION
### *Defamation Per Quod*
*(Pled in the Alternative as to Statements the Court Finds*
*Do <u>Not</u> Pertain to a Matter of Public Interest or General Concern)*

44.     The BACB repeats and realleges the allegations set forth in the above paragraphs.

45.     Moates published accusations and allegations that are defamatory.

46.     The accusations and allegations were about the BACB.

47.     The publication of the accusations and allegations caused special damages to the BACB including:

        a.     Damages to the BACB's reputation;

        b.     Damages for inconvenience;

        c.     Loss of earnings or income and ability to earn money in the future;

    d.      Other damages that may arise during the course of discovery and the course of this trial.

**FIFTH CAUSE OF ACTION**
*Piercing the Corporate Veil*

48.      The BACB repeats and realleges the allegations set forth in the above paragraphs.

49.      Moates was the incorporator of Organization.

50.      Upon information and belief, the only directors of Organization were Moates and the Kieschnicks such that they so organized and controlled Organization's affairs that the Organization was a mere instrumentality of their personal affairs.

51.      Upon information and belief, Moates and the Kieschnicks have not observed corporate formalities.

52.      Upon information and belief, Moates and the Kieschnicks treated the Organization as their personal corporation, as evidenced by the fact that Moates used his personal housing address in its incorporation documents.

53.      Upon information and belief, Moates, the Kieschnicks, and Organization were so closely connected that the Organization was the mere "alter ego" of Moates and the Kieschnicks and vice versa.

54.      Upon information and belief, Moates and the Kieschnicks used the Organization to defame the BACB.

55.      Upon information and belief, Moates' and the Kieschnicks' manipulation and misuse of the Organization's corporate form was a conscious attempt to avoid liability and proximately caused the BACB monetary harm.

56.     Disregarding the Organization's corporate form would achieve an equitable result such that Moates and the Kieschnicks should be held personally liable for all the damages alleged in this Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, the Behavior Analyst Certification Board, Inc., respectfully requests that:

A.     The Court grant judgment against Moates, the Kieschnicks, and the Organization, jointly and severally.

B.     The Court grant injunctive relief against Moates, the Kieschnicks, and the Organization.

C.     The Court award punitive and exemplary damages.

D.     The Court award the BACB an amount that includes the BACB's compensatory damages, costs, and all other just and proper relief.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Dated this 14th day of April, 2022.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

By:  /s/Mark L. Sabey
          Mark L. Sabey, #16319
          Lindsay K. McManus, #56572

*Attorneys for Plaintiff*

Plaintiff's Address:
Behavior Analyst Certification Board, Inc.
7950 Shaffer Parkway
Littleton, Colorado 80127

