# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
Judge

303-844-2527

May 19, 2022

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock    s/LTB

RE: Civil Action No. 22-cv-01247
Behavior Analyst Certification Board v. Moates, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp