**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

       Plaintiff,

v.

MICHAEL MOATES, an individual;
MISTY KIESCHNICK, an individual;
LARRY KIESCHNICK, an individual; and
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

       Defendant.

## ENTRY OF APPEARANCE

Mark L. Sabey of Hall, Render, Killian, Heath & Lyman, P.C. enters his appearance in this case on behalf of Plaintiff Behavior Analyst Certification Board, Inc.

Respectfully submitted this 20th day of May, 2022.

                              HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

                              *s/ Mark L. Sabey*
                              Mark L. Sabey
                              Lindsay K. McManus
                              999 17th Street, Suite 800, Denver, CO 80202
                              (303) 801-3538 / marksabey@hallrender.com
                              (303) 802-1293 / lmcmanus@hallrender.com

                              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of May, 2022, a true and correct copy of the foregoing was served via CM/ECF upon the following:

Martin J. Champagne, Jr.
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
mjc@champagne-law.com

*Attorney for Plaintiffs*

                 */s/ Rebecca Gibson*
                 Rebecca Gibson, Legal Administrative Assistant