IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

       Plaintiff,

v.

MICHAEL MOATES, an individual;
MISTY KIESCHNICK, an individual;
LARRY KIESCHNICK, an individual; and
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

       Defendant.

---

**CORPORATE DISCLOSURE STATEMENT FOR
BEHAVIOR ANALYST CERTIFICATION BOARD, INC.**

---

Plaintiff Behavior Analyst Certification Board, Inc. by and through its attorneys, and pursuant to F.R.C.P. 7.1, hereby states that it is a Florida nonprofit corporation, does not have any parent entities, and is not a publicly held corporation.

Respectfully submitted this 20th day of May, 2022.

                                          HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

                                          *s/ Mark L. Sabey*
                                          Mark L. Sabey
                                          Lindsay K. McManus
                                          999 17th Street, Suite 800, Denver, CO 80202
                                          (303) 801-3538 / marksabey@hallrender.com
                                          (303) 802-1293 / lmcmanus@hallrender.com

                                          ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of May, 2022, a true and correct copy of the foregoing was served via CM/ECF upon the following:

Martin J. Champagne, Jr.
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
mjc@champagne-law.com

*Attorney for Plaintiffs*

/s/ Rebecca Gibson
Rebecca Gibson, Legal Administrative Assistant