**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

      Plaintiff,

v.

MICHAEL MOATES, an individual;
MISTY KIESCHNICK, an individual;
LARRY KIESCHNICK, an individual; and
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

      Defendant.

---

**ENTRY OF APPEARANCE**

---

Lindsay K. McManus of Hall, Render, Killian, Heath & Lyman, P.C. enters her appearance in this case on behalf of Plaintiff Behavior Analyst Certification Board, Inc.

Respectfully submitted this 20th day of May, 2022.

                      HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

                      *s/ Lindsay K. McManus*
                      Mark L. Sabey
                      Lindsay K. McManus
                      999 17th Street, Suite 800, Denver, CO 80202
                      (303) 801-3538 / marksabey@hallrender.com
                      (303) 802-1293 / lmcmanus@hallrender.com

                      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 20th day of May, 2022, a true and correct copy of the foregoing was served via CM/ECF upon the following:

Martin J. Champagne, Jr.
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
mjc@champagne-law.com

*Attorney for Plaintiffs*

                */s/ Rebecca Gibson*
                Rebecca Gibson, Legal Administrative Assistant