## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

---

## ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION[1]

---

To the clerk of court and all parties of record:

I HEREBY CERTIFY that I am a member in good standing of the Bar of this

court, and I appear in this case as counsel for: defendants Michael Moates, Misty

Kieschnick,  Larry Kieschnick and The Global Institute Of Behavioral Practitioners

and Examiners.  Undersigned counsel seeks to enter a limited appearance to represent the

pro se parties in this action at their request for the limited purpose of Notice of Removal

---

[1] Undersigned counsel previously filed a Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) on May 19, 2022 (Doc. 2) contemporaneous with the filing of the Notice of Removal (Doc. 1). As the Motion has not been ruled on, undersigned counsel is complying with this court's Order to file an Entry of Appearance (Doc. 14).

and defense of any Motion to Remand; Motion to Dismiss for Lack of Personal

Jurisdiction; and Motion to Dismiss Pursuant to C.R.S. §13-20-1101. I hereby certify

that defendants approve of the limited representation.

DATED: May 26, 2022.

Respectfully submitted,

*/s/ Martin J. Champagne, Jr.*
Martin J. Champagne, Jr., #46554
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
(303) 625-4038 (phone)
(303) 845-9097 (facsimile)
mjc@champagne-law.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent the foregoing by email to the below named Service List.


*/s/ Martin J. Champagne, Jr.*
Martin J. Champagne, Jr.

<u>Service List</u>:
Mark L. Sabey
Lindsay K. McManus
Hall, Render, Killian, Heath & Lyman, P.C.
999 17th Street, Suite 800
Denver, CO 80202
marksabey@hallrender.com
lmcmanus@hallrender.com