# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant, The Global Institute of Behavioral Practitioners and Examiners, certifies that there is no parent corporation and no publicly held corporation owns more than 10% or more of its stock.

DATED: May 26, 2022.

                                                                    Respectfully submitted,

                                                                    */s/ Martin J. Champagne, Jr.*
                                                                    Martin J. Champagne, Jr., #46554
                                                                    CHAMPAGNE LAW FIRM, LLC
                                                                    1626 N. Washington St.

Denver, CO 80202
(303) 625-4038 (phone)
(303) 845-9097 (facsimile)
mjc@champagne-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent the foregoing by email to the below named Service List.

　　　　　　　　　　　　　　　　　　　　*/s/ Martin J. Champagne, Jr.*
　　　　　　　　　　　　　　　　　　　　Martin J. Champagne, Jr.

Service List:
Mark L. Sabey
Lindsay K. McManus
Hall, Render, Killian, Heath & Lyman, P.C.
999 17th Street, Suite 800
Denver, CO 80202
marksabey@hallrender.com
lmcmanus@hallrender.com