# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## AFFIDAVIT OF MICHAEL MOATES

Michael Moates hereby states and affirms under the penalty of perjury the following:

1. My name is Michael Moates, I am over the age of 18, and I have personal knowledge of the facts averred in this affidavit.

2. Since birth, I have been a citizen of Texas.

3. Since December 25, 2021, I have held the position of Chairman of The Global Institute of Behavioral Practitioners and Examiners ("GIBPE") which was

formerly known as The Foundation for Transformation. At all times, GIBPE and its predecessor organization has been located and conducted business in Texas.

4. GIBPE and its predecessor organization has not conducted any business in Colorado.

5. I drafted and sent the letter (the "letter") that is attached to the Complaint in this matter. I emailed it to the addressees listed on the letter which were various political leaders and organizations located in Washington, D.C., a Commissioner of the United Nations located in Switzerland, and a disability advocate located in Texas. I also sent a courtesy copy of the letter to plaintiff's attorneys.

6. I nor anyone at GIBPE disseminated the letter in Colorado other than sending a copy to plaintiff's counsel.

7. The letter was not drafted with any input or approval from defendants Misty Kieschnick or Larry Kieschnick.

8. Defendants Misty Kieschnick (my mother) and Larry Kieschnick (my stepfather) live in Texas and have lived and worked in Texas continuously for more than the last 20-years.

## **VERIFICATION**

I, Michael Moates, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on \_\_\_\_26 May 2022\_\_\_\_.[1]

_____
Michael Moates

---

[1] Unsworn Declaration pursuant to 28 U.S. Code § 1746.