| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 JEFFERSON COUNTY PARKWAY, GOLDEN, CO, 80401-6002<br>**Plaintiff(s)** BEHAVIOR ANALYST CERTIFICATION BOARD INC<br>v.<br>**Defendant(s)** MICHAEL MOATES et al. | DATE FILED: May 25, 2022 1:19 PM<br>CASE NUMBER: 2022CV30428 |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2022CV30428<br>Division: 15       Courtroom: |
| **Order:Notice of Removal** | |

The motion/proposed order attached hereto: SO ORDERED.

In light of the notice of removal to federal court, the state court loses jurisdiction. *McDonald v. Zions First Nat'l Bank, N.A.,* 348 P.3d 957, 961 (Colo. App. 2015) ("As a general rule, removal of an action to federal court divests the state court of jurisdiction while the removal petition is pending in federal court.").

This case is therefore administratively closed. It may be reopened at the request of any party.

No further status reports are required.

Issue Date: 5/25/2022

*Lindsay L VanGilder*

LINDSAY L VANGILDER
District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §1441(a), defendant Michael Moates, an individual, hereby removes this action from the District Court of the 1st Judicial District in and for Jefferson County, Colorado to the United States District Court for the District of Colorado. In support of this Notice of Removal, defendant avers as follows:

### PROCEDURAL HISTORY

1. Plaintiff filed its Complaint in state court on April 14, 2022 alleging various state law claims for defamation against defendants. Defendant Michael

Moates was served with the Complaint on April 20, 2022.

## GROUNDS FOR REMOVAL

2. The plaintiff in this action is a Florida nonprofit corporation with its principle place of business in Littleton, Colorado. ¶8 of Complaint. The individual defendants are citizens of Texas. ¶9, 11-12 of Complaint. Defendant The Global Institute of Behavioral Practitioners and Examiners is a Texas corporation with its principle place of business in Denton, Texas. ¶10 of Complaint. The matter in controversy exceeds the sum of $75,000.00. *See*, District Court Civil (CV) Case Cover Sheet filed in the state court lawsuit ("This party is seeking a monetary judgment against another party for more than $100,000.00…"). Therefore, this court would have original jurisdiction over this case on the basis of diversity. 28 U.S.C. § 1332(a). As this court would have original jurisdiction based on diversity, this case is removable by defendant. 28 U.S.C. §1441(a) (defendant may remove an action if the district court has original jurisdiction).

## THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

3. Pursuant to 28 U.S.C. §1441(a), defendant has the right to remove this action.

4. Defendant has properly removed this case to the District of Colorado as the state court lawsuit was filed in this district and plaintiff has alleged the torts allegedly committed by defendants occurred in this district.

5. Defendant was served with the Complaint on April 20, 2022. Therefore, defendant has timely removed this action.

6. The undersigned represents defendants Misty Kieschnick, Larry Kieschnick and The Global Institute of Behavioral Practitioners and Examiners. The undersigned, on behalf of these defendants, consent to the removal.

7. After filing this Notice of Removal, defendant will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the District Court of the 1st Judicial District in and for Jefferson County, Colorado in accordance with 28 U.S.C. § 1446(d).

8. True and correct copies of all process, pleadings, and orders served on the defendant in the action pending in the District Court of the 1st Judicial District in and for Jefferson County, Colorado are filed with this court contemporaneous with the filing of this Notice.

**<u>NON-WAIVER OF DEFENSES</u>**

9. By removing this action from the District Court of the 1st Judicial District in and for Jefferson County, Colorado, defendant does not waive any defenses available to him nor waive any objection to personal jurisdiction.

10. By removing this action from District Court of the 1st Judicial District in and for Jefferson County, Colorado, defendant does not admit any of the allegations in plaintiff's Complaint.

**WHEREFORE**, defendant Michael Moates, an individual, removes the above-captioned action from the 1st Judicial District in and for Jefferson County, Colorado to the United States District Court for the District of Colorado.

DATED: May 19, 2022.

Respectfully submitted,

*/s/ Martin J. Champagne, Jr.*
Martin J. Champagne, Jr., #46554
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
(303) 625-4038 (phone)
(303) 845-9097 (facsimile)
mjc@champagne-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent the foregoing by email to the below named Service List.

                                            */s/ Martin J. Champagne, Jr.*
                                            Martin J. Champagne, Jr.

Service List:
Mark L. Sabey
Lindsay K. McManus
Hall, Render, Killian, Heath & Lyman, P.C.
999 17th Street, Suite 800
Denver, CO 80202
marksabey@hallrender.com
lmcmanus@hallrender.com