# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## NOTICE OF FILING

Pursuant to D.C.COLO.LCivR 81.1, defendants submit the docket sheet from *Behavior Analyst Certification Board, Inc. v. Michael Moates, an individual; Misty Kieschnick, an individual; Larry Kieschnick, an individual; and The Global Institute of Behavioral Practitioners and Examiners;* Jefferson County, Colorado District Court; Case No. 2022CV30428.

DATED: May 26, 2022.

Respectfully submitted,

/s/ Martin J. Champagne, Jr.

Martin J. Champagne, Jr., #46554
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
(303) 625-4038 (phone)
(303) 845-9097 (facsimile)
mjc@champagne-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent the foregoing by email to the below named Service List.

/s/ Martin J. Champagne, Jr.

Martin J. Champagne, Jr.

Service List:
Mark L. Sabey
Lindsay K. McManus
Hall, Render, Killian, Heath & Lyman, P.C.
999 17th Street, Suite 800
Denver, CO 80202
marksabey@hallrender.com
lmcmanus@hallrender.com