# Register of Actions

| Filed by Plaintiff/Petitioner | Case Number: 2022CV030428 | Division: 15 |
|---|---|---|
| Filed by Defendant/Respondent | Case Type: Other | Judicial Officer: Lindsay L Vangilder |
| Filed by Court | Case Caption: Behavior Analyst Certification Board Inc v. Moates, Michael et al | Court Location: Jefferson County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 05/25/2022 1:19 PM | Lindsay L Vangilder | Jefferson County | N/A | Order (Related Document) | Order:Notice of Removal | Public |
| N/A | 05/25/2022 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| 78B82A29D2061 | 05/19/2022 5:00 PM | Martin James Champagne Jr. | Champagne Law Firm LLC | Michael Moates, Misty Kieschnick (more) | Notice of Removal (Related Document) | Notice of Removal | Public |
| 865825DDE84DD | 05/09/2022 10:35 AM | Lindsay Kathleen McManus | Hall Render Killian Heath and Lyman | Behavior Analyst Certification Board Inc | Return of Service | Affidavit of Service- Summons and complaint sub served to Misty Kieschnick spouse | Public |
| | | | | | Return of Service | Affidavit of Service- Summons and complaint served on def Larry Kieschnick | Public |
| N/A (Details) | 04/20/2022 3:04 PM | Lindsay L Vangilder | Jefferson County | N/A | Order | Civil Procedure Order (16) | Public |
| 2552384788147 | 04/20/2022 11:13 AM | Lindsay Kathleen McManus | Hall Render Killian Heath and Lyman | Behavior Analyst Certification Board Inc | Waiver of Service | Waiver and Acceptance of Service - Suite by Michael Moates | Public |
| | | | | | Waiver of Service | Waiver and Acceptance of Service - Suit by The Global Institute of Behavioral Practitioners and Examiners | Public |
| 555A4CB097FE0 | 04/14/2022 12:38 PM | Lindsay Kathleen McManus, Mark Lynn Sabey | Hall Render Killian Heath and Lyman | Behavior Analyst Certification Board Inc | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A to Complaint - Letter to Congress | Protected |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons - Michael Moates | Public |
| | | | | | Summons | Summons - Misty Kieschnick | Public |
| | | | | | Summons | Summons - Larry Kieschnick | Public |
| | | | | | Summons | Summons - The Global Institute of Behavioral Practitioners and Examiners | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Behavior Analyst Certification Board Inc | Plaintiff | Active | LINDSAY KATHLEEN MCMANUS (Hall Render Killian Heath and Lyman) MARK LYNN SABEY (Hall Render Killian Heath and Lyman) |
| Larry Kieschnick | Defendant | Active | MARTIN JAMES CHAMPAGNE (Champagne Law Firm LLC) |

| Michael Moates | Defendant | Active | MARTIN JAMES CHAMPAGNE (Champagne Law Firm LLC) |
| Misty Kieschnick | Defendant | Active | MARTIN JAMES CHAMPAGNE (Champagne Law Firm LLC) |
| The Global Institute of Behavioral Pract | Defendant | Active | MARTIN JAMES CHAMPAGNE (Champagne Law Firm LLC) |