**E-mail**

# Your supervisor approved ...

**E-mail**

| | | | |
|---|---|---|---|
| **From** | 👤 BACB Administrator | **Cc** | |
| **To** | 👤 Michael Moates | **Bcc** | |
| **Subject** | Your supervisor approved your RBT application | | |

Dear Michael Moates,

Your supervisor has approved the supervisor portion of your application to become a Registered Behavior Technician. You may now log into the BACB Gateway to complete your application and submit payment.

Thank you,

Behavior Analyst Certification Board
7950 Shaffer Parkway
Littleton, CO 80127 USA
1-720-438-4321

| | | | |
|---|---|---|---|
| **Actual End** | 10/27/16 | | |
| **Regarding** | 📆 RBT-15-9914-10075 | | |
| **Owner** | 👤 Roo Johnson | | |
| **Duration** | | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

**Attachments**

| 📎 E-Mail Attachments **Activity Attachment Associated View** | |
|---|---|
| ☐ File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

**Attachments**

**Details**

EXHIBIT

A

E-mail: Your supervisor approved your RBT application

| Status Reason | Sent |
|---|---|

6/13/22, 12:04 PM                              E-mail: Terminating RBT Supervision - Microsoft Dynamics CRM



**Hello Michael,**

I'm writing to advise you that Brian Tannenbaum has indicated to the BACB that they will no longer be serving as your Responsible Certificant. Responsible Certificants are publicly identified through the RBT registry and are responsible for ensuring the supervision of RBTs. The Responsible Certificant does not need to be the direct supervisor; however, the Responsible Certificant must ensure that the RBT is receiving supervision according to the BACB's requirements.

Your name will not display in the registry until a new BACB certificant contacts us here. https://bacb.com/contact-us/ to advise us they will be

## E-mail

# Your RBT Application

**E-mail**

| | | | |
|---|---|---|---|
| **From** | John (Applications) | **Cc** | |
| **To** | Michael Moates | **Bcc** | |
| **Subject** | Your RBT Application | | |

**Greetings,**

**Thank you for submitting your RBT application.  Based on the item(s) provided, the following areas do not meet the current requirements:**

**Item(s) Needed:**

- **40-Hour Training Certificate- We did not receive a 40-hour training certificate. Training transcripts cannot be accepted in place of a certificate.**


- **New Competency Assessment- As of November 1, 2019, the submitted competency assessment is outdated and cannot be accepted. A new Competency Assessment in line with our current requirements must be completed.** *Please keep in mind that both pages are required to be submitted as one file to ensure accurate processing.*

**Next Steps:**

- **Obtain the above missing item(s)**

- **Attach it in a reply to this email**

**Please be aware that all RBT application materials must be received within 90 days of your application payment date. After this point, a new RBT application and payment will be required.**

*For your reference, all RBT application requirements can be found* here.

**Best Regards,**

file:///C:\Users\Jcox\AppData\Roaming\Microsoft\Signatures\123x1
23-3610504604152884360

**John
(Applications)
Applications
Specialist
Behavior
Analyst
Certification
Board**

6/13/22, 12:06 PM                                    E-mail: Your RBT Application

**7950 Shaffer
Parkway, Littleton,
CO-Colorado 80127**

**1-720-438-4321
(phone) | 1-720-
438-7071 (fax)
john@bacb.com
| www.bacb.com**

Facebook/BACB   Twitter/BACB

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please reply to the sender and delete the original. The sender expressly disclaims any and all liability for any errors or omissions in the contents of this message that arise as a result of email transmission. Nothing in this email may be deemed as modifying or changing any standard or rule as presented at www.BACB.com or that is in force by the BACB at the time this email is sent. Should you have any questions about the BACB's rules or standards, please submit them via our website: https://bacb.com/contact-us. Please note that only the BACB's CEO and President may present official BACB position statements.**

| | | | |
|---|---|---|---|
| **Actual End** | 02/06/20 | | |
| **Regarding** | Michael Moates | | |
| **Owner** | John Cox | | |
| **Duration** | 30 minutes | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| E-Mail Attachments | Activity Attachment Associated View | |
|---|---|---|
| ☐ File Name | | File Size (Bytes) |
| | No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | | Page 1 |

## Attachments

## Details

Status Reason        Sent

6/13/22, 12:07 PM                                    E-mail: BACB Documents Received-No Reply

**E-mail**

# BACB Documents Received...

**E-mail**

| | | | |
|---|---|---|---|
| **From** | 👤 Sam (Customer Service) | **Cc** | |
| **To** | 👤 Michael Moates | **Bcc** | |
| **Subject** | BACB Documents Received-No Reply | | |

