# McManus, Lindsay K.

| | |
|---|---|
| **From:** | Kieschnick, Larry D <larry.d.kieschnick@lmco.com> |
| **Sent:** | Thursday, April 21, 2022 8:35 AM |
| **To:** | Sabey, Mark L.; McManus, Lindsay K. |
| **Subject:** | Case 2022CV30428 |

Attorneys,

A complaint has been filed, Case # 2022CV30428. I am reaching out to request that myself, Larry Kieschnick and Misty Kieschnick, be removed from the complaint. In truth, I had no idea that the 401C3 even existed until this week. This act and subsequent actions are in no reflection of the actions or beliefs of my wife and I. My wife has recently undertaken a role working in a corrective behavior school or where they send kids for 30 days for discipline. Michael has informed us, he created this 401c3 organization as some form of compliment to his mother, to assist her getting some training, a surprise if you will.

I have no knowledge of your organization. I had no knowledge of the existence of any of this activity, again until this week, nor did my wife.

I apologize for the actions that have occurred. I am in no way supportive or had been aware.

I would also like to ask as the paperwork isn't clear, what is the "answer" process? We live in Texas, I am a retired Air Force disabled veteran, my wife, up until recently, was a stay at home mom.

I have requested Michael Moates to expunge our existence from his Global Institute of Behavioral Practitioners and examiners. We were never informed of its existence, have taken any action or signed any documents.

I appreciate your understanding. Again, I feel, having been listed as a defendant in no way reflects any knowledge or actions taken by myself or my spouse. Continuation of being listed, based on zero knowledge or actions taken by us would, in my opinion, not fairly represent the situation and would appear to be now malice towards us since no malice by myself or my wife where ever done.

Larry Kieschnick, MBB, MBA
Lockheed Martin
682-285-8938

**EXHIBIT B**