

EXHIBIT C

# Transactions

+ D

| DATE/DESCRIPTION | AMOUNT |
|---|---|
| 6/13/22, 3:04 PM<br>PENDING – GIBPE.ORG – O400248BB929 | – $50.00 |
| 6/13/22, 2:50 PM<br>PENDING – GIBPE.ORG – O400248BA2C3 | – $35.00 |



# Affidavit — Personal/Witness Statement

Country: United States

State: Colorado

County: Jefferson

To Wit: Michael Motes of the Global Institute for Behavior practitioners and Examiners

I, Craig Nicholson, Special Cases Manager of Behavior Analyst Certification Board
(country, state and county/province) make oath and say as follows:

1) That I have personal knowledge of and/or directly observed the following events:

> On June 13, 2022 from my office at the BACB, I purchased two courses from the GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS that I never received on my account portal:
> 1). BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
> 2). PSYCHOLOGY CONTINUING EDUCATION UNITS
>
> On June 14th, Mr. Moates reached out to inform me that my courses are now available.

(attach additional pages if needed);

2) That I am attaching the following additional documents which are incorporated here in by this reference:

> Screen shots of the proof of purchase and course titles.

3) That I verify that the information provided in this Affidavit is accurate and I understand that the information provided in this Affidavit may be used by the Behavior Analyst Certification Board ("BACB") in the BACB's investigations; and

4) That this statement, and any supporting documentation, is sworn to under penalty of perjury.

PRINTED NAME: Craig Nicholson

SIGNATURE: Craig Nicholson   Digitally signed by Craig Nicholson Date: 2022.06.14 09:59:49 -06'00'   DATE: 6-14-2022

This document is signed under the penalty of perjury.

SWORN TO:

this 14 day of June 20 22 in the presence of Joann Bailey

NOTARY/COMMISSIONER FOR TAKING AFFIDAVITS

JOANN BAILEY
Notary Public
State of Colorado
Notary ID # 20144028577
My Commission Expires 07-22-2022

Affidavit — Witness | 1