# GIBPE Registry: State-by-State

| State | Number of Registrants | State | Number of Registrants |
|-------|----------------------|-------|----------------------|
| Alabama | 26 | Montana | 0 |
| Alaska | 11 | Nebraska | 2 |
| Arizona | 158 | Nevada | 14 |
| Arkansas | 5 | New Hampshire | 6 |
| California | 5,875 | New Jersey | 20 |
| **Colorado** | 98 | New Mexico | 105 |
| Connecticut | 8* | New York | 80 |
| Delaware | 63 | North Carolina | ** |
| Florida | 135 | North Dakota | ** |
| Georgia | 0 | Ohio | 1 |
| Hawaii | 1 | Oklahoma | 8 |
| Idaho | 311 | Oregon | 90 |
| Illinois | 70 | Pennsylvania | 16 |
| Indiana | 3 | Rhode Island | 2 |
| Iowa | 0 | South Carolina | ** |
| Kansas | 14 | South Dakota | ** |
| Kentucky | 4 | Tennessee | 1 |
| Louisiana | 64 | **Texas** | 2 |
| Maine | 9 | Utah | 7 |
| Maryland | 31 | Vermont | 0 |
| Massachusetts | 40 | Virginia | 0 |
| Michigan | 82 | Washington | 0 |
| Minnesota | 4 | West Virginia | ** |
| Mississippi | 6 | Wisconsin | 15 |
| Missouri | 0 | Wyoming | 1 |

* Three duplicate entries exist in Connecticut. No duplicate entries exist in Colorado or Texas.

** Indicates a search error. For example, a search for "North Dakota" produces results for multiple states (North Dakota, North Carolina, and South Dakota) as well as individuals named "Dakota." No search errors exist for Colorado or Texas.

EXHIBIT

D

# Colorado Residents in GIBPE Registry

| **Name** | **Address** | **Registry** |
|---|---|---|
| Amanda Rech | Colorado 80231 | Global Institute for Behavior Practitioners and Examiners<br>Coursework \| Continuing Education \| Certification \| Behavior Intervention<br><br>Coursework and CEU's    Speciality Credentials    Student Login    About GIBPE    Registry    News<br><br>Amanda Rech » Registry<br><br>Amanda Rech<br><br>**Home**<br>Colorado 80231<br><br>**Work**<br>United States<br><br>**Certification**: December 31, 2022<br><br>No Image Available<br><br>Biography<br><br>BCAP |

| Ashley White | Colorado 80107 |  |

| | | |
|---|---|---|
| Kerstarra Umbreit | Colorado 80239 |  |

| | | |
|---|---|---|
| Danielle Linsenmayer | Colorado 80206 |  |

| | | |
|---|---|---|
| Lindsey Jones | Colorado 80302 |  |

| | |
|---|---|
| Max Rosenblatt | Colorado 80235 |



## Global Institute for Behavior Practitioners and Examiners
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄    Speciality Credentials ⌄    Student Login    About GIBPE    Registry    News

### Max Rosenblatt » Registry

## Max Rosenblatt

**Home**
Colorado 80235

**Work**
United States

**Certification**: May 31, 2023

No Image Available

### Biography

BCAT

### Related by State - Colorado

| Carrie Calvin | Colorado<br><br>80017 |  |



| Matthew Waltman | Colorado 80222 | |
| --- | --- | --- |

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄    Speciality Credentials ⌄    Student Login    About GIBPE    Registry    News

## Matthew Waltman » Registry

### Matthew Waltman

**Home**
Colorado 802222

**Work**
United States

**Certification:** April 30, 2023

No Image Available

### Biography

BCAT

| | | |
|---|---|---|
| Bailey Meseck | Colorado<br><br>80239 |  |

| | | |
|---|---|---|
| Natalie Wisdom | Colorado 80013 |  |



| Natiely Haro | Colorado<br><br>80017 | |

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄   Speciality Credentials ⌄   Student Login   About GIBPE   Registry   News

Natiely Haro » Registry

## Natiely Haro

**Home**
Colorado 80017

**Work**
United States

**Certification**: December 31, 2022

No Image Available

## Biography

BCAT

| | | |
|---|---|---|
| Amber Mills | Colorado<br><br>80303i |  |



| Samara Chasin | Colorado 80238 | |
|---|---|---|

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄   Speciality Credentials ⌄   Student Login   About GIBPE   Registry   News