**EXHIBIT A**

**MEMBERS OF THE UNITED STATES CONGRESS**

DATE FILED: April 14, 2022 12:38 PM
FILING ID: 555A4CB097FE0
CASE NUMBER: 2022CV30428

| | |
|---|---|
| The Honorable Chuck Schumer<br>Majority Leader, US Senate<br>322 Hart Senate Office Building<br>Washington, D.C. 20510 | The Honorable Mitch McConnell<br>Minority Leader, US Senate<br>317 Russell Senate Office Building<br>Washington, DC 20510 |
| The Honorable Dick Durbin<br>Majority Whip, US Senate<br>711 Hart Senate Building<br>Washington, D.C. 20510 | The Honorable John Thune<br>Minority Whip, US Senate<br>United States Senate SD-511<br>Washington, DC 20510 |
| The Honorable Nancy Pelosi<br>Speaker, US House of Rep.<br>1236 Longworth H.O.B.<br>Washington, DC 20515 | The Honorable Steny Hoyer<br>Majority Leader, US House of Rep.<br>1705 Longworth House Office Building<br>Washington, D.C. 20515 |
| The Honorable Kevin McCarthy<br>Minority Leader, US House of Representatives<br>2468 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Jim Clyburn<br>Majority Whip, US House of Representatives<br>274 Cannon House Office Building<br>Washington, DC 20515 |
| The Honorable Steve Scalise<br>Minority Whip, US House of Representatives<br>2049 Rayburn HOB<br>Washington, DC 20515 | The Honorable Maria Cantwell<br>Chairwoman, US Senate Committee on Commerce, Science, and Transportation<br>511 Hart Senate Office Building<br>Washington, DC 20510 |
| The Honorable Roger Wicker<br>Ranking Member, US Senate Committee on Commerce, Science, and Transportation<br>555 Dirksen Senate Office Building<br>Washington, DC 20510 | The Honorable Patty Murray<br>Chairwoman, US Senate Committee on Health, Education, Labor, and Pensions<br>154 Russell Senate Office Building<br>Washington, D.C. |
| The Honorable Richard Burr<br>Ranking Member, US Senate Committee on Health, Education, Labor, and Pensions<br>217 Russell Senate Office Building<br>Washington, DC 20510 | The Honorable Robert Scott<br>Chairman, US House Committee on Education and Labor<br>2328 Rayburn House Office Building<br>Washington, DC 20515 |

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

| | |
|---|---|
| The Honorable Virginia Foxx<br>Ranking Member, US House Committee on Education and Labor<br>2462 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Eddie Bernice Johnson<br>Chairwoman, US House Committee on Science, Space, and Technology<br>2306 Rayburn Office Building<br>Washington, DC 20515 |
| The Honorable Frank Lucas<br>Ranking Member, US House Committee on Science, Space, and Technology<br>2405 Rayburn HOB<br>Washington, DC 20515 | The Honorable Frank Pallone<br>Chairman, US House Committee on Energy and Commerce<br>2107 Rayburn HOB<br>Washington, DC 20515 |
| The Honorable Cathy McMorris Rodgers<br>Ranking Member, US House Committee on Energy and Commerce<br>1035 Longworth House Office Building<br>Washington, DC 20515 | The Honorable Carolyn Maloney<br>Chairwoman, US House Committee on Oversight and Reform<br>2308 Rayburn House Office Building<br>Washington, DC 20515 |
| The Honorable James Comer<br>Ranking Member, US House Committee on Oversight and Reform<br>2410 Rayburn HOB<br>Washington, DC 20515 | |

## MEMBERS OF THE UNITED STATES EXECUTIVE BRANCH

| | |
|---|---|
| The Honorable Joseph R Biden, Jr.<br>Executive Office of the President<br>The White House<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500 | The Honorable Kamala Harris<br>Office of the Vice President<br>President of the United States Senate<br>Eisenhower Executive Office Building<br>Washington, DC 20501 |
| Dr. Jill Biden<br>Office of the First Lady<br>The White House<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500 | Dr. Alondra Nelson<br>Director, Office of Science and Technology Policy<br>Eisenhower Executive Office Building<br>1650 Pennsylvania Avenue<br>Washington, D.C. 20504 |
| | |

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

| | |
|---|---|
| Ambassador Susan Rice, DPhil<br>Director, Domestic Policy Council<br>Room 469, Eisenhower Executive Office<br>Building, Washington, DC 20502 | Cedric Richmond, Esq<br>Director, Office of Public Engagement<br>1600 Pennsylvania Avenue NW.<br>Washington, DC 20500 |
| The Honorable Xavier Becerra, Esq<br>Secretary of Health and Human Services<br>200 Independence Avenue SW.<br>Washington, DC 20201 | The Honorable Merrick Garland, Esq<br>Attorney General of the United States<br>950 Pennsylvania Avenue NW.<br>Washington, DC 20530 |
| The Honorable Miguel Cardona, EdD<br>Secretary of Education<br>400 Maryland Avenue SW.<br>Washington, DC 20202 | The Honorable Lloyd Austin, GEN, USA (ret.)<br>Secretary of Defense<br>The Pentagon<br>Washington, DC 20301-1155 |
| The Honorable Gina Raimondo, DPhil, Esq<br>Secretary of Commerce<br>Fourteenth St. and Constitution Avenue NW.<br>Washington, DC 20230 | Commissioner Lina Khan, Esq<br>Chair of the Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 |
| Commissioner Charles Rettig<br>Internal Revenue Service<br>1111 Constitution Ave, NW<br>Washington, DC 20224 | Commissioner Robert Califf, MD<br>Food and Drug Administration<br>10903 New Hampshire Ave<br>Silver Spring, MD 20993-0002 |