**Greetings,**

**Thank you for submitting your documentation to the BACB. On 05/22/2020, we received the following documents:**

**• Competency Assessment**

**This notification does not confirm processing of the received documentation. Please allow up to 45 days for processing from the time your application is received by the applications processing team, which you will receive an emailed notification at that time notifying you that your application is being processed.**
**This is a <u>No Reply</u> email and you will not receive a response to any additional inquires through this email.  Please route any inquiries regarding the status of your application processing to the <u>Contact Us</u> page as this email account will not relay follow up information.**

<u>https://www.bacb.com/contact-us/</u>

**Regards,**

**Sam**

**Let me know if you need anything else and please check our <u>customer service page</u> for frequent updates.**

**Regards,**

Behavior Analyst
Certification Board

**Sam (Customer Service)**
**Receptionist**
**Behavior Analyst**
**Certification Board**

**7950 Shaffer Parkway, Littleton, CO**
**80127 USA**

6/13/22, 12:07 PM                                              E-mail: BACB Documents Received-No Reply

**1-720-438-4321 (phone) | 1-720-438-7071 (fax)**
**sam@bacb.com | www.bacb.com**

---

Facebook/BACB  Twitter/BACB

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please reply to the sender and delete the original. The sender expressly disclaims any and all liability for any errors or omissions in the contents of this message that arise as a result of email transmission. Nothing in this email may be deemed as modifying or changing any standard or rule as presented at www.BACB.com or that is in force by the BACB at the time this email is sent. Should you have any questions about the BACB's rules or standards, please submit them via our website: https://bacb.com/contact-us. Please note that only the BACB's CEO and President may present official BACB position statements.**

| | |
|---|---|
| **Actual End** | 05/22/20 |
| **Regarding** | Michael Moates |
| **Owner** | Samantha Leadbeater |

| | | | |
|---|---|---|---|
| **Duration** | 30 minutes | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| E-Mail Attachments   Activity Attachment Associated View | |
|---|---|
| File Name | File Size (Bytes) |
| ☐ image001.png | 14,397 |
| ☐ image002.png | 909 |
| ☐ image003.png | 816 |
| | |
| 1 - 3 of 3 (0 selected) | Page 1 |

## Attachments

## Details

| **Status Reason** | Sent |
|---|---|

**E-mail**

# Your RBT Application

**E-mail**

| From | Baily (Customer Service) | Cc |
| --- | --- | --- |
| To | Michael Moates | Bcc |
| Subject | Your RBT Application | |

**Greetings, Michael Moates.**

**On May 22nd, 2020 we received documentation for your RBT application.  Unfortunately, the documentation seems to be corrupt.  Please send me the documentation and I will continue processing your request.**

**Regards,**

image001.png **Baily (Applications)**
**Applications Specialist**
**Behavior Analyst Certification Board**

**7950 Shaffer Parkway, Littleton, CO 80127 USA**
**1-720-438-4321 (phone) | (fax)**
**baily@bacb.com | www.bacb.com**

---

Facebook/BACB  Twitter/BACB

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please reply to the sender and delete the original. The sender expressly disclaims any and all liability for any errors or omissions in the contents of this message that arise as a result of email transmission. Nothing in this email may be deemed as modifying or changing any standard or rule as presented at www.BACB.com or that is in force by the BACB at the time this email is sent. Should you have any questions about the BACB's rules or standards, please submit them via our website: https://bacb.com/contact-us. Please note that only the BACB's CEO and President may present official BACB position statements.**

| Actual End | 06/01/20 | | |
| --- | --- | --- | --- |
| Regarding | Michael Moates | | |
| Owner | Baily Beckham | | |
| Duration | | Priority | Normal |
| Due | | No. of Delivery Attempts | |
| Category | | | |

6/13/22, 12:08 PM                                        E-mail: Your RBT Application

Sub-Category

## Attachments

| 📎 E-Mail Attachments | Activity Attachment Associated View | |
|---|---|---|
| ☐ File Name | | File Size (Bytes) |
| ☐ image001.png | | 23,931 |
| ☐ image002.png | | 909 |
| ☐ image003.png | | 816 |
| | | |
| 1 - 3 of 3 (0 selected) | | Page 1 |

## Attachments

## Details

| Status Reason | Sent |
|---|---|

**E-mail**

# RBT Exam

**E-mail**

| From | Alex Miranda | Cc |
| --- | --- | --- |
| To | Michael Moates | Bcc |
| Subject | RBT Exam | |