## Samara Chasin » Registry

### Samara Chasin

**Home**
Colorado 80238

**Work**
United States

**Certification**: October 31, 2022

No Image Available

### Biography

BCAT

### Related by State - Colorado

13

| | | |
|---|---|---|
| Mallory Ayers | Colorado<br><br>80924 |  |



| | |
|---|---|
| Katie Ruiz | Colorado<br><br>82049 |

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄   Speciality Credentials ⌄   Student Login   About GIBPE   Registry   News

Katie Ruiz » Registry

## Katie Ruiz

**Home**
Colorado 82049

**Work**
United States

**Certification**: June 30, 2022

No Image Available

### Biography

BCAT

| | | |
|---|---|---|
| Tatiana Davis | Colorado 80640 |  |

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's    Speciality Credentials    Student Login    About GIBPE    Registry    News

Tatiana Davis » Registry

### Tatiana Davis

**Home**
Colorado 80640

**Work**
United States

**Certification**: March 31, 2022

No Image Available

### Biography

BCAT

| | |
|---|---|
| Jenifer Guzman | Colorado 80516 |



Global Institute for Behavior Practitioners and Examiners
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄    Speciality Credentials ⌄    Student Login    About GIBPE    Registry    News

Jenifer Guzman » Registry

Jenifer Guzman

**Home**
Colorado 80516

**Work**
United States

**Certification**: March 31, 2022

No Image Available

Biography

BCAT

| | | |
|---|---|---|
| Aubrey Trammell | Colorado |  |



| Kerri Knowles | Colorado |
|---|---|

| Brittney Matack | Colorado |  |

| | | |
|---|---|---|
| Margot Diffendaffer | Colorado |  |

| | | |
|---|---|---|
| Kayliegh Dilger | Colorado |  |

| | | |
|---|---|---|
| Erin Greer | Colorado |  |

| Emma Capra | Colorado |  |

| | | |
|---|---|---|
| Maya Zerangue | Colorado |  |

| | | |
|---|---|---|
| Wilfred Robinson | Colorado |  |

| Erin Canning | Colorado |  |

| Yazmin Castillo | Colorado |  |

| | | |
|---|---|---|
| Lisa Frank | Colorado |  |

| Lily Yacob | Colorado |  |

| John Gurian | Colorado |  |

| | | |
|---|---|---|
| Sahara Hardin | Colorado |  |

| | | |
|---|---|---|
| Briana Melendez | Colorado |  |

| | | |
|---|---|---|
| Haley Block | Colorado |  |

| Amna Ali | Colorado |  |

| | | |
|---|---|---|
| Fabiola Zapata | Colorado |  |

| Bailey Paskach | Colorado |  |
| --- | --- | --- |

| | | |
|---|---|---|
| Olivia Welch | Colorado |  |



| Owen Townsend | Colorado | |

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's   Speciality Credentials   Student Login   About GIBPE   Registry   News

## Owen Townsend » Registry

### Owen Townsend

**Home**
Colorado

No Image Available

### Biography

ABAT Cert #10371

| Austin Robert Hess | Colorado |  |

| | | |
|---|---|---|
| Anna Krauss | Colorado |  |

| | | |
|---|---|---|
| Daphnie Russell | Colorado |  |

| | | |
|---|---|---|
| Samantha Silverman | Colorado |  |

| | | |
|---|---|---|
| Hannah Moua | Colorado |  |

| | | |
|---|---|---|
| Regan Crawford | Colorado |  |

| Abigail Rivera | Colorado |  |

| | | |
|---|---|---|
| Yascary Hodgson | Colorado |  |

| | | |
|---|---|---|
| Melissa Kelene Spears | Colorado |  |

| Taylor Schulz | Colorado |  |

| | | |
|---|---|---|
| Micahel Donnelly | Colorado |  |

| | | |
|---|---|---|
| Margie Sierra | Colorado |  |

| | | |
|---|---|---|
| Eugene Rice | Colorado |  |



| Amy Monreal | Colorado |

Global Institute for Behavior Practitioners and Examiners
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's   Speciality Credentials   Student Login   About GIBPE   Registry   News