**VARIOUS STATE BOARDS REVIEWING THESE ISSUES**

| | |
|---|---|
| Dr. William L. Harp, Executive Director<br>Virginia Board of Medicine<br>9960 Mayland Drive, Suite 300<br>Henrico, VA 23233 | Michael Arismendez, Executive Director<br>Texas Dept. of Licensing and Regulation<br>P.O. Box 12157<br>Austin, Texas 78711 |
| Pamela Goose, Executive Director<br>State Committee on Psychologists<br>3605 Missouri Boulevard<br>P.O. Box 1335<br>Jefferson City, MO  65102-1335 | Anne Thompson, Policy Analyst<br>Oregon Health Authority<br>1430 Tandem Ave. NE, Suite 180<br>Salem, OR 97301 |
| | |

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTIITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

| | |
|---|---|
| Stephanie Vaughn, HSQA Regulatory Affairs<br>Washington State Department of Health<br>111 Israel Rd SE<br>Tumwater, WA 98501 | David Fye, Esq, Executive Director<br>Kansas Behavioral Sciences Regulatory Board<br>Eisenhower State Office Building<br>700 S.W. Harrison St, Ste 420,<br>Topeka, KS 66603-3817 |

**ADDITIONAL BODIES**

| | |
|---|---|
| Joe Bhatia, Chief Executive Officer<br>American National Standards Institutes<br>1899, L Street Suite 1100<br>Washington DC 20036 | Dr. Vijay Krishna, VP, Credentialing<br>ANSI National Accreditation Board<br>1899, L Street Suite 1100<br>Washington DC 20036<br>vkrishna@anab.org |
| Denise Roosendaal, Executive Director<br>Institute for Credentialing Excellence<br>2001 K Street NW<br>3rd Floor North<br>Washington, DC 20006 | Her Excellency Michelle Bachelet Jeria, MD<br>High Commissioner<br>United Nations Human Rights Commission<br>Palais Wilson<br>52 rue des Pâquis<br>CH-1201 Geneva, Switzerland |
| Robbi Cooper, Disability Advocate<br>Decoding Dyslexia Texas | |

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

**SENT VIA ELECTRONIC MAIL**
**SENT VIA US POSTAL SERVICE**

**Monday, April 11, 2022**

**Subject: Concerns Regarding the Abuses in the Practice of Behavior Analysis**

Mr. President, Madam Vice President, Members of Congress, Cabinet Secretaries, and

Organizational Leaders:

I am deeply troubled that I must write you today, but it is time to address various

problems that are taking place in the field of behavior analysis. To give you a brief history, the

field of behaviorism, now behavior analysis was introduced in the 1930's by Dr. B.F. Skinner

based on the belief that covert behavior including cognition and emotions are subject to the

same environmental variables as observable behavior. This became known as radical

behaviorism[1].

Even though the field is relatively old, the licensure and certification of behavior

analysts is relatively new. The first states to create the License Behavior Analyst credential

started in 2009. Presently, 34 states have a credential in behavior analysis. Most states have

created a statute that requires someone to be certified in behavior analysis by a credentialing

board that is certified by the ANSI National Accreditation Board or the National Commission on

Certifying Agencies. For example, you can see the statute in the State of Texas[2]. However,

despite this, many behavior analysis boards made up of mostly individuals certified by the

Behavior Analyst Certification Board and they have created administrative rules that block

---

[1] https://psychology.fas.harvard.edu/people/b-f-skinner
[2] https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

other certifying boards besides their own. This is because the Behavior Analyst Certification

Board and the Association of Professional Behavior Analysts have engaged in anti-competitive

practices and degrade other organizations rather than collaborating with them[3]. In fact, the

Association of Professional Behavior Analysts has engaged in tactics meant to mislead state

governments.