**Hello <u>Michael</u> <u>Moates</u>,**

**The BACB has reviewed your RBT Examination Application and we are pleased to inform you that your eligibility to sit for the RBT certification examination has been approved.**

**You have one year from the date your application is approved to sit for the RBT certification examination. The examination is continuously available, and results are provided immediately upon completion. If you do not pass, and have time remaining in your one-year authorization period, you may take the examination starting seven days after your last attempt. Once your one-year authorization period has expired, you must reapply and meet the eligibility requirements applicable at that time.**

**Please note that effective November 1, 2020, candidates for RBT certification will have a maximum of 8 attempts to pass the RBT certification examination within their one-year authorization period.**

**Scheduling an Examination Appointment:**

**Your BACB ID number is <u>BACB301687</u>**

**You will need this number to schedule your examination appointment at https://home.pearsonvue.com/bacb. Appointments are contingent upon Pearson VUE's availability - the BACB cannot guarantee that any desired exam date will be available.**

| Accommodations | Testing Fees | Exam Information |
| --- | --- | --- |
| **To request an examination accommodation, please complete a Request for Accommodations form and submit it via the Submit Legal Documentation section of the BACB website. Requests for an accommodation must be submitted and approved prior to scheduling an examination.**<br><br>**If you request an accommodation, please note that you will need to schedule** | **There is a $45 examination appointment fee that must be paid to Pearson VUE, via credit card, when scheduling your appointment.**<br><br>**Examination appointments canceled or rescheduled within 30 days of the examination date will be subject to a fee. If an appointment is canceled within 48 hours of the** | **To learn more about**<br><br>- **What to expect on your examination date**<br>- **Information about the test site environment or online, proctored testing**<br>- **Acceptable forms of identification**<br>- **Name changes or corrections**<br>- **Examination rules** |

| | | |
|---|---|---|
| your examination to take place at one of Pearson VUE's physical testing centers; Pearson VUE's online delivery system, OnVUE, is unable to provide candidates with testing accommodations other than adjustable font and color contrast. | examination date, please note no refund will be due. | • **Terms and conditions**<br>• **The appeals process**<br><br>**Please review our RBT Handbook prior to scheduling an examination.** |

**Please note that your eligibility to sit for the RBT certification examination *does not authorize you to use the terms Board Certified Behavior Analyst, Board Certified Assistant Behavior Analyst, or Registered Behavior Technician (BCBA, BCaBA, or RBT) in any manner.* BACB trademarks and credentials and their related titles are owned by the BACB and may only be used under authorization granted to certificants. Individuals applying for certification are not authorized to use any BACB trademark. Efforts to advertise eligibility for a credential or to otherwise reference BACB credentials may result in disciplinary sanctions (including possible revocation of eligibility), fines, and penalties imposed by the BACB**

**We wish you the best of luck,**
**BEHAVIOR ANALYST CERTIFICATION BOARD**

| | | | |
|---|---|---|---|
| **Actual End** | 06/04/20 | | |
| **Regarding** | | | |
| **Owner** | Alex Miranda | | |
| **Duration** | | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| E-Mail Attachments   **Activity Attachment Associated View** | |
|---|---|
| ☐ File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

E-mail: RBT Exam

**Details**

| | |
|---|---|
| **Status Reason** | Sent |

6/13/22, 12:10 PM                    E-mail: Your application to become a Registered Behavior Technician (RBT) has been approved.

**E-mail**

# Your application to becom...

## E-mail

| | | | |
|---|---|---|---|
| From | 👤 BACB Administrator | Cc | |
| To | 👤 Michael Moates | Bcc | |
| Subject | Your application to become a Registered Behavior Technician (RBT) has been approved. | | |

Dear Michael Moates,

Congratulations on passing the RBT examination! Please click on the link below to access your Registered Behavior Technician ™ (RBT ®) Certificate Letter. We highly recommend saving a copy for your records.

Registered Behavior Technician ™ (RBT ®) Certificate Letter link

**Behavior Analyst Certification Board**

| | | | |
|---|---|---|---|
| Actual End | 11/28/20 | | |
| Regarding | 📇 RBT-15-9914-10075 | | |
| Owner | 👤 Drew Robbins | | |
| Duration | | Priority | Normal |
| Due | | No. of Delivery Attempts | 1 |
| Category | | | |
| | | Sub-Category | |

## Attachments

| 📎 E-Mail Attachments **Activity Attachment Associated View** | |
|---|---|
| ☐ File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

## Details

E-mail: Your application to become a Registered Behavior Technician (RBT) has been approved.

| Status Reason | Sent |
| --- | --- |

6/13/22, 12:11 PM                          E-mail: Your application to become a Registered Behavior Technician (RBT) has been approved.