Amy Monreal » Registry

Amy Monreal

**Home**
Colorado

No Image Available

Biography

ABAT Cert #10579

| | | |
|---|---|---|
| Naderay Atefi | Colorado |  |

| Jaida Wright | Colorado |  |

| | | |
|---|---|---|
| Janae Nieto | Colorado |  |

| | | |
|---|---|---|
| Johanna Zimberoff | Colorado |  |

| | | |
|---|---|---|
| Amadis Zamarron | Colorado |  |

| | | |
|---|---|---|
| Isabella Bernhardt | Colorado |  |

| | | |
|---|---|---|
| Michelle Moon | Colorado |  |

| | | |
|---|---|---|
| Kristina Paulsen | Colorado |  |

| | | |
|---|---|---|
| Olivia Bobbitt | Colorado |  |

| | | |
|---|---|---|
| Monserrat Torres | Colorado |  |

| | | |
|---|---|---|
| Matthew Schilz | Colorado |  |

**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄    Speciality Credentials ⌄    Student Login    About GIBPE    Registry    News

Matthew Schilz » Registry

Matthew Schilz

**Home**
Colorado

No Image Available

Biography

ABAT Cert #10793

| Marleen Plascencia | Colorado |  |



| Avery Boes | Colorado | |

| | | |
|---|---|---|
| Sasha Littrell | Colorado |  |

| | | |
|---|---|---|
| Tyler Norman | Colorado |  |

| | | |
|---|---|---|
| Sierra Dwyer | Colorado |  |

| | | |
|---|---|---|
| Harmony Moore | Colorado |  |

| Katrina Sweeney | Colorado |  |
|---|---|---|

| | | |
|---|---|---|
| Maya Moreno | Colorado |  |

| | | |
|---|---|---|
| Kelley Anderson | Colorado |  |

| | | |
|---|---|---|
| Alondra Aguirre | Colorado |  |

| | | |
|---|---|---|
| Kyla Pettie | Colorado |  |

| Breanna Barnett | Colorado |  |

| Brittany Davis | Colorado |  |

| Karen Carter | Colorado |  |

| Molly Wickstrom | Colorado |  |
| --- | --- | --- |

| | | |
|---|---|---|
| Verena Schwarz | Colorado |  |

| | | |
|---|---|---|
| Shannon Garrett | Colorado |  |



| Ariana Goemaere | Colorado | |
|---|---|---|

Global Institute for Behavior Practitioners and Examiners
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄   Speciality Credentials ⌄   Student Login   About GIBPE   Registry   News

Ariana Goemaere » Registry

Ariana Goemaere

**Home**
Colorado

No Image Available

Biography

QASP-S Cert #10655

82

| Olivia Lacewell | Colorado |  |
|---|---|---|

| | | |
|---|---|---|
| Amanda Sowers | Colorado |  |

| | | |
|---|---|---|
| Gabrielle Montoya | Colorado |  |

| | | |
|---|---|---|
| Kathryn De Block | Colorado |  |

| | | |
|---|---|---|
| Lindsay Morris | Colorado |  |

| Tyler Bernhardt | Colorado |  |

| | | |
|---|---|---|
| Sarah Russell | Colorado |  |

| | | |
|---|---|---|
| Mackenzie Hirn | Colorado |  |

| | | |
|---|---|---|
| Halle Teetor | Colorado |  |



| Jessie Webb | Colorado |
|---|---|

Global Institute for Behavior Practitioners and Examiners
Coursework | Continuing Education | Certification | Behavior Intervention

Coursework and CEU's ⌄   Speciality Credentials ⌄   Student Login   About GIBPE   Registry   News

### Jessie Webb » Registry

### Jessie Webb

**Home**
Colorado

No Image Available

### Biography

QASP-S Cert #12445

### Related by State - Colorado

| | | |
|---|---|---|
| Rakem Leverette | Colorado |  |

| Hannah Amber | Colorado |  |

| | | |
|---|---|---|
| Carrie Myers | Colorado |  |

| Kathy Gadaleta | Colorado |  |

| | | |
|---|---|---|
| Lacey Porter | Colorado |  |

| | | |
|---|---|---|
| Katelyn E Kendrick | Colorado |  |