This should be of grave concern for the government because as you are aware, there are

limitations to the how the government cannot force citizens to associate with 3rd parties to

enjoy certain liberties. Further, the Behavior Analyst Certification Board continues to certify

various board members of the Judge Rotenberg Center in Canton, Massachusetts. The

leadership allows the staff to electrocyte, and shock students[4] diagnosed with Autism for what

they call bad behavior, however this can be reasonable things such as not taking off a coat

because the patient is cold. This is a grave violation of consent. They are violating these most

vulnerable students who are helpless and unable to advocate for themselves so they can make

nearly $200,000 a year. You should know, the United Nations has designated this practice led

by Board Certified Behavior Analysts as physically torturing the disabled[5]. To date, the Behavior

Analyst Certification Board says they do not have the jurisdiction to revoke the certification of

the people and leadership engaging in this horrible practice. But on the opposite, they continue

to claim that they are the best, specifically the "leaders," to determine the ethics and

competency of behavior analysts across the county[6]. You can read more about this in a book

---

[3] https://www.capitol.hawaii.gov/Session2017/Testimony/SB739_TESTIMONY_CPH_02-24-17.PDF
[4] https://www.youtube.com/watch?v=Ko-ip3MImik
[5] https://www.documentcloud.org/documents/2300749-report-of-the-special-rapporteur-on-torture.html
[6] https://www.Behavior Analyst Certification Board.com/about/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

written by Dr. Jan Nisbet, Senior Vice Provost for Research at the University of New Hampshire titled Pain and Shock in America: Politics, Advocacy, and the Controversial Treatment of People with Disabilities[7].

Torture is likely a violation of many peoples First Amendment rights under religious views and since many state governments require you to be certified by the Behavior Analyst Certification Board to obtain a license in behavior analysis. This is on the same level of what happened to George Floyd. I encourage you and deeply implore you to watch the YouTube linked video above.



*Figure 1: Student with Autism Tied Face Down and Shocked 37 Times*

Finally, there are some other things to consider:

- The BEHAVIOR ANALYST CERTIFICATION BOARD is engaging in anti-competitive practices in violation of the law:
  - o   Outside of fighting various legislatures to only allow their certification for licensure, they have created a secret mailing list hidden from the public where

---

[7] https://press.uchicago.edu/ucp/books/book/distributed/P/bo122975350.html

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

the board can conspire with various state boards to make sure they are the only

accepted for licensure.

o   Our organization being greatly concerned by these actions taken by the

BEHAVIOR ANALYST CERTIFICATION BOARD filed articles of corporation as a non-

profit corporation in Texas. We then applied for 501(c)3 tax-exempt status. This

is currently pending. We have planned to offer the following certifications once

we are able to:

- **PRACTITONERS**

- Board Certified Animal Behavior Practitioner (BC-ABP)

- Board Certified Chemical Dependency Behavior Practitioner (BC-CDBP)

- Board Certified Clinical Mental Health Behavior Practitioner (BC-CMHBP)

- Board Certified First Responder Behavior Interventionist (BC-FRBI)

- Board Certified Intellectual Disabilities Behavior Practitioner (BC-IDBP)

- Board Certified Sex Addiction Behavior Practitioner (BC-SABP)

- **EXAMINERS**

- Board Certified Behavior Examiner (BCBE)

- Forensic Behavior Analyst – Board Certified (FBA-BC)

- Organizational Behavior Analyst – Board Certified (OBA-BC)