## E-mail

# Your application to becom...

## E-mail

| | | | |
|---|---|---|---|
| **From** | BACB Administrator | **Cc** | |
| **To** | Michael Moates | **Bcc** | |
| **Subject** | Your application to become a Registered Behavior Technician (RBT) has been approved. | | |

Dear Michael Moates,

Congratulations on passing the RBT examination! Please click on the link below to access your Registered Behavior Technician ™ (RBT ®) Certificate Letter. We highly recommend saving a copy for your records.

Registered Behavior Technician ™ (RBT ®) Certificate Letter link

**Behavior Analyst Certification Board**

| | | | |
|---|---|---|---|
| **Actual End** | 11/28/20 | | |
| **Regarding** | RBT-15-9914-10075 | | |
| **Owner** | Drew Robbins | | |
| **Duration** | | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| 📧 E-Mail Attachments  **Activity Attachment Associated View** | |
|---|---|
| ☐ File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

## Details

6/13/22, 12:11 PM                          E-mail: Your application to become a Registered Behavior Technician (RBT) has been approved.

| Status Reason | Sent |
| --- | --- |

**E-mail**

# RBT Credential (RBT-20-14...

**E-mail**

| From | 👤 RBT NOREPLY | Cc | |
| To | 👤 Michael Moates | Bcc | |
| Subject | RBT Credential (RBT-20-146362) due by 11/28/21 | | |

**Dear Michael,**

**Our records indicate that your RBT credential is due for renewal by 11/28/21. All** RBT renewal
requirements **must be completed** *before* **your upcoming expiration date. If these requirements are not
completed before your expiration date, your credential will expire. While expired, you are not
permitted to represent, bill, or practice under your RBT credential.**

**If you have not done so already:**
    1. **Complete the** RBT Renewal Application **and the** RBT Competency Assessment
    2. **Log into your** BACB Gateway Account
    3. **Click on the "RBT" tab**
    4. **Click on the "RBT Renewal Invoice" link to pay for the renewal application**
    5. **Upon payment, return to the "RBT" tab to upload your renewal documents (i.e., RBT Renewal
Application and Competency Assessment)**
    6. **Check that the application status in your BACB Gateway Account has changed to "pending"
and that you have received an automated email confirmation of receipt of documentation submission
(if not, please** contact us**)**
    7. **Allow two weeks from the date you uploaded your documents for your application to be
processed**

**Please be aware that the BACB Gateway system operates on the Mountain Time Zone and assesses
late fees accordingly, regardless of your location. Any incomplete or insufficient renewal
applications resulting in the request of additional application materials after your expiration date will
incur a late fee.**

**Thank you,**

**Behavior Analyst Certification Board
7950 Shaffer Parkway
Littleton, CO 80127 USA
720-438-4321**

| Actual End | 10/14/21 |
| Regarding | 📄 RBT-20-146362 |
| Owner | 👤 RSM US |
| Duration | | Priority | Normal |

E-mail: RBT Credential (RBT-20-146362) due by 11/28/21

| | | | |
|---|---|---|---|
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| E-Mail Attachments   **Activity Attachment Associated View** | |
|---|---|
| ☐  File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

## Details

| | |
|---|---|
| **Status Reason** | Sent |

6/13/22, 12:14 PM                                            E-mail: RBT Credential (RBT-20-146362) due by 11/28/21

## E-mail

# RBT Credential (RBT-20-14...

**E-mail**

| From | RBT NOREPLY | Cc | |
| --- | --- | --- | --- |
| To | Michael Moates | Bcc | |
| Subject | RBT Credential (RBT-20-146362) due by 11/28/21 | | |

**Dear Michael,**

**Our records indicate that your RBT credential is due for renewal by 11/28/21.** All RBT renewal requirements **must be completed *before* your upcoming expiration date. If these requirements are not completed before your expiration date, your credential will expire. While expired, you are not permitted to represent, bill, or practice under your RBT credential.**

**If you have not done so already:**
    **1. Complete the** RBT Renewal Application **and the** RBT Competency Assessment
    **2. Log into your** BACB Gateway Account
    **3. Click on the "RBT" tab**
    **4. Click on the "RBT Renewal Invoice" link to pay for the renewal application**
    **5. Upon payment, return to the "RBT" tab to upload your renewal documents (i.e., RBT Renewal Application and Competency Assessment)**
    **6. Check that the application status in your BACB Gateway Account has changed to "pending" and that you have received an automated email confirmation of receipt of documentation submission (if not, please** contact us**)**
    **7. Allow two weeks from the date you uploaded your documents for your application to be processed**