- **SCIENTIST**

- Experimental Human Behavior Analyst – Board Certified (EHBA-BC)

- **ACADEMIC**

- Education Behavior Practitioner – Board Certified (EBP-BC)

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- **Board Certified Behavior Analysis Instructor (BCBAI)**

- **Conversion – diplomat status**

- Diplomate of Behavior Medicine (DBM) – Psychiatrists

- Diplomate of Behavior Psychology (DBP) – Psychologists

- Associate Diplomate of Behavior Medicine (DBM)℠ – Psychiatric Nurse Practitioners, Physician Assistants Associate

- Diplomate of Behavior Psychology (DBP) – Master level Clinicians – LPC, LMFT, LCDC, LCSW, etc…

o We received a letter from Attorney David Kelly threatening our non-profit organization saying that the highlighted certification names could not be used because they were too close to Board Certified Behavior Analyst.

o In addition, the attorney threatened me personally with litigation by stating that I could not say I was Board Certified in Behavior Analysis or as a Behavior Analyst because it would infringe on their trademark. I let him know that under 15 USC 1125 (c)(3) that since I was triple board certified as a behavior analyst by the Virginia Board of Medicine, Qualified Applied Credentialing Board, and the International Behavior Analysis Organization (Board) that I was using the term board-certified to describe myself and not as a service offered or trade, I therefore was exempt from civil action[8]. They are clearly intent on blocking any other agencies from existing. Apparently, unlike other fields such as nursing,

---

[8] https://www.law.cornell.edu/uscode/text/15/1125

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

psychology, addiction, counseling, etc. the Behavior Analyst Certification Board

intends to fight against any other behavior analysis certification rather than

collaborate.

- The BEHAVIOR ANALYST CERTIFICATION BOARD lacks diversity and is even getting worse

  at its standards for diversity. 85% of its certified are female with just over 13% of its

  certified as male. 0.38% are American Indian/Natives. 6.61% are Asian. 9% of Behavior

  Analysts are African American. 21% are Hispanic[9]. This is a real problem for

  disadvantaged communities and people who prefer a male analyst in healthcare.

- 72% of its certified are practitioners in the field of Autism Spectrum Disorder and 10%

  choose not to identify. That leaves 12% of individuals to work in other fields. This leaves

  the following number of analysts in the United States:

    - Sports/Fitness – 39

    - Organizational - 365

    - Education - 6701

    - Public Policy – 49

    - Research - 19

    - Corrections - 49

    - Supervision - 177

    - Intellectual Disability - 2734

    - Child Welfare - 99

---

[9] https://www.Behavior Analyst Certification Board.com/Behavior Analyst Certification Board-certificant-data/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- o   Parent Training - 493

- o   Higher Education - 642

- o   Pediatrics - 458

- o   Clinical Behavior Analysis - 1762

- o   Gerontology - 62

- o   Addiction – BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Animal - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Prevention Behavior - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Life Coaching - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Non-Profit - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   LGBTQ - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Learning Disability - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Sexual Behavior - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Environment Preservation - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o   Security Analysis - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- The BEHAVIOR ANALYST CERTIFICATION BOARD seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behavior analysts. While psychologists, psychiatrists, social workers, professional counselors, and other related fields retain the right to practice behavior analysis, the BEHAVIOR ANALYST CERTIFICATION BOARD does not recognize them as supervisors of behavior analysis. They recognize their certified BCBA's and their

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

approved VC Instructors. But a psychiatrist at a mental health institution engaged in the reduction of maladaptive behaviors cannot supervise technicians according to the organization[10].