**Please be aware that the BACB Gateway system operates on the Mountain Time Zone and assesses late fees accordingly, regardless of your location. Any incomplete or insufficient renewal applications resulting in the request of additional application materials after your expiration date will incur a late fee.**

**Thank you,**

**Behavior Analyst Certification Board**
**7950 Shaffer Parkway**
**Littleton, CO 80127 USA**
**720-438-4321**

| Actual End | 10/29/21 |
| --- | --- |
| Regarding | RBT-20-146362 |
| Owner | RSM US |
| Duration | | Priority | Normal |

E-mail: RBT Credential (RBT-20-146362) due by 11/28/21

| | | | |
|---|---|---|---|
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| 📇 E-Mail Attachments **Activity Attachment Associated View** | |
|---|---|
| ☐ File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

## Details

| | |
|---|---|
| **Status Reason** | Sent |

**E-mail**

# RBT Credential (RBT-20-14...

**E-mail**

| From | 👤 RBT NOREPLY | Cc | |
| --- | --- | --- | --- |
| To | 👤 Michael Moates | Bcc | |
| Subject | RBT Credential (RBT-20-146362) due by 11/28/21 | | |

**Dear Michael,**

**Our records indicate that your RBT credential is due for renewal by 11/28/21.** All RBT renewal requirements **must be completed** *before* **your upcoming expiration date. If these requirements are not completed before your expiration date, your credential will expire. While expired, you are not permitted to represent, bill, or practice under your RBT credential.**

**If you have not done so already:**
  1. **Complete the** RBT Renewal Application **and the** RBT Competency Assessment
  2. **Log into your** BACB Gateway Account
  3. **Click on the "RBT" tab**
  4. **Click on the "RBT Renewal Invoice" link to pay for the renewal application**
  5. **Upon payment, return to the "RBT" tab to upload your renewal documents (i.e., RBT Renewal Application and Competency Assessment)**
  6. **Check that the application status in your BACB Gateway Account has changed to "pending" and that you have received an automated email confirmation of receipt of documentation submission (if not, please** contact us**)**
  7. **Allow two weeks from the date you uploaded your documents for your application to be processed**

**Please be aware that the BACB Gateway system operates on the Mountain Time Zone and assesses late fees accordingly, regardless of your location. Any incomplete or insufficient renewal applications resulting in the request of additional application materials after your expiration date will incur a late fee.**

**Thank you,**

**Behavior Analyst Certification Board**
**7950 Shaffer Parkway**
**Littleton, CO 80127 USA**
**720-438-4321**

| Actual End | 11/13/21 | | |
| --- | --- | --- | --- |
| Regarding | 💻 RBT-20-146362 | | |
| Owner | 👤 RSM US | | |
| **Duration** | | **Priority** | **Normal** |

| **Due** | | **No. of Delivery Attempts** | 1 |
|---|---|---|---|
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| 📧 E-Mail Attachments | **Activity Attachment Associated View** | |
|---|---|---|
| ☐ File Name | | File Size (Bytes) |
| | No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | | Page 1 |

## Attachments

## Details

| **Status Reason** | Sent |
|---|---|

**E-mail**

# Your RBT Credential (RBT-...

**E-mail**

| From | | RBT NOREPLY | Cc | |
|------|--|-------------|-----|--|
| To | | Michael Moates | Bcc | |
| Subject | | Your RBT Credential (RBT-20-146362) is inactive | | |

Dear Michael,

According to our records, you have not completed the requirements to maintain your RBT certification and it is now listed as inactive on the BACB online registry. While your certification is inactive, you are not permitted to represent, bill, or practice under your RBT certification.

Your certification may be reinstated if you submit the RBT Renewal Application and a Renewal Competency Assessment (including the $35 renewal fee and $50 late fee) by 12/28/21.

If you do not complete the application and requirement components by 12/28/21, your certification will expire.

If you have not done so already:
  1. **Complete the** RBT Renewal Application **and the** RBT Competency Assessment
  2. **Log into your** BACB Account
  3. **Click on the "RBT" tab**
  4. **Click on the "RBT Renewal Invoice" link to pay for the renewal application and late fee**
  5. **Upon payment, return to the "RBT" tab to upload your renewal documents (i.e., RBT Renewal Application and Competency Assessment)**
  6. **Check that the application status in your BACB Gateway Account has changed to "pending" and that you have received an automated email confirmation of receipt of documentation submission (if not, please** contact us**)**
  7. **Allow two weeks from the date you uploaded your documents for your application to be processed**

Please be aware that all renewal requirements, including corrected application materials requested by BACB staff after application review, must be received by 12/28/21. Please also be aware that the BACB Gateway system operates on the Mountain Time Zone and will process applications accordingly, regardless of your location.