- The Association for Professional Behavior Analysts will attempt to mislead you into believing that requiring certification from one organization is routine, but this is entirely inaccurate. What is typically required is the passage of an examination by an organization. Unfortunately, the BEHAVIOR ANALYST CERTIFICATION BOARD is not like most organizations that offer examinations because they do not allow individuals to take the exam based on the federal or state government requirements nor do they allow individuals to take the exams without becoming certified by their agency or forcing them to affiliate. The BEHAVIOR ANALYST CERTIFICATION BOARD differs in this from other organizations such as National Board for Certified Counselors, Association of State and Provincial Psychological Boards, Association of Social Work Boards, International Certification and Reciprocity Consortium, Educational Testing Service, and many others. These cover Counseling, Psychology, Social Work, and Chemical/Substance Abuse, and School Psychology. These agencies are the leaders in mental health, and they allow individuals who are qualified to take their exams without requiring certification. In the case of Advanced Nurse Practitioners, there are multiple boards that are accepted for APRN practice.

---

[10] https://www.Behavior Analyst Certification Board.com/bcba-handbook/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- The Behavior Analyst Certification Board has announced that starting in 2023 it will no longer issue certifications globally[11].  This creates a big problem for international students, military families, and those coming to the US from abroad. Not only will they not be able to get certified but given the Behavior Analyst Certification Boards monopoly hold on the licensing, they will be unable to obtain licensure without starting the supervision process over. People who want to practice via tele-health are blocked from getting licensed due to the restriction of one credential not offered overseas. Further, the exams that were previously offered in multiple languages are now discontinued by the Behavior Analyst Certification Board.

**LEGAL CONSIDERATIONS**

- First, as everyone is aware, the Bill of Rights does not apply to private entitles. However, the government, if complicit, with a corporation could still violate the rights of the people. When the State of Massachusetts paid the Judge Rotenberg Center $1.7 million, the government funded a program that shocks children[12].

- Second, the federal and state government paying for the shocking of disabled children to "punish them" with the intent of decreasing a specific behavior is a grave violation of the Eighth Amendment. They receive Medicaid funding[13]. Being shocked because you are unwilling to take off your coat is cruel and highly unusual. We don't even treat prisoners at Guantanamo Bay this way.

---

[11] https://press.uchicago.edu/ucp/books/book/distributed/P/bo122975350.html
[12] https://commonwealthmagazine.org/education/time-to-end-public-funding-of-judge-rotenberg-center/
[13] https://autistichoya.files.wordpress.com/2013/04/cms-letter-to-ma-eohhs-11jul12.pdf

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Third, the Behavior Analyst Certification Board is aware of such actions and is not holding its own certified accountable for the actions they have taken while participating in this horrific human rights violation. Although, it does not require any particular behavior, federal nor state governments can force people to associate with an organization to enjoy liberties like practicing behavior analysis. As it stands now, in many states you would be forced to be certified by the Behavior Analyst Certification Board to be licensed. That means a citizen would have to give up various First Amendment rights to practice which is unlawful. We submit to federal and state legislatures that any language that forces a citizen to associate with a specific organization, is unlawful.  We intend to challenge such statutes in federal court.

- Fourth, the Behavior Analyst Certification Board has engaged in anti-competitive practices. Its secret email list with state regulators is intended to be hidden from the public so that they can engage in non-transparent practices. The only reason we became aware of this secret email list was because the Texas Department of Licensing and Regulation was required to disclose it in a Public Information Act Request by law. You can view the email server that access this secret list by visiting: http://list.Behavior Analyst Certification Board.com.

- Fifth, the Behavior Analyst Certification Board has abused the US Trademark system by trademarking generic-descriptive names so that their attorneys can threaten people and charities for using those descriptors or anything broadly close. They do this to block any other organizations from attempting to certify in behavior analysis.