Please note, this is a system-generated notice. If you recently submitted all of the required renewal documentation, please allow at least two weeks from the date of submission for processing. If it has been more than two weeks since you have submitted your renewal documentation and you believe this determination was made in error, please review our Appeals Policies.

Thank you,

**Behavior Analyst Certification Board**
**7950 Shaffer Parkway**

6/13/22, 12:15 PM                                E-mail: Your RBT Credential (RBT-20-146362) is inactive

**Littleton, CO 80127 USA**
**720-438-4321**

| | | | |
|---|---|---|---|
| **Actual End** | 11/29/21 | | |
| **Regarding** | RBT-20-146362 | | |
| **Owner** | RSM US | | |
| **Duration** | | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| 📧 E-Mail Attachments  Activity Attachment Associated View | |
|---|---|
| ☐  File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

## Details

| | |
|---|---|
| **Status Reason** | Sent |

6/13/22, 12:16 PM                                E-mail: Your RBT Credential (RBT-20-146362) is inactive

**E-mail**

# Your RBT Credential (RBT-...

**E-mail**

| From | 👤 RBT NOREPLY | Cc |
| --- | --- | --- |
| To | 🧑 Michael Moates | Bcc |
| Subject | Your RBT Credential (RBT-20-146362) is inactive | |

**Dear Michael,**

**According to our records, you have not completed the requirements to maintain your RBT certification and it is now listed as inactive on the BACB online registry. While your certification is inactive, you are not permitted to represent, bill, or practice under your RBT certification.**

**Your certification may be reinstated if you submit the RBT Renewal Application and a Renewal Competency Assessment (including the $35 renewal fee and $50 late fee) by 12/28/21.**

**If you do not complete the application and requirement components by 12/28/21, your certification will expire.**

**If you have not done so already:**
   1. **Complete the** RBT Renewal Application **and the** RBT Competency Assessment
   2. **Log into your** BACB Gateway Account
   3. **Click on the "RBT" tab**
   4. **Click on the "RBT Renewal Invoice" link to pay for the renewal application and late fee**
   5. **Upon payment, return to the "RBT" tab to upload your renewal documents (i.e., RBT Renewal Application and Competency Assessment)**
   6. **Check that the application status in your BACB Gateway Account has changed to "pending" and that you have received an automated email confirmation of receipt of documentation submission (if not, please** contact us**)**
   7. **Allow two weeks from the date you uploaded your documents for your application to be processed**

**Please be aware that all renewal requirements, including corrected application materials requested by BACB staff after application review, must be received by 12/28/21. Please also be aware that the BACB Gateway system operates on the Mountain Time Zone and will process applications accordingly, regardless of your location.**

**Please note, this is a system-generated notice. If you recently submitted all of the required renewal documentation, please allow at least two weeks from the date of submission for processing. If it has been more than two weeks since you have submitted your renewal documentation and you believe this determination was made in error, please review our** Appeals Policies**.**

**Thank you,**

**Behavior Analyst Certification Board**
**7950 Shaffer Parkway**

E-mail: Your RBT Credential (RBT-20-146362) is inactive

**Littleton, CO 80127 USA**
**720-438-4321**

| | |
|---|---|
| **Actual End** | 12/13/21 |
| **Regarding** | RBT-20-146362 |
| **Owner** | RSM US |

| | | | |
|---|---|---|---|
| **Duration** | | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

📎 **E-Mail Attachments**  Activity Attachment Associated View

| | File Name | File Size (Bytes) |
|---|---|---|
| | No E-Mail Attachment records are available in this view. | |

0 - 0 of 0 (0 selected)   Page 1

## Attachments

## Details

| | |
|---|---|
| **Status Reason** | Sent |

## E-mail

# Your RBT Credential (RBT-...

### E-mail

| From | RBT NOREPLY | Cc |
| --- | --- | --- |
| To | Michael Moates | Bcc |
| Subject | Your RBT Credential (RBT-20-146362) is inactive | |

Dear Michael,

According to our records, you have not completed the requirements to maintain your RBT certification and it is now listed as inactive on the BACB online registry. While your certification is inactive, you are not permitted to represent, bill, or practice under your RBT certification.

Your certification may be reinstated if you submit the RBT Renewal Application and a Renewal Competency Assessment (including the $35 renewal fee and $50 late fee) by 12/28/21.