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR



*Figure 2: The Hidden Behavior Analyst Certification Board Private Email Server*



*Figure 3: Behavior Analyst Certification Board Blocking Public From Seeing Communications with Regulators*

- Sixth, the Behavior Analyst Certification Board has discriminated against people outside of Autism Spectrum Disorder. They have created culture that to be licensed by the government, you must be certified by them. One of their certification requirements is supervision. Of their approved supervisors, 72% are Autism based. This leaves less than 5,000 people in the field of behavior analysis throughout world to deal with ADHD, PTSD, Substance Addiction, Sex Addiction, Gambling, Animal Behavior, Forensic Analysis, etc. All of these have maladaptive behaviors that can be addressed by a behavior analyst. Under the Americans with Disabilities Act of 1990 (a), Congress found that

THE GLOBAL INSTITIUE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITITUE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

"individuals with disabilities continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects of architectural, transportation, and communication barriers, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria, segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities;" They have made it nearly impossible for someone outside of Autism to get treated by a behavior analyst effectively. This is a violation of 42 U.S. Code § 12182 - Prohibition of discrimination by public accommodations which states "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public accommodation." This is blanket discrimination.

- Seventh, while the Behavior Analyst Certification Board as an ADA process for its exam, it does not have an ADA process for those under supervision.

- Eighth, the Behavior Analyst Certification Board has conspired with Association of Professional Behavior Analysts to circumvent the law under its 501(c)3 tax exemption. The Behavior Analyst Certification Board pushes its members to the Association of Professional Behavior Analysts[14]. The Association of Professional Behavior Analysts states on its website "the Behavior Analyst Certification Board, Inc. is an international

---

[14] https://www.bacb.com/for-regulators/

THE GLOBAL INSTITITUE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

organization concerned with professional interests, it is a credentialing body rather than a membership organization and is constrained in its involvement in certain activities by virtue of its mission and its 501(c)(3) nonprofit status[15]" that is where they come in, they do what the Behavior Analyst Certification Board cannot on behalf of them.

1. Ninth, the 10th Amendment gives the powers not delegated to the United States to the states, not corporations such as the Behavior Analyst Certification Board or the Association of Professional Behavior Analysts. The government should be required to do its job rather than outsource to one corporation. If the state chooses not to retain its right the Constitution does not say the rights, then get transferred to a 3rd party corporation… it says just the opposite "reserved to the States respectively, or to the people."

- Tenth, using Texas as an example, there is an emergent need for additional ABA providers. Licensed Behavior Analysts take on an average case load of 15 clients at the maximum. There is a total of 3,577 behavior analysts in Texas. In Texas, 201,617 minors have Autism,[16] that means that currently to offer ABA to just student with Autism behavior analysts would have to take on a caseload of 56 clients. Currently of the 201,617 students with Autism, if the average behavior analyst took a normal case load of 15, only 53,655 students would receive care. This monopoly has created a crisis. Every day that goes by makes it harder to intervene because it is best to start services as young as possible.

---

[15] https://www.apbahome.net/page/About
[16] https://www.hhs.texas.gov/sites/default/files/documents/laws-regulations/reports-presentations/2020/texas-autism-council-report-april-2019.pdf

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Eleventh, still using the State of Texas as an example, many states have carved out various exemptions. However, it has missed so many things. Here are a few examples of those practicing in accordance with the above definition and by virtue of practicing are in violation of the law:

    a. Prison Guards – They have someone in a different environment, they attempt to modify their behavior and rehabilitate prisoners. Prisoners are punished for bad behavior and rewarded for good behavior. Prison Guards do not have a scope of practice that includes Applied Behavior Analysis.

    b. Psychiatric Technicians – While behavior technicians under the supervision of a Licensed Behavior Analyst (BCBA), those implementing psychiatric behavior analysis at a mental hospital are doing so under a psychiatrist and are not covered by the law. The psychiatrist would be covered by the law, but the technicians are not licensed in the State of Texas and therefore would not be exempt from the implementation of behavior analytic services.

    c. Federal Behavior Analysts – Members of the FBI's NCAVC Behavior Analysis Unit get requests from federal, state, local, and international law enforcement and some days can be in a state for many days. Under Section B above, they would only be covered for 20 days and that is assuming they are licensed in another state. Most empirical behavior analyst do not require licensure.