If you do not complete the application and requirement components by 12/28/21, your certification will expire.

If you have not done so already:
   1. **Complete the** RBT Renewal Application **and the** RBT Competency Assessment
   2. **Log into your** BACB Gateway Account
   3. **Click on the "RBT" tab**
   4. **Click on the "RBT Renewal Invoice" link to pay for the renewal application and late fee**
   5. **Upon payment, return to the "RBT" tab to upload your renewal documents (i.e., RBT Renewal Application and Competency Assessment)**
   6. **Check that the application status in your BACB Gateway Account has changed to "pending" and that you have received an automated email confirmation of receipt of documentation submission (if not, please** contact us**)**
   7. **Allow two weeks from the date you uploaded your documents for your application to be processed**

Please be aware that all renewal requirements, including corrected application materials requested by BACB staff after application review, must be received by 12/28/21. Please also be aware that the BACB Gateway system operates on the Mountain Time Zone and will process applications accordingly, regardless of your location.

Please note, this is a system-generated notice. If you recently submitted all of the required renewal documentation, please allow at least two weeks from the date of submission for processing. If it has been more than two weeks since you have submitted your renewal documentation and you believe this determination was made in error, please review our Appeals Policies.

Thank you,

6/13/22, 12:17 PM                                E-mail: Your RBT Credential (RBT-20-146362) is inactive

**Behavior Analyst Certification Board**
**7950 Shaffer Parkway**
**Littleton, CO 80127 USA**
**720-438-4321**

| | | | |
|---|---|---|---|
| **Actual End** | 12/28/21 | | |
| **Regarding** | 📘 RBT-20-146362 | | |
| **Owner** | 👤 RSM US | | |
| **Duration** | | **Priority** | Normal |
| **Due** | | **No. of Delivery Attempts** | 1 |
| **Category** | | | |
| | | **Sub-Category** | |

## Attachments

| 📧 E-Mail Attachments  **Activity Attachment Associated View** | |
|---|---|
| ☐  File Name | File Size (Bytes) |
| No E-Mail Attachment records are available in this view. | |
| 0 - 0 of 0 (0 selected) | Page 1 |

## Attachments

## Details

| | |
|---|---|
| **Status Reason** | Sent |

## E-mail

# RBT Credential RBT-20-146...

### E-mail

| From | RBT NOREPLY | Cc | |
| To | Michael Moates | Bcc | |
| Subject | RBT Credential RBT-20-146362 Expired | | |

**Dear Michael,**

**Our records indicate that you have not completed the requirements to maintain your RBT certification, and as a result, your certification has expired. You may not represent, bill, or practice under your BACB-issued certification.**

**If you would like to become an RBT again, you will need to apply under the current standards (see** bacb.com/rbt-requirements/**).**

**Please note, this is a system-generated notice. If you recently submitted all of the required renewal documentation, please allow at least two weeks from the date of submission for processing. If it has been more than two weeks since you have submitted your renewal documentation and you believe this determination was made in error, please review our** Appeals Policies**.**

**Behavior Analyst Certification Board**
**7950 Shaffer Parkway**
**Littleton, CO 80127 USA**
**720-438-4321**

| Actual End | 12/29/21 | | |
| Regarding | RBT-20-146362 | | |
| Owner | RSM US | | |
| Duration | | Priority | Normal |
| Due | | No. of Delivery Attempts | 1 |
| Category | | | |
| | | Sub-Category | |

### Attachments

| E-Mail Attachments  **Activity Attachment Associated View** |
| --- |
| ☐   File Name                                     File Size (Bytes) |
| No E-Mail Attachment records are available in this view. |

E-mail: RBT Credential RBT-20-146362 Expired

| 0 - 0 of 0 (0 selected) | Page 1 |
|---|---|

**Attachments**

**Details**

| Status Reason | Sent |
|---|---|



# RBT® Initial Competency Assessment: Form



Applicant Name: Michael Moates                                    Applicant BACB ID #: BACB301687

**Instructions:** All task items (1-20) must be completed. For tasks where there are multiple assessment type options, one of the assessment types listed must be completed. Three of the tasks in the "Skill Acquisition and Behavior Reduction" section must be demonstrated with a client.