- Twelfth, the Fourteenth Amendment requires equal treatment under the law. However, this is not taking place. They are treating different certification boards as less when they are equally as qualified. Further, rules are created in most states by behavior analyst

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

advisory boards. But these boards represent the Behavior Analyst Certification Board only. In no state to date is any other certification board represented despite there being many.

### **PATH FORWARD AND SUGGESTIONS**

- First and foremost, I encourage the Office of Civil Rights at the Department of Justice to continue its investigation into the Judge Rotenberg Center in Canton, MA. This practice is child abuse and those responsible must be held accountable for their grave human rights violations against the disabled.

- Second, I implore the Food and Drug Administration to stay the course and continue fighting this grave injustice in court. For everyone else's reference, the case is JUDGE ROTENBERG EDUCATIONAL CENTER, INC. v. U.S. FOOD AND DRUG ADMINISTRATION (1:17-cv-02092) in the District Court of the District of Columbia.

- Third, I request that the Federal Trade Commission open an investigation into the anti-competitive behavior of the Behavior Analyst Certification Board. Also, address states that willingly create a monopoly by blocking alternative certification boards.

- Fourth, I implore the Department of Defense to continue working with other providers outside the Behavior Analyst Certification Board

- Fifth, I implore both Houses of Congress at the Federal and State level to open an investigation into the practice of behavior analysis and the standards surrounding the field. I would be happy to testify in an open hearing about the abuses, manipulation, segregation, and other negative impacts the Behavior Analyst Certification Board has on the field of behavior analysis and psychology.

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Sixth, in the coming days our organization will take initiate to work on presenting rules that ban the use of electric shock devices. Further, we will seek to amend rules to include other certification boards in behavior analysis.

- Seventh, I ask the Department of Education to continue its investigation into the State of Texas and the way it treats the disabled. Further, I ask that you consider opening an investigation into the Texas Department of Licensing and Regulation who is ultimately responsible for Dyslexia Practitioners and Behavior Analysts as they continue to fail in their responsibilities of making providers available. Frankly, the Texas Education Agency and the Texas Behavioral Health Executive Council should have been given jurisdiction over these fields not the agency that handles electric work, air conditioners, and tow trucks. It's no wonder this is failing. Also, the behavior analysis advisory board has not met in over a year. Nor has the Dyslexia Therapy Advisory Committee. Therefore, the state continues to have problems because they are derelict in their duties.

- Eight, I ask the Internal Revenue to open an investigation into both the Behavior Analyst Certification Board and its co-conspirer the Association of Professional Behavior Analysts. Based on the lobbying, monopolistic, and anti-trust actions. These actions have led to their Board of Directors and their certified personally benefiting from their non-profit "charity" status. Because less providers means more money and clients for them. I will use a different state this time. In the State of Virginia, the head of the association, Amanda Randal, BCBA makes over $6,000[17] for each speaking engagement she attends

---

[17] https://atlanticspeakersbureau.com/dr-amanda-randall-autism/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

and has hired a public relations firm to represent her. It is time to stop worrying about

speaking engagement and book deals and to focus on the client.


Ladies and Gentlemen: we **MUST** act. The Behavior Analyst Certification Board is a threat to the

various intellectually disabled communities. They cannot be allowed to continue or we at the

bare minimum must offer consumers an alternative to the organization credentialing those

engaging in human rights violations.


I applaud the United Nations for calling this what it is, torture.

I applaud the work done by Dr. Jan Nisbet.


I appreciate the work of the various state boards who have already begun talking about this

issue.


Our organization will stand alongside them and continue to fight against these grave violations.


Very Respectfully,

Prof. Michael Moates, MA, QBA, LBA, QMHP-R

Executive Director, Global Inst. For Behavior Practitioners and Examiners

Licensed Behavior Analyst, Virginia Board of Medicine

Adjunct College Professor, University of the People


THE GLOBAL INSTITIUE FOR BEHAVIOR PRACTITIENERS IS A NON-PROFIT ORGANIZATION