## Measurement

| | Tasks 1-3 | Initials | Assessment type |
|---|---|---|---|
| 1 | **Continuous Measurement:** Implement continuous measurement (e.g., frequency, duration, latency, IRT). | VS | ☐ With a Client<br>☑ Role-Play<br>☐ Interview |
| 2 | **Discontinuous Measurement:** Implement discontinuous measurement procedures (e.g., partial and whole interval, momentary time sampling). | VS | ☐ With a Client<br>☑ Role-Play<br>☐ Interview |
| 3 | **Data and Graphs:** Enter data and update graphs. | VS | ☐ With a Client<br>☑ Role-Play<br>☐ Interview |

## Assessment

| | Tasks 4-5 | Initials | Assessment type |
|---|---|---|---|
| 4 | **Preference Assessments:** Conduct preference assessments. | VS | ☐ With a Client<br>☑ Role-Play |
| 5 | **ABC Data:** Collect ABC data. | VS | ☐ With a Client<br>☑ Role-Play |

## Skill Acquisition and Behavior Reduction

**Three** of tasks 6-15 must be demonstrated **with a client**.

| | Tasks 6-15 | Initials | Assessment type |
|---|---|---|---|
| 6 | **Discrete-Trial Teaching:** Implement discrete-trial teaching procedures. | VS | ☐ With a Client<br>☑ Role-Play |
| 7 | **Naturalistic Teaching:** Implement naturalistic teaching procedures (e.g., incidental teaching). | VS | ☐ With a Client<br>☑ Role-Play |
| 8 | **Chaining:** Implement task analyzed chaining procedures. | VS | ☐ With a Client<br>☑ Role-Play |
| 9 | **Shaping:** Implement shaping procedures. | VS | ☐ With a Client<br>☑ Role-Play |
| 10 | **Discrimination Training:** Implement discrimination training. | VS | ☐ With a Client<br>☑ Role-Play |

| 11 | **Stimulus Control Transfer:** Implement stimulus control transfer procedures. | vs | ☐ With a Client<br>☑ Role-Play |
|---|---|---|---|
| 12 | **Prompting:** Implement prompt and prompt fading procedures. | vs | ☐ With a Client<br>☑ Role-Play |
| 13 | **Token Systems:** Implement token systems. | vs | ☐ With a Client<br>☑ Role-Play |
| 14 | **Crisis/Emergency:** Implement crisis/emergency procedures according to protocol. | vs | ☐ With a Client<br>☑ Role-Play |
| 15 | *Demonstrate one of the below tasks:*<br><br>☑ **Antecedent Interventions:** Implement interventions based on modification of antecedents such as motivating/establishing operations and discriminative stimuli.<br><br>☐ **Differential Reinforcement:** Implement differential reinforcement procedures (e.g., DRA, DRO).<br><br>☐ **Extinction:** Implement extinction procedures. | vs | ☐ With a Client<br>☑ Role-Play |

## Professionalism and Requirements

|  | **Tasks 16-20** | **Initials** | **Assessment type** |
|---|---|---|---|
| 16 | **Session Notes:** Generate objective session notes by describing what occurred during sessions. | vs | ☐ With a Client<br>☐ Role-Play<br>☑ Interview |
| 17 | **Client Dignity:** Provide examples of how to maintain client dignity. | vs | ☑ Interview |
| 18 | **Professional Boundaries:** Provide examples of how to maintain professional boundaries. | vs | ☑ Interview |
| 19 | **Supervision Requirements:** Describe BACB Supervision Standards for RBTs. | vs | ☑ Interview |
| 20 | **Clinical Direction:** Describe at least one situation in which you'd seek clinical direction from your supervisor. | vs | ☑ Interview |

Comments:

Assistant Assessor Name(s): _____

By signing below, I attest that the tasks initialed above have been successfully demonstrated by the RBT.

Responsible Assessor's Name: Vivien Simmons

Certification Type: ☐ BCaBA ☑ BCBA ☐ BCBA-D ☐ FL-CBA    BACB Certification #: 1-17-28705

Relationship of Responsible Assessor to the applicant: ☑ Employer ☐ Faculty ☐ Other

RESPONSIBLE ASSESSOR'S SIGNATURE: Sign here *Vivd SCBALBA*    DATE: 05/22/2020
This document must be signed in accordance with the BACB's Acceptable Signatures Policy.



# CERTIFICATE OF COMPLETION

## Revised RBT® 40-Hour Training

Training Information

Number of Instructional Hours Completed (At least 40 Hours): __40___

Training Start Date: 2/12/2020    Training End Date: 2/21/2020

RBT Applicant: Michael Moates

has successfully completed the 40-hour training requirement per current BACB guidelines

Training Information

Responsible Trainer Name and certificate number: Megan Thompson, M.S., BCBA, LBA #1-13-13051

Agency Name: Positive Behavior Supports, Corp.

*This training program is based on the RBT Task List (2nd ed.) and is designed to meet the 40-hour training requirement for the RBT certification. The program is offered independent of the BACB.*