## Managing this PDF Folder

Thank you for taking the time to review this file.  Please note that the contents have been bookmarked in a PDF format for your convenience.

To navigate these bookmarks, please click on the second icon listed in the column located at the left of your screen.

A verticial listing of all of the documents contained within this file will appear.  Choose the item you wish to view and click on it.  This will take you directly to that specific item without the need to scroll through the document in its entirety.

**EXHIBIT**

**E**

exhibitsticker.com

**CORRESPONDENCE FROM MICHAEL MOATES**

**TO BACB**

**Bloom, Misty**

| | | |
|---|---|---|
| **4.** | 3/24/22  7:09 PM | Email from Michael Moates to Misty Bloom re: Cease and Desist Inaccurate Information |
| **5.** | 3/28/22  6:26 PM | Email from Michael Moates to Misty Bloom re: Request for Comment on JRC |
| **6.** | 4/1/22  1:41 PM | Email from Michael Moates to Misty Bloom re: Request to Talk before Filing |
| **7.** | 4/4/22  9:45 AM | Email from Michael Moates to Misty Bloom re: Letter to Attorney General |
| **8.** | 4/7/22  2:43 PM | Email from Michael Moates to Misty Bloom re: Intent to File Petition |
| **9.** | 4/17/22  3:17 PM | Email from Michael Moates to Misty Bloom re: Chance to Comment before Press Release |
| **10.** | 4/20/22 1:40 PM | Email from Michael Moates to Misty Bloom re: Service & Consolidated Filings |
| **11.** | 4/25/22 1:25 AM | Email from Michael Moates to Misty Bloom re: Motion to Dismiss |

**Carr, James**

| | | |
|---|---|---|
| **12.** | 2/14/22  5:49 AM | Email from Michael Moates to Jim Carr w/cc to Melissa Nosik, Molli Luke re: Request for Interview |
| **13.** | 3/24/22  5:08 PM | Email from Michael Moates to Jim Carr re: Cease and Desist Inaccurate Information |
| **14.** | 3/28/22  4:25 PM | Email from Michael Moates to Jim Carr  re: Request for Comment on JRC |
| **15.** | 4/4/22  7:46 AM | Email from Michael Moates to Jim Carr e: Letter to Attorney General |
| **16.** | 4/7/22 12:43 PM | Email from Michael Moates to Jim Carr re: Intent to File Petition |
| **17.** | 4/14/22  9:55 AM | Email from Michael Moates to Jim Carr re: More Research on Trademarks |
| **18.** | 4/17/22  1:17 AM | Email from Michael Moates to Jim Carr re: Chance to Comment before Press Release |
| **19.** | 4/25/33 11:34 AM | Email from Michael Moates to Jim Carr  re: Motion to Dismiss |

**Info@bacb.com**

| | | |
|---|---|---|
| **20.** | 3/11/22  9:09 PM | Email from Michael Moates "From: Certification Program Requirements: Requests for Future Changes" |

**Luke, Molli**

| | | |
|---|---|---|
| **21.** | 3/28/22 4:25 PM | Email from Michael Moates to Molli Luke re: Request for Comment on JRC |
| **22.** | 4/4/22  7:45 AM | Email from Michael Moates to Molli Luke re: Letter to Attorney General |
| **23.** | 4/7/22 12:43 PM | Email from Michael Moates to Molli Luke re: Intent to File Petition |
| **24.** | 4/8/22 10:56 AM | Email from Michael Moates to Molli Luke re: Federal and State Complaints |
| **25.** | 4/14/22  9:55 AM | Email from Michael Moates to Molli Luke re: More Research on Trademarks |
| **26.** | 4/17/22  1:17 PM | Email from Michael Moates to Molli Luke re: Chance to Comment before Press Release |
| **27.** | 4/20/22  6:40 AM | Email from Michael Moates to Molli Luke re: Service & Consolidated Filings |
| **28.** | 4/25/22 11:35 AM | Email from Michael Moates to Molli Luke re: Motion to Dismiss |

**Nosik, Melissa**

| | | |
|---|---|---|
| **29.** | 3/24/22  5:08 PM | Email from Michael Moates to Melissa Nosik re: Cease and Desist Inaccurate Information |
| **30.** | 3/28/22 4:25 PM | Email from Michael Moates to Melissa Nosik re: Request for Comment on JRC |
| **31.** | 4/4/22  7:46 AM | Email from Michael Moates to Melissa Nosik re: Letter to Attorney General |
| **32.** | 4/7/22 12:43 PM | Email from Michael Moates to Melissa Nosik re: Intent to File Petition |
| **33.** | 4/8/22 10:56 AM | Email from Michael Moates to Melissa Nosik re: Federal and State Complaints |
| **34.** | 4/17/22  1:17 PM | Email from Michael Moates to Melissa Nosik re: Chance to Comment before Press Release |
| **35.** | 4/20/22  6:40 AM | Email from Michael Moates to Melissa Nosik re: Service & Consolidated Filings |
| **36.** | 4/25/22 11:34 AM | Email from Michael Moates to Melissa Nosik re: Motion to Dismiss |

**Sellers, Tyra**

| | | |
|---|---|---|
| **37.** | 3/24/22  5:08 PM | Email from Michael Moates to Tyra Sellers re: Cease and Desist Inaccurate Information |
| **38.** | 4/7/22 12:43 PM | Email from Michael Moates to Tyra Sellers re: Intent to File Petition |
| **39.** | 4/14/22  9:55 AM | Email from Michael Moates to Tyra Sellers re: More Research on Trademarks |
| **40.** | 4/17/22  1:17 PM | Email from Michael Moates to Tyra Sellers re: Chance to Comment before Press Release |
| **41.** | 4/20/22  6:40 AM | Email from Michael Moates to Tyra Sellers re: Service & Consolidated Filings |
| **42.** | 4/25/22 12:34 AM | Email from Michael Moates to Tyra Sellers re: Motion to Dismiss |

**Seniuk, Holly**

| | | |
|---|---|---|
| **43.** | 3/28/22 4:25 PM | Email from Michael Moates to Holly Seniuk re: Request for Comment on JRC |

**44.** 4/8/22  10:57 AM          Email from Michael Moates to Holly Seniuk re: Federal and State Complaints
**45.** 4/14/22  9:55 AM          Email from Michael Moates to Holly Seniuk re: More Research on Trademarks
**46.** 4/17/22  1:17 PM          Email from Michael Moates to Holly Seniuk re: Chance to Comment before Press Release
**47.** 4/20/22  6:40 AM          Email from Michael Moates to Holly Seniuk re: Service & Consolidated Filings
**48.** 4/25/22 12:35 AM          Email from Michael Moates to Holly Seniuk re: Motion to Dismiss

**Twitter Post**
**49.** 3/29/22                  Twitter Post by Michael Moates re: Sanctions for BCBAs

**From:** Michael <<michaelsmoates@gmail.com>>
**Date:** Friday, April 8, 2022 at 9:54 AM
**To:** David Kelly <<David.Kelly@kelly-ip.com>>, Jim Carr <<carr@bacb.com>>, Misty Bloom
<<Misty@bacb.com>>, Molli Luke <<molli@bacb.com>>, "Melissa R. Nosik" <<melissa@bacb.com>>,
"Holly (Ethics)" <<Holly@bacb.com>>, "Z-Shared MB-Tyra (Ethics)" <<tyra@bacb.com>>, "Sabey,
Mark L." <<marksabey@hallrender.com>>, "<CSebastiani@hallrender.com>"
<<CSebastiani@hallrender.com>>, "<rgibson@hallrender.com>" <<rgibson@hallrender.com>>
**Subject:** [EXTERNAL] Re: False Advertising and Infringement of the BACB's Trademarks

Mr. Kelly,

Your letter is laughable. My response is sue me if you think you have a case.

I have never claimed to be a BCBA. I have claimed to be board-certified in behavior analysis or board-certified as a behavior analyst. I would think that an attorney such as yourself would be aware of the law. Also, your letter is incorrect. I never used the language BCBA as it states nor did I claim to hold the certification of Board Certified Behavior Analyst, I actually stated that I was Board Certified as a Behavior Analyst.

Here is some basic reading for you:
https://www.inta.org/fact-sheets/fair-use-of-trademarks-intended-for-a-non-legal-audience/
https://www.uspto.gov/sites/default/files/documents/trademark_rules_statutes_2020-2-15.pdf

You have the burden of proof. Go for it. The BACB is a joke and I will not be bullied. Also, keep in mind the various libelous comments in your letter. For example, I have never claimed the BCBA title. Period.

Furthermore, if you look at my postnomials you will see that I do not list BCBA.

First of all, I am not responsible for the TherapyDen page and further I have asked them to remove it. Second, the Academia website has not been updated, I will ensure that happens. But it has been less than 5 months.

As far as being board-certified in behavior analysis, I am certified/licensed by multiple boards in behavior analysis including the Qualified Applied Behavior Analysis Credentialing Board, the International Behavior Analysis Organization, and the Virginia Board of Medicine. This is not a term of product or services but rather a descriptive meaning of my certification by various entities.

I encourage you to look at the court ruling on this matter: Sorensen v WD 40 Company. I am prepared to go all the way to the Supreme Court on this matter and will not be intimidated by a corporation.

Also, unless you or your client respond today letting me know you no longer intend to pursue this, I will be challenging their trademarks in federal court. One of which is still under the 5 year limitations.

Finally, you will not intimidate my non-profit charity that seeks to better the field of behavior analysis. Again, you are welcome to sue but I can tell you that I am not concerned. To you, I say bring it on. This letter is a joke.

This is something that is fairly frequent. See:

https://www.nursingworld.org/our-certifications/family-nurse-practitioner/
https://www.aanpcert.org/resource/documents/AGNP%20FNP%20Candidate%20Handbook.pdf

https://www.nursingworld.org/our-certifications/adult-gerontology-acute-care-nurse-practitioner/
https://www.aacn.org/certification/get-certified/acnpc-ag

https://www.aacn.org/certification/get-certified/accns-peds
https://www.nursingworld.org/our-certifications/cns-in-pediatrics-renewal/

https://www.nbcc.org/certification/mac
https://www.naadac.org/mac

You will notice the trademarks here:
https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4805:6gmln.2.3
https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4805:6gmln.5.2

I really am grateful for your letter though. It helps me to show various legislatures that your client does intend on operating as a monopoly and seeks to push out other organizations for try to offer alternatives.

Your client is mad because I called them out for allowing children to be shocked as a result of the leadership of their certificants. I have no problem going to the press and frankly publishing any letter from any attorney that is sent to me.

You have till the end of the day. Then I file on the trademarks.

I am still willing to settle with your client as previously stated but I am not intimidated and I am fully prepared to take this all the way. I will even ask/subpoena other organizations like the one stated above to testify what a danger this is.

Further, my organization is a non-profit organization similarly to your clients.

Sincerely,

Michael Moates, Triple Board Certified in Behavior Analysis

On Fri, Apr 8, 2022 at 10:07 AM David Kelly <David.Kelly@kelly-ip.com> wrote:

Mr. Moates,

We are trademark litigation counsel for the Behavior Analyst Certification Board, Inc. ("BACB").  Attached is our letter of today regarding your misrepresentations and false advertising that you are certified by BACB, and your infringement of the BACB's trademarks. We look forward to receiving your response by **April 11, 2022**.

**David M. Kelly** | *Partner*

1300 19th Street, NW, Suite 300

Washington, DC 20036

202-808-3571 (Direct)

202-808-3570 (Main)

202-412-1103 (Cell)

202-354-5232 (Fax)

david.kelly@kelly-ip.com

www.kelly-ip.com



Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure: and to lead the movement toward building a more resilient world. To find out more, visit our website.

--
## Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Friday, April 8, 2022 at 10:29 AM
**To:** David Kelly <David.Kelly@kelly-ip.com>, Jim Carr <carr@bacb.com>, Misty Bloom <Misty@bacb.com>, Molli Luke <molli@bacb.com>, "Melissa R. Nosik" <melissa@bacb.com>, "Holly (Ethics)" <Holly@bacb.com>, "Z-Shared MB-Tyra (Ethics)" <tyra@bacb.com>, "Sabey, Mark L." <marksabey@hallrender.com>, "CSebastiani@hallrender.com" <CSebastiani@hallrender.com>, "rgibson@hallrender.com" <rgibson@hallrender.com>
**Subject:** [EXTERNAL] Re: False Advertising and Infringement of the BACB's Trademarks

At your request, my CV has been updated.

Trust me I don't want to be connected to this horrible organization that certifies leaders of schools that shock children.

Jesus died on the cross for our sins. Not to torture children.

On Fri, Apr 8, 2022 at 10:51 AM Michael <michaelsmoates@gmail.com> wrote:
Mr. Kelly,

Your letter is laughable. My response is sue me if you think you have a case.

I have never claimed to be a BCBA. I have claimed to be board-certified in behavior analysis or board-certified as a behavior analyst. I would think that an attorney such as yourself would be aware of the law. Also, your letter is incorrect. I never used the language BCBA as it states nor did I claim to hold the certification of Board Certified Behavior Analyst, I actually stated that I was Board Certified as a Behavior Analyst.

Here is some basic reading for you:
https://www.inta.org/fact-sheets/fair-use-of-trademarks-intended-for-a-non-legal-audience/
https://www.uspto.gov/sites/default/files/documents/trademark_rules_statutes_2020-2-15.pdf

You have the burden of proof. Go for it. The BACB is a joke and I will not be bullied. Also, keep in mind the various libelous comments in your letter. For example, I have never claimed the BCBA title. Period.

Furthermore, if you look at my postnomials you will see that I do not list BCBA.

First of all, I am not responsible for the TherapyDen page and further I have asked them to remove it. Second, the Academia website has not been updated, I will ensure that happens. But it has been less than 5 months.

As far as being board-certified in behavior analysis, I am certified/licensed by multiple boards in behavior analysis including the Qualified Applied Behavior Analysis Credentialing Board, the International Behavior Analysis Organization, and the Virginia Board of Medicine. This is not a term of product or services but rather a descriptive meaning of my certification by various entities.

I encourage you to look at the court ruling on this matter: Sorensen v WD 40 Company. I am prepared to go all the way to the Supreme Court on this matter and will not be intimidated by a corporation.

Also, unless you or your client respond today letting me know you no longer intend to pursue this, I will be challenging their trademarks in federal court. One of which is still under the 5 year limitations.

Finally, you will not intimidate my non-profit charity that seeks to better the field of behavior analysis. Again, you are welcome to sue but I can tell you that I am not concerned. To you, I say bring it on. This letter is a joke.

This is something that is fairly frequent. See:

https://www.nursingworld.org/our-certifications/family-nurse-practitioner/
https://www.aanpcert.org/resource/documents/AGNP%20FNP%20Candidate%20Handbook.pdf

https://www.nursingworld.org/our-certifications/adult-gerontology-acute-care-nurse-practitioner/
https://www.aacn.org/certification/get-certified/acnpc-ag

https://www.aacn.org/certification/get-certified/accns-peds
https://www.nursingworld.org/our-certifications/cns-in-pediatrics-renewal/

https://www.nbcc.org/certification/mac
https://www.naadac.org/mac

You will notice the trademarks here:
https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4805:6gmln.2.3
https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4805:6gmln.5.2

I really am grateful for your letter though. It helps me to show various legislatures that your client does intend on operating as a monopoly and seeks to push out other organizations for try to offer alternatives.

Your client is mad because I called them out for allowing children to be shocked as a result of the leadership of their certificants. I have no problem going to the press and frankly publishing any letter from any attorney that is sent to me.

You have till the end of the day. Then I file on the trademarks.

I am still willing to settle with your client as previously stated but I am not intimidated and I am fully prepared to take this all the way. I will even ask/subpoena other organizations like the one stated above to testify what a danger this is.

Further, my organization is a non-profit organization similarly to your clients.

Sincerely,

Michael Moates, Triple Board Certified in Behavior Analysis

.
On Fri, Apr 8, 2022 at 10:07 AM David Kelly <David.Kelly@kelly-ip.com> wrote:

Mr. Moates,


We are trademark litigation counsel for the Behavior Analyst Certification Board, Inc. ("BACB").  Attached is our letter of today regarding your misrepresentations and false advertising that you are certified by BACB, and your infringement of the BACB's trademarks. We look forward to receiving your response by **April 11, 2022**.


**David M. Kelly** | *Partner*

1300 19th Street, NW, Suite 300

Washington, DC 20036


202-808-3571 (Direct)

202-808-3570 (Main)

202-412-1103 (Cell)

202-354-5232 (Fax)


david.kelly@kelly-ip.com

www.kelly-ip.com



Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure: and to lead the movement toward building a more resilient world. To find out more, visit our website.

--

**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

--

**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine

Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Monday, April 25, 2022 11:35 AM
**To:** Sebastiani, Crystal J. <CSebastiani@hallrender.com>
**Subject:** Update (Rule 408)

**\*\*\* This message was sent by an external sender outside of Hall Render. \*\***
I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.
--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**
Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak
Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission
Member, Christian Counselors of Texas
Member, Alonso Center for Psycho‐dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses
(817) 999-7534 | mmoates@email.fielding.edu

LGBTQ Safe Zone
ACADEMIC

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Thursday, March 24, 2022 7:09 PM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Cease and Desist

Misty,

I am writing to you today to let you know that I have become aware of content that is libelous and defamatory in the BACB's email exchange between regulators. There are many pieces of information that are inaccurate and that continue to cause harm for individuals in the field of behavior analysis.

Pursuant to Colorado law, I am notifying you that any inaccurate statements must be stopped now. Should this continue and we have the means to check, we will file litigation immediately seek damages, and an injunction.

In order to prevent litigation, we will also require a correction to be issued. A formal letter with details is being sent via certified mail to your office.

Should you have questions you can reach me here at michaelsmoates@gmail.com or via phone 817-999-7534.

Thank you.

--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Association of Behavior Analysis International
Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Monday, March 28, 2022 6:26 PM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Request for Comment

Hello:

I am requesting comment from the BACB for an article I am working on. The BACB has allowed various individuals seen below to remain certified despite being on the Board or Staff of the Judge Rotenberg Center. A center designated by the UN for torture by using electrical shock on students. They engage in this abuse, yet the BACB allows them to remain certified. Please shoot me a response soon as the article will be published tomorrow. I will be reaching out to Child Protective Services and various state licensure boards for comment as well.

Here are the videos, see for yourself:
https://www.youtube.com/watch?v=Ko-ip3MImik

https://www.youtube.com/watch?v=-aUIhWmDPeI

https://www.youtube.com/watch?v=PUhPMNdnOW8

Here from those who have Autism:

https://www.youtube.com/watch?v=A7hklHN-qqY


Here are the names:

**Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

**Richard Malott, Ph.D., BCBA-D**

**Josh Pritchard, Ph.D., BCBA-D**

**On Staff:**

**Nathan Blenkush, PhD, BCBA-D**


**All of my emails are tracked so if you read and choose not to respond that will be noted in my story**
--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia

Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** "michaelsmoates@gmail.com" <michaelsmoates@gmail.com>
**Date:** Friday, April 1, 2022 at 1:41 PM
**To:** Misty Bloom <Misty@bacb.com>, Jim Carr <carr@bacb.com>, "Melissa R. Nosik" <melissa@bacb.com>, Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Question

Hello all:

I am about to file litigation which includes the BACB and I am wondering if you would be interested in talking first. If not, I will proceed by did want to make the attempt to handle this out of court.

Thanks!

--

**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** michaelsmoates@gmail.com <michaelsmoates@gmail.com>
**Sent:** Monday, April 4, 2022 9:45 AM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Still Can't Believe Texas Will Force Association to an Organization that Credentials People SHOCKING Children, Notice of Litigation - You will still be served

Good Morning Everyone,

Mr. Attorney General - Please take this as notice to a Constitutional Challenge to a Statute. I am required by the FRCP Rule 5.1 to notify you of this challenge. I am also sending this via certified mail to your office.

The Attorney General is protecting human rights via the Transgender Fight in Texas. I can't imagine him supporting the government forcing someone to associate with an organization that contributes to allowing certified individuals to shock children.

I wanted to let you know that the courthouse closed early on Friday so I was unable to drop off the petition and request for a nation-wide preliminary injunction but I was able to male it out this morning.  I let the court know that the BACB could be served at its address and that TDLR could be served via email (per Elizabeth's previous approval). This action was filed in the Northern District of Texas - Fort Worth division where I work.

I want to be clear I am still willing to work with both TDLR and the BACB to come to a resolution. My preference would not be to have this go to court where we start digging into discovery and presenting before a jury of my peers. But I understand if that is both of your positions.

It would be a real shame if the law is struck down across the nation because of the inability of two agencies to work together with me.

I have no problem being transparent so here are some of the issues that will be raised at trial (included but not limited to):

Violation of the First Amendment of the US Constitution - Freedom of Association (Based on forced association with the BACB in order enjoy liberties)
Violation of the First Amendment of the US Constitution - Freedom of Speech (Based on forced speech by the BACB under Section 5 of its ethics code)
Violation of the First Amendment of the US Constitution - Compelled Speech Doctrine
Violation of the First Amendment of the US Constitution - Freedom of Press (Based on forced speech by the BACB under Section 5 of its ethics code in my capacity as a journalist)
Violation of the First Amendment of the US Constitution - Freedom of Religion (Based on forced association with the BACB given the grave violations of my religious views in order enjoy liberties)
Violation of the Fifth Amendment of the US Constitution - Loss of Due Process
Violation of the Fifth Amendment of the US Constitution - Vagueness Doctrine
Violation of the Tenth Amendment of the US Constitution - Powers delegated to the States then the People, not to 3rd Party Organizations
Violation of the Fourteenth Amendment to the US Constitution - Loss of Due Process
Violation of the Fourteenth Amendment to the US Constitution - Vagueness Doctrine

Violation of the Civil Rights Act of 1964 - Based on Diversity Arguments
Violation of the Civil Rights Act of 1964 - Based on Disability Arguments
Violation of the Civil Rights Act of 1964 - Based on Gender Arguments
Violation of the Civil Rights Act of 1964 - Based on Nationality Arguments
Violation of the Clayton Act of 1914 - Based on Antitrust and Monopoly Arguments

Violation of Section 3 of the Texas Constitution - Based on Diversity Arguments
Violation of Section 3 of the Texas Constitution - Based on Gender Arguments
Violation of Section 3 of the Texas Constitution - Based on Nationality Arguments
Violation of Section 3 of the Texas Constitution - Based on Race Arguments
Violation of Section 3 of the Texas Constitution - Based on Equal Rights Arguments
Violation of Section 19 of the Texas Constitution - Due Process of Law (Based automatic denial of application in Dec 2021 with no due process)

Violation of the Texas Behavior Analyst Act of 2017 - Various Issues Raised
Violation of the Texas Free Enterprise and Antitrust Act of 1983 - Based on Antitrust and Monopoly Arguments

Violation of various counts of the Texas Administrative Code

Violation of Court Precedent - Serafine v Branaman https://www.cir-usa.org/wp-content/uploads/2016/01/serafine_fifth_cir_op.pdf
Violation of Court Precedent - Time Warner Cable Inc v Hudson https://casetext.com/case/time-warner-cable-inc-v-hudson

... and there is more.

Let's work together to put this to bed. If the law gets struck down that is going to be unfortunate. I am willing to take this all the way to the Supreme Court. Do we really want this?

--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association

Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Thursday, April 7, 2022 2:43 PM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Update

Mark,

I wanted to let you know that I intend to file an amended petition in the next 72 hours. I am still willing to work with you and your client to come to an agreement removing them from the litigation (without any damages, simply an agreement) but obviously that would require a conversation and I still have not received the letter from the IP attorney which would be part of me removing them.

If these things can be accomplished in the next day or so I will remove your client when I file the amendment.

Thanks.


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Sunday, April 17, 2022 3:17:04 AM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Chance to Comment

Hello all:

I am writing an article next week and sending a press release out to around 3800 reporters and various federal and state agencies/legislatures and I was hoping you might give me a comment.

It is my legal opinion that under the First Amendment, the BACB does not have to associate with these individuals and that you choose to do so. See Boy Scouts of America et al v Dale (2000). Hurley v. Irish American Gay, Lesbian, and Bisexual Group of Boston (1995).

I do not agree with your jurisdiction argument and it is my opinion that you could remove their certification. For the former employees, I will be asking their current employers for comment as well.

Based on my legal opinion above, it is also my opinion that had the BACB in the past or even now revoked these certifications, it would have caused the center to lose accreditation with various insurance providers therefore crippling their operation.

Thus, it is my opinion that the BACB has played a significant role in the human rights violations, shocking, and burning with children of autism.

I will add a disclaimer stating this is my opinion.

You can call it libel in court, I call it my opinion and First Amendment rights and I am going to tell anyone who will listen. Also, you can sue me if you want but I have insurance for both my non-profit and my journalism side. I have communicated with them and they are more than willing to support me.

These are the BCBA's that are to date certified and have worked at the Judge Rotenberg Center:

Current:
Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager
Justin Halton, BCBA, LABA - Director of Special Education
Dawn O'Neill, PhD, BCBA-D, LABA - Clinical
Olivia Treves, M.S., BCBA, LABA - Clinical

Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical
David Plante, M.Ed, BCBA, LABA - Special Education Teacher
Casey Gallagher, M.Ed, BCBA - Testing Coordinator
Robert von Heyn, PhD, BCBA - Director of Clinical Services
Nathan Blenkush Ph.D, BCBA-D - Clinical Services
Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors
Richard Malott, Ph.D., BCBA-D - Board of Directors
Joshua K. Pritchard, PhD, BCBA-D - Board of Directors
Nick Lowther, MA, BCBA


Past:
R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services
Irene McNulty, M.A., BCBA, LABA - Special Education Teacher
Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator
Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.
Aydrien Cathcart, MSEd, BCBA - Special Education Teacher
Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist
Fabio Bertuol, M.Ed. BCBA - Special Education Teacher
Shane Schofield, M.S. BCBA - Case Manager
Danny Qian, EdS, BCBA - Case Manager
Mencia Lopez, MA, BCBA - Behavior Specialist
Alan Dias-Martin, MA, BCBA - Case Manager
Asli Unver, MA, BCBA - Clinical Asst.
Dr. Christine C Sands, PSYD, BCBA
Sarah Connely, PhD, BCBA-D

Thank you for your quick response as this will be published early in the week.
--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization

Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation
Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, April 20, 2022 1:40:52 PM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Service

Good Morning,

Please note, I talked with your process server yesterday. I will waive in person service and can be served here via email. For purposes of the petition and summons only.

Please also take note I will file a notice of removal to federal court and a motion to consolidate with my already filed litigation against the BACB once I receive service here.

Thanks,


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses


(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Monday, April 25, 2022 1:35 PM
**To:** Misty Bloom <Misty@bacb.com>
**Subject:** [EXTERNAL] Update (Rule 408)

I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.

--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael Moates <michaelsmoates@gmail.com>
**Date:** Monday, February 14, 2022 at 5:49 AM
**To:** <carr@bacb.com>
**Cc:** <melissa@bacb.com>, Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Request for Interview

Dr. Carr and or staff,

My name is Michael Moates. I am a journalist and contributor for NewsBreak. I am in the process of writing a set of opinion based editorials for NewsBreak and I was hoping to set up a time to speak with you regarding the BACB's governance and credentialing process.

I looked for a PR contact on the BACB's website but could not find one.

As you know, as more states implement a process by which behavior analysts can become licensed, it is important to have an open dialogue. I am going to be reaching out to other organizations as well.

Thank you for your time.


**Michael Moates, M.A., QBA, QMHP - Registered**

Doctor of Education Student | Fielding Graduate University
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak


Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission


Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses


(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, March 24, 2022 at 5:08 PM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] Cease and Desist

Misty,

I am writing to you today to let you know that I have become aware of content that is libelous and defamatory in the BACB's email exchange between regulators. There are many pieces of information that are inaccurate and that continue to cause harm for individuals in the field of behavior analysis.

Pursuant to Colorado law, I am notifying you that any inaccurate statements must be stopped now. Should this continue and we have the means to check, we will file litigation immediately seek damages, and an injunction.

In order to prevent litigation, we will also require a correction to be issued. A formal letter with details is being sent via certified mail to your office.

Should you have questions you can reach me here at michaelsmoates@gmail.com or via phone 817-999-7534.

Thank you.


--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Association of Behavior Analysis International
Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses


(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, March 28, 2022 at 4:25 PM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] Request for Comment

Hello:

I am requesting comment from the BACB for an article I am working on. The BACB has allowed various individuals seen below to remain certified despite being on the Board or Staff of the Judge Rotenberg Center. A center designated by the UN for torture by using electrical shock on students. They engage in this abuse, yet the BACB allows them to remain certified. Please shoot me a response soon as the article will be published tomorrow. I will be reaching out to Child Protective Services and various state licensure boards for comment as well.

Here are the videos, see for yourself:
https://www.youtube.com/watch?v=Ko-ip3Mlmik

https://www.youtube.com/watch?v=-aUIhWmDPeI

https://www.youtube.com/watch?v=PUhPMNdnOW8

Here from those who have Autism:

https://www.youtube.com/watch?v=A7hklHN-qqY

Here are the names:

**Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

**Richard Malott, Ph.D., BCBA-D**

**Josh Pritchard, Ph.D., BCBA-D**

**On Staff:**

**Nathan Blenkush, PhD, BCBA-D**

**\*\*All of my emails are tracked so if you read and choose not to respond that will be noted in my story\*\***
--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State

Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** "michaelsmoates@gmail.com" <michaelsmoates@gmail.com>
**Date:** Monday, April 4, 2022 at 7:46 AM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] Still Can't Believe Texas Will Force Association to an Organization that Credentials People SHOCKING Children, Notice of Litigation - You will still be served

Good Morning Everyone,

Mr. Attorney General - Please take this as notice to a Constitutional Challenge to a Statute. I am required by the FRCP Rule 5.1 to notify you of this challenge. I am also sending this via certified mail to your office.

The Attorney General is protecting human rights via the Transgender Fight in Texas. I can't imagine him supporting the government forcing someone to associate with an organization that contributes to allowing certified individuals to shock children.

I wanted to let you know that the courthouse closed early on Friday so I was unable to drop off the petition and request for a nation-wide preliminary injunction but I was able to male it out this morning.  I let the court know that the BACB could be served at its address and that TDLR could be served via email (per Elizabeth's previous approval). This action was filed in the Northern District of Texas - Fort Worth division where I work.

I want to be clear I am still willing to work with both TDLR and the BACB to come to a resolution. My preference would not be to have this go to court where we start digging into discovery and presenting before a jury of my peers. But I understand if that is both of your positions.

It would be a real shame if the law is struck down across the nation because of the inability of two agencies to work together with me.

I have no problem being transparent so here are some of the issues that will be raised at trial (included but not limited to):

Violation of the First Amendment of the US Constitution - Freedom of Association (Based on forced association with the BACB in order enjoy liberties)
Violation of the First Amendment of the US Constitution - Freedom of Speech (Based on forced speech by the BACB under Section 5 of its ethics code)
Violation of the First Amendment of the US Constitution - Compelled Speech Doctrine
Violation of the First Amendment of the US Constitution - Freedom of Press (Based on forced speech by the BACB under Section 5 of its ethics code in my capacity as a journalist)
Violation of the First Amendment of the US Constitution - Freedom of Religion (Based on forced association with the BACB given the grave violations of my religious views in order enjoy liberties)
Violation of the Fifth Amendment of the US Constitution - Loss of Due Process
Violation of the Fifth Amendment of the US Constitution - Vagueness Doctrine
Violation of the Tenth Amendment of the US Constitution - Powers delegated to the States then the People, not to 3rd Party Organizations
Violation of the Fourteenth Amendment to the US Constitution - Loss of Due Process
Violation of the Fourteenth Amendment to the US Constitution - Vagueness Doctrine

Violation of the Civil Rights Act of 1964 - Based on Diversity Arguments
Violation of the Civil Rights Act of 1964 - Based on Disability Arguments
Violation of the Civil Rights Act of 1964 - Based on Gender Arguments
Violation of the Civil Rights Act of 1964 - Based on Nationality Arguments
Violation of the Clayton Act of 1914 - Based on Antitrust and Monopoly Arguments

Violation of Section 3 of the Texas Constitution - Based on Diversity Arguments
Violation of Section 3 of the Texas Constitution - Based on Gender Arguments
Violation of Section 3 of the Texas Constitution - Based on Nationality Arguments
Violation of Section 3 of the Texas Constitution - Based on Race Arguments
Violation of Section 3 of the Texas Constitution - Based on Equal Rights Arguments
Violation of Section 19 of the Texas Constitution - Due Process of Law (Based automatic denial of application in Dec 2021 with no due process)

Violation of the Texas Behavior Analyst Act of 2017 - Various Issues Raised
Violation of the Texas Free Enterprise and Antitrust Act of 1983 - Based on Antitrust and Monopoly Arguments

Violation of various counts of the Texas Administrative Code

Violation of Court Precedent - Serafine v Branaman https://www.cir-usa.org/wp-content/uploads/2016/01/serafine_fifth_cir_op.pdf
Violation of Court Precedent - Time Warner Cable Inc v Hudson https://casetext.com/case/time-warner-cable-inc-v-hudson


... and there is more.

Let's work together to put this to bed. If the law gets struck down that is going to be unfortunate. I am willing to take this all the way to the Supreme Court. Do we really want this?


--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies

Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 7, 2022 at 12:43 PM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] Update

Mark,

I wanted to let you know that I intend to file an amended petition in the next 72 hours. I am still willing to work with you and your client to come to an agreement removing them from the litigation (without any damages, simply an agreement) but obviously that would require a conversation and I still have not received the letter from the IP attorney which would be part of me removing them.

If these things can be accomplished in the next day or so I will remove your client when I file the amendment.

Thanks.


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 14, 2022 at 9:55 AM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] More Research

Mr. Kelly,

I did some further research regarding your claims and I want to point out a few things. Again, while your client may have a trademark, they cannot block fair use of a trademark under descriptive use.

Also, keep in mind that various state legislatures have defined the terms you are claiming a trademark to. So if I am addressing myself in the context of the state definition again that would be descriptive.

Board Certified Behavior Analyst could be Board (state board) Certified (approved certifying entity by state) Behavior Analyst (state definition of behavior analyst)(state definition of practicing behavior analysis). Again, I am not responsible for 3rd parties but I am not going to promise I will not use the terms as defined below.

If your client chooses to challenge this with me one of 2 things will likely happen:

- They will lose the trademark based on the generic use of the name for goods and services. https://www.ny-trademark-lawyer.com/challenging-trademark-rights-after-five-years-of-registration.html#:~:text=However%2C%20if%20the%20trademark%20registration,likelihood%20of%20confusion%20or%20descriptiveness.

- The Behavior Analysis laws will be struck down in which your client would then be responsible for the decapitation of various behavior analysis laws that they and their certified lobbied for. In which case, we can start over and begin the fight from the beginning. Then we have a whole story for why we are starting over and I can share with various legislatures why I cannot associate with the BACB because of the whole shocking children thing by their certified.

**States that define "Board" as being the state board not the BACB:**
Alabama - http://alisondb.legislature.state.al.us/alison/codeofalabama/1975/coatoc.htm
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf

North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-8dde-c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2FACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-302.+Part+definitions.&config=025054JABIOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKAFBvZENhdGFsb2cflQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/

**States that define "Certifying entity" as being the BACB and other approved Boards:**
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

**States that define "behavior analyst" outside of being a BCBA:**
Arizona - https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F02091.htm
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010

**States that define "behavior analysis" outside of relation to BACB:**
Alaska - https://www.commerce.alaska.gov/web/Portals/5/pub/BehaviorStatutes.pdf
Arizona
- https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F02091.htm
Hawaii - https://cca.hawaii.gov/pvl/files/2015/12/HRS-465D-BEHAVIOR-ANALYST-0120.pdf
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
New York - http://www.op.nysed.gov/prof/aba/article167.htm
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Oklahoma - https://www.oscn.net/applications/oscn/DeliverDocument.asp?CiteID=456318
Oregon - https://oregon.public.law/rules/oar_410-172-0760
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-8dde-c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2FACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-302.+Part+definitions.&config=025054JABlOTJjNmIyNi0wYjl0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKAFBvZENhdGFsb2cDFQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010
Wisconsin - https://docs.legis.wisconsin.gov/statutes/statutes/440/iii/315

--

**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners

Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Sunday, April 17, 2022 at 1:17 AM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] Chance to Comment

Hello all:

I am writing an article next week and sending a press release out to around 3800 reporters and various federal and state agencies/legislatures and I was hoping you might give me a comment.

It is my legal opinion that under the First Amendment, the BACB does not have to associate with these individuals and that you choose to do so. See Boy Scouts of America et al v Dale (2000). Hurley v. Irish American Gay, Lesbian, and Bisexual Group of Boston (1995).

I do not agree with your jurisdiction argument and it is my opinion that you could remove their certification. For the former employees, I will be asking their current employers for comment as well.

Based on my legal opinion above, it is also my opinion that had the BACB in the past or even now revoked these certifications, it would have caused the center to lose accreditation with various insurance providers therefore crippling their operation.

Thus, it is my opinion that the BACB has played a significant role in the human rights violations, shocking, and burning with children of autism.

I will add a disclaimer stating this is my opinion.

You can call it libel in court, I call it my opinion and First Amendment rights and I am going to tell anyone who will listen. Also, you can sue me if you want but I have insurance for both my non-profit and my journalism side. I have communicated with them and they are more than willing to support me.

These are the BCBA's that are to date certified and have worked at the Judge Rotenberg Center:

Current:
Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager
Justin Halton, BCBA, LABA - Director of Special Education
Dawn O'Neill, PhD, BCBA-D, LABA - Clinical

Olivia Treves, M.S., BCBA, LABA - Clinical
Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical
David Plante, M.Ed, BCBA, LABA - Special Education Teacher
Casey Gallagher, M.Ed, BCBA - Testing Coordinator
Robert von Heyn, PhD, BCBA - Director of Clinical Services
Nathan Blenkush Ph.D, BCBA-D - Clinical Services
Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors
Richard Malott, Ph.D., BCBA-D - Board of Directors
Joshua K. Pritchard, PhD, BCBA-D - Board of Directors
Nick Lowther, MA, BCBA

Past:
R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services
Irene McNulty, M.A., BCBA, LABA - Special Education Teacher
Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator
Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.
Aydrien Cathcart, MSEd, BCBA - Special Education Teacher
Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist
Fabio Bertuol, M.Ed. BCBA - Special Education Teacher
Shane Schofield, M.S. BCBA - Case Manager
Danny Qian, EdS, BCBA - Case Manager
Mencia Lopez, MA, BCBA - Behavior Specialist
Alan Dias-Martin, MA, BCBA - Case Manager
Asli Unver, MA, BCBA - Clinical Asst.
Dr. Christine C Sands, PSYD, BCBA
Sarah Connely, PhD, BCBA-D

Thank you for your quick response as this will be published early in the week.
--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing
Board

International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation
Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, April 25, 2022 at 11:34 AM
**To:** Jim Carr <carr@bacb.com>
**Subject:** [EXTERNAL] Update (Rule 408)

I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.
--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award

*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** "From: Certification Program Requirements: Requests for Future Changes" <info@bacb.com>
**Reply-To:** DO NOT REPLY <Info@bacb.com>
**Date:** Friday, March 11, 2022 at 9:09 PM
**Subject:** [EXTERNAL] New submission from Certification Program Requirements: Requests for Future Changes

Thank you for your submission, we have received the information and will include it in future standards committee reviews.

| |
|---|
| **I am currently a(n):** |
| Other |
| **The country in which I live or primarily practice of ABA is:** |
| United States |
| **The state in which I live or primarily practice of ABA is:** |
| Virginia |
| **I am recommending a change to requirements for the following certification programs (check all that apply):** |
| • RBT<br>• BCaBA<br>• BCBA |
| **My recommendation applies to:** |
| Eligibility Requirements |
| **Please state the currently existing requirement you would like to see changed:** |
| I would like to see the supervision requirements changed to add that Licensed Behavior Analysts (that are not BACB certified) can supervise RBT, BCaBA, and aspiring BCBA's. Also allow Licensed Behavior Analysts to apply to be a CEU provider.<br><br>I would like to see a conversion certification to which LBA's can become certified under a fast tracked certification for those who are certified and licensed by a state board and a certification board accredited by NCCA or ANSI.<br><br>Finally, I would like to see Psychiatrists, Physician Assistance - In Psychiatry, Mental Health Advanced Nurse Practitioners, and others that are certified, have behavior analysis in their scope of practice, and have a supervisor scope of practice or designation to be able to supervise BACB certificates. |
| **Please provide a summary of the problem or barrier to practice that exists with this requirement:** |
| As it stands now, 78% of certified practitioners of the BACB are either Autism or Educational Practitioners. In addition, 10% prefer not to specify their speciality. That leaves 12% of practitioners in other fields. The next highest being Clinical Behavior Analysis at just over 4%.<br><br>In addition, 85% of practitioners are females.<br><br>This is a real problem. The BACB and ABAP have long advocated against "autism-specific" certifications but yet they don't leave much room for other areas of practice to get certified. |

If you want to get experience from a BCBA in Organizational Behavior... you have to find one of 365 certified individuals.

If you want to get experience from a BCBA in Corrections... you have to find one of 49 certified individuals.

If you want to get experience from a BCBA in Behavior Research... you have to find one of 19 certified individuals.

If you want to get experience from a BCBA in Sport/Behavior Fitness... you have to find one of 39 certified individuals.

The BACB does not even have a category for Addiction Behaviors, Animal Behaviors, Forensic Behavior Analysis...

How do you make the argument that you want to be diverse when less than 20% of your certified certificates practice in fields outside of Autism.

**Please state how you would change the current requirement to address your concerns:**

Same as the first answer. I would like to see the supervision requirements changed to add that Licensed Behavior Analysts (that are not BACB certified) can supervise RBT, BCaBA, and aspiring BCBA's. Also allow Licensed Behavior Analysts to apply to be a CEU provider.

I would like to see a conversion certification to which LBA's can become certified under a fast tracked certification for those who are certified and licensed by a state board and a certification board accredited by NCCA or ANSI.

Finally, I would like to see Psychiatrists, Physician Assistance - In Psychiatry, Mental Health Advanced Nurse Practitioners, and others that are certified, have behavior analysis in their scope of practice, and have a supervisor scope of practice or designation to be able to supervise BACB certificates.

**Would you like to provide your contact information?**

Yes

**Full Name:**

Michael Moates

**Certification Number:**

LBA Only

**Email Address:**

michaelsmoates@gmail.com

**Attestation of Good Faith**

I attest that I am making this submission with the intention of helping the BACB better serve its certificants and that what I have provided is legitimate and actionable information. Further, I attest that I have not included any proprietary or confidential information.

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, March 28, 2022 at 4:25 PM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Request for Comment

Hello:

I am requesting comment from the BACB for an article I am working on. The BACB has allowed various individuals seen below to remain certified despite being on the Board or Staff of the Judge Rotenberg Center. A center designated by the UN for torture by using electrical shock on students. They engage in this abuse, yet the BACB allows them to remain certified. Please shoot me a response soon as the article will be published tomorrow. I will be reaching out to Child Protective Services and various state licensure boards for comment as well.

Here are the videos, see for yourself:
https://www.youtube.com/watch?v=Ko-ip3Mlmik

https://www.youtube.com/watch?v=-aUIhWmDPeI

https://www.youtube.com/watch?v=PUhPMNdnOW8

Here from those who have Autism:

https://www.youtube.com/watch?v=A7hklHN-qqY


Here are the names:

**Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

**Richard Malott, Ph.D., BCBA-D**

**Josh Pritchard, Ph.D., BCBA-D**

**On Staff:**

**Nathan Blenkush, PhD, BCBA-D**


**\*\*All of my emails are tracked so if you read and choose not to respond that will be noted in my story\*\***
--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State

Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, March 28, 2022 at 4:25 PM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Request for Comment

Hello:

1

I am requesting comment from the BACB for an article I am working on. The BACB has allowed various individuals seen below to remain certified despite being on the Board or Staff of the Judge Rotenberg Center. A center designated by the UN for torture by using electrical shock on students. They engage in this abuse, yet the BACB allows them to remain certified. Please shoot me a response soon as the article will be published tomorrow. I will be reaching out to Child Protective Services and various state licensure boards for comment as well.

Here are the videos, see for yourself:
https://www.youtube.com/watch?v=Ko-ip3Mlmik

https://www.youtube.com/watch?v=aUIhWmDPel

https://www.youtube.com/watch?v=PUhPMNdnOW8

Here from those who have Autism:

https://www.youtube.com/watch?v=A7hklHN-qqY

Here are the names:

Jessica E. Van Stratton, Ph.D., BCBA-D, LBA

Richard Malott, Ph.D., BCBA-D

Josh Pritchard, Ph.D., BCBA-D

On Staff:

Nathan Blenkush, PhD, BCBA-D

**All of my emails are tracked so if you read and choose not to respond that will be noted in my story**
--
Michael Moates, M.A., QBA, LBA, QMHP - Registered

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia

2

Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu)

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate



**From:** "michaelsmoates@gmail.com" <michaelsmoates@gmail.com>
**Date:** Monday, April 4, 2022 at 7:45 AM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Still Can't Believe Texas Will Force Association to an Organization that Credentials People SHOCKING Children, Notice of Litigation - You will still be served

Good Morning Everyone,

Mr. Attorney General - Please take this as notice to a Constitutional Challenge to a Statute. I am required by the FRCP Rule 5.1 to notify you of this challenge. I am also sending this via certified mail to your office.

The Attorney General is protecting human rights via the Transgender Fight in Texas. I can't imagine him supporting the government forcing someone to associate with an organization that contributes to allowing certified individuals to shock children.

I wanted to let you know that the courthouse closed early on Friday so I was unable to drop off the petition and request for a nation-wide preliminary injunction but I was able to male it out this morning. I let the court know that the BACB could be served at its address and that TDLR could be served via email (per Elizabeth's previous approval). This action was filed in the Northern District of Texas - Fort Worth division where I work.

I want to be clear I am still willing to work with both TDLR and the BACB to come to a resolution. My preference would not be to have this go to court where we start digging into discovery and presenting before a jury of my peers. But I understand if that is both of your positions.

It would be a real shame if the law is struck down across the nation because of the inability of two agencies to work together with me.

I have no problem being transparent so here are some of the issues that will be raised at trial (included but not limited to):

Violation of the First Amendment of the US Constitution - Freedom of Association (Based on forced association with the BACB in order enjoy liberties)
Violation of the First Amendment of the US Constitution - Freedom of Speech (Based on forced speech by the BACB under Section 5 of its ethics code)
Violation of the First Amendment of the US Constitution - Compelled Speech Doctrine
Violation of the First Amendment of the US Constitution - Freedom of Press (Based on forced speech by the BACB under Section 5 of its ethics code in my capacity as a journalist)
Violation of the First Amendment of the US Constitution - Freedom of Religion (Based on forced association with the BACB given the grave violations of my religious views in order enjoy liberties)
Violation of the Fifth Amendment of the US Constitution - Loss of Due Process
Violation of the Fifth Amendment of the US Constitution - Vagueness Doctrine
Violation of the Tenth Amendment of the US Constitution - Powers delegated to the States then the People, not to 3rd Party Organizations
Violation of the Fourteenth Amendment to the US Constitution - Loss of Due Process
Violation of the Fourteenth Amendment to the US Constitution - Vagueness Doctrine

Violation of the Civil Rights Act of 1964 - Based on Diversity Arguments
Violation of the Civil Rights Act of 1964 - Based on Disability Arguments
Violation of the Civil Rights Act of 1964 - Based on Gender Arguments
Violation of the Civil Rights Act of 1964 - Based on Nationality Arguments
Violation of the Clayton Act of 1914 - Based on Antitrust and Monopoly Arguments

Violation of Section 3 of the Texas Constitution - Based on Diversity Arguments
Violation of Section 3 of the Texas Constitution - Based on Gender Arguments
Violation of Section 3 of the Texas Constitution - Based on Nationality Arguments
Violation of Section 3 of the Texas Constitution - Based on Race Arguments
Violation of Section 3 of the Texas Constitution - Based on Equal Rights Arguments
Violation of Section 19 of the Texas Constitution - Due Process of Law (Based automatic denial of application in Dec 2021 with no due process)

Violation of the Texas Behavior Analyst Act of 2017 - Various Issues Raised
Violation of the Texas Free Enterprise and Antitrust Act of 1983 - Based on Antitrust and Monopoly Arguments

Violation of various counts of the Texas Administrative Code

Violation of Court Precedent - Serafine v Branaman https://www.cir-usa.org/wp-content/uploads/2016/01/serafine_fifth_cir_op.pdf
Violation of Court Precedent - Time Warner Cable Inc v Hudson https://casetext.com/case/time-warner-cable-inc-v-hudson


... and there is more.

Let's work together to put this to bed. If the law gets struck down that is going to be unfortunate. I am willing to take this all the way to the Supreme Court. Do we really want this?


--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies

Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 7, 2022 at 12:43 PM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Update

Mark,

I wanted to let you know that I intend to file an amended petition in the next 72 hours. I am still willing to work with you and your client to come to an agreement removing them from the litigation (without any damages, simply an agreement) but obviously that would require a conversation and I still have not received the letter from the IP attorney which would be part of me removing them.

If these things can be accomplished in the next day or so I will remove your client when I file the amendment.

Thanks.


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Friday, April 8, 2022 at 10:56 AM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Federal and State Complaints

Mr. Sabey,

In addition to threatening me, your client is now threatening my organization which is unacceptable. Again, if this not resolved today the following actions will be taken:

- I will ask the IRS to investigate your client and their lobbying
- I will contact the Department of Justice and Federal Trade Commission and ask them to investigate the anti-competitive behavior of your client
- I will send a letter to the United States Congress asking them to investigate the actions of your client
- I will contact every state legislature I can find and ask them to investigate your client based on the above
- I will file an amended petition challenging your clients trademarks and their claims of infringement
- I will contact various candidates across the country for Governor, Attorney General, State and Federal Legislature and I will make this a campaign issue. Specifically, allowing their certified to remain certified while on the board of a school that shocks children.
- I will send out an email to thousands of members of the press across the country letting them know of this.

In all of these letters, I will include photos, videos, and interviews. I will ask for those affected to submit letters.

I will reach out to various organizations such as the ACLU.

Don't worry I will make sure that whatever I say is worded accurately so that you cannot accuse me of libel.

This statement is 100% true: The BACB continues to license people on the Board of Directors at the Judge Rotenberg Center. This is after they found out the school shocks children for things as simple as not taking off their coat. The BACB claims it does not have jurisdiction over these claims despite its ethics code. If the BACB cannot protect consumers or determine the competence of the certified, what is its purpose?

I am done playing around.

We settle or we go to war. Their choice.


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD

Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 14, 2022 at 9:55 AM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] More Research

Mr. Kelly,

I did some further research regarding your claims and I want to point out a few things. Again, while your client may have a trademark, they cannot block fair use of a trademark under descriptive use.

Also, keep in mind that various state legislatures have defined the terms you are claiming a trademark to. So if I am addressing myself in the context of the state definition again that would be descriptive.

Board Certified Behavior Analyst could be Board (state board) Certified (approved certifying entity by state) Behavior Analyst (state definition of behavior analyst)(state definition of practicing behavior analysis). Again, I am not responsible for 3rd parties but I am not going to promise I will not use the terms as defined below.

If your client chooses to challenge this with me one of 2 things will likely happen:

- They will lose the trademark based on the generic use of the name for goods and services. https://www.ny-trademark-lawyer.com/challenging-trademark-rights-after-five-years-of-registration.html#:~:text=However%2C%20if%20the%20trademark%20registration,likelihood%20of%20confusion%20or%20descriptiveness.

- The Behavior Analysis laws will be struck down in which your client would then be responsible for the decapitation of various behavior analysis laws that they and their certified lobbied for. In which case, we can start over and begin the fight from the beginning. Then we have a whole story for why we are starting over and I can share with various legislatures why I cannot associate with the BACB because of the whole shocking children thing by their certified.

**States that define "Board" as being the state board not the BACB:**
Alabama - http://alisondb.legislature.state.al.us/alison/codeofalabama/1975/coatoc.htm
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf

North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-8dde-c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2FACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-302.+Part+definitions.&config=025054JABlOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKAFBvZENhdGFsb2cIDFQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/

**States that define "Certifying entity" as being the BACB and other approved Boards:**
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

**States that define "behavior analyst" outside of being a BCBA:**
Arizona - https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F02091.htm
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010

**States that define "behavior analysis" outside of relation to BACB:**
Alaska - https://www.commerce.alaska.gov/web/Portals/5/pub/BehaviorStatutes.pdf
Arizona
- https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F0
2091.htm
Hawaii - https://cca.hawaii.gov/pvl/files/2015/12/HRS-465D-BEHAVIOR-ANALYST-0120.pdf
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-
behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
New York - http://www.op.nysed.gov/prof/aba/article167.htm
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Oklahoma - https://www.oscn.net/applications/oscn/DeliverDocument.asp?CiteID=456318
Oregon - https://oregon.public.law/rules/oar_410-172-0760
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-
8dde-
c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2F
ACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-
302.+Part+definitions.&config=025054JABIOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKA
FBvZENhdGFsb2cDFQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-
legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-
00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-
S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010
Wisconsin - https://docs.legis.wisconsin.gov/statutes/statutes/440/iii/315


--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners

Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Sunday, April 17, 2022 at 1:17 AM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Chance to Comment

Hello all:

I am writing an article next week and sending a press release out to around 3800 reporters and various federal and state agencies/legislatures and I was hoping you might give me a comment.

It is my legal opinion that under the First Amendment, the BACB does not have to associate with these individuals and that you choose to do so. See Boy Scouts of America et al v Dale (2000). Hurley v. Irish American Gay, Lesbian, and Bisexual Group of Boston (1995).

I do not agree with your jurisdiction argument and it is my opinion that you could remove their certification. For the former employees, I will be asking their current employers for comment as well.

Based on my legal opinion above, it is also my opinion that had the BACB in the past or even now revoked these certifications, it would have caused the center to lose accreditation with various insurance providers therefore crippling their operation.

Thus, it is my opinion that the BACB has played a significant role in the human rights violations, shocking, and burning with children of autism.

I will add a disclaimer stating this is my opinion.

You can call it libel in court, I call it my opinion and First Amendment rights and I am going to tell anyone who will listen. Also, you can sue me if you want but I have insurance for both my non-profit and my journalism side. I have communicated with them and they are more than willing to support me.

These are the BCBA's that are to date certified and have worked at the Judge Rotenberg Center:

Current:
Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager
Justin Halton, BCBA, LABA - Director of Special Education
Dawn O'Neill, PhD, BCBA-D, LABA - Clinical

Olivia Treves, M.S., BCBA, LABA - Clinical
Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical
David Plante, M.Ed, BCBA, LABA - Special Education Teacher
Casey Gallagher, M.Ed, BCBA - Testing Coordinator
Robert von Heyn, PhD, BCBA - Director of Clinical Services
Nathan Blenkush Ph.D, BCBA-D - Clinical Services
Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors
Richard Malott, Ph.D., BCBA-D - Board of Directors
Joshua K. Pritchard, PhD, BCBA-D - Board of Directors
Nick Lowther, MA, BCBA

Past:
R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services
Irene McNulty, M.A., BCBA, LABA - Special Education Teacher
Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator
Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.
Aydrien Cathcart, MSEd, BCBA - Special Education Teacher
Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist
Fabio Bertuol, M.Ed. BCBA - Special Education Teacher
Shane Schofield, M.S. BCBA - Case Manager
Danny Qian, EdS, BCBA - Case Manager
Mencia Lopez, MA, BCBA - Behavior Specialist
Alan Dias-Martin, MA, BCBA - Case Manager
Asli Unver, MA, BCBA - Clinical Asst.
Dr. Christine C Sands, PSYD, BCBA
Sarah Connely, PhD, BCBA-D

Thank you for your quick response as this will be published early in the week.
--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing
Board

International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation
Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Wednesday, April 20, 2022 at 6:40 AM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Service

Good Morning,

Please note, I talked with your process server yesterday. I will waive in person service and can be served here via email. For purposes of the petition and summons only.

Please also take note I will file a notice of removal to federal court and a motion to consolidate with my already filed litigation against the BACB once I receive service here.

Thanks,


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, April 25, 2022 at 11:35 AM
**To:** Molli Luke <molli@bacb.com>
**Subject:** [EXTERNAL] Update (Rule 408)

I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.
--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award

*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, March 24, 2022 at 5:08 PM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Cease and Desist

Misty,

I am writing to you today to let you know that I have become aware of content that is libelous and defamatory in the BACB's email exchange between regulators. There are many pieces of information that are inaccurate and that continue to cause harm for individuals in the field of behavior analysis.

Pursuant to Colorado law, I am notifying you that any inaccurate statements must be stopped now. Should this continue and we have the means to check, we will file litigation immediately seek damages, and an injunction.

In order to prevent litigation, we will also require a correction to be issued. A formal letter with details is being sent via certified mail to your office.

Should you have questions you can reach me here at michaelsmoates@gmail.com or via phone 817-999-7534.

Thank you.

--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Association of Behavior Analysis International
Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, March 28, 2022 at 4:25 PM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Request for Comment

Hello:

1

I am requesting comment from the BACB for an article I am working on. The BACB has allowed various individuals seen below to remain certified despite being on the Board or Staff of the Judge Rotenberg Center. A center designated by the UN for torture by using electrical shock on students. They engage in this abuse, yet the BACB allows them to remain certified. Please shoot me a response soon as the article will be published tomorrow. I will be reaching out to Child Protective Services and various state licensure boards for comment as well.

Here are the videos, see for yourself:
https://www.youtube.com/watch?v=Ko-ip3Mlmik

https://www.youtube.com/watch?v=aUlhWmDPel

https://www.youtube.com/watch?v=PUhPMNdnOW8

Here from those who have Autism:
https://www.youtube.com/watch?v=A7hkIHN-qqY

Here are the names:

Jessica E. Van Stratton, Ph.D., BCBA-D, LBA

Richard Malott, Ph.D., BCBA-D

Josh Pritchard, Ph.D., BCBA-D

On Staff:

Nathan Blenkush, PhD, BCBA-D

**All of my emails are tracked so if you read and choose not to respond that will be noted in my story**
--
Michael Moates, M.A., QBA, LBA, QMHP - Registered

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia

2

Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu)

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** "michaelsmoates@gmail.com" <michaelsmoates@gmail.com>
**Date:** Monday, April 4, 2022 at 7:46 AM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Still Can't Believe Texas Will Force Association to an Organization that Credentials People SHOCKING Children, Notice of Litigation - You will still be served

Good Morning Everyone,

Mr. Attorney General - Please take this as notice to a Constitutional Challenge to a Statute. I am required by the FRCP Rule 5.1 to notify you of this challenge. I am also sending this via certified mail to your office.

The Attorney General is protecting human rights via the Transgender Fight in Texas. I can't imagine him supporting the government forcing someone to associate with an organization that contributes to allowing certified individuals to shock children.

I wanted to let you know that the courthouse closed early on Friday so I was unable to drop off the petition and request for a nation-wide preliminary injunction but I was able to male it out this morning. I let the court know that the BACB could be served at its address and that TDLR could be served via email (per Elizabeth's previous approval). This action was filed in the Northern District of Texas - Fort Worth division where I work.

I want to be clear I am still willing to work with both TDLR and the BACB to come to a resolution. My preference would not be to have this go to court where we start digging into discovery and presenting before a jury of my peers. But I understand if that is both of your positions.

It would be a real shame if the law is struck down across the nation because of the inability of two agencies to work together with me.

I have no problem being transparent so here are some of the issues that will be raised at trial (included but not limited to):

Violation of the First Amendment of the US Constitution - Freedom of Association (Based on forced association with the BACB in order enjoy liberties)
Violation of the First Amendment of the US Constitution - Freedom of Speech (Based on forced speech by the BACB under Section 5 of its ethics code)
Violation of the First Amendment of the US Constitution - Compelled Speech Doctrine
Violation of the First Amendment of the US Constitution - Freedom of Press (Based on forced speech by the BACB under Section 5 of its ethics code in my capacity as a journalist)
Violation of the First Amendment of the US Constitution - Freedom of Religion (Based on forced association with the BACB given the grave violations of my religious views in order enjoy liberties)
Violation of the Fifth Amendment of the US Constitution - Loss of Due Process
Violation of the Fifth Amendment of the US Constitution - Vagueness Doctrine
Violation of the Tenth Amendment of the US Constitution - Powers delegated to the States then the People, not to 3rd Party Organizations
Violation of the Fourteenth Amendment to the US Constitution - Loss of Due Process
Violation of the Fourteenth Amendment to the US Constitution - Vagueness Doctrine

2

Violation of the Civil Rights Act of 1964 - Based on Diversity Arguments
Violation of the Civil Rights Act of 1964 - Based on Disability Arguments
Violation of the Civil Rights Act of 1964 - Based on Gender Arguments
Violation of the Civil Rights Act of 1964 - Based on Nationality Arguments
Violation of the Clayton Act of 1914 - Based on Antitrust and Monopoly Arguments

Violation of Section 3 of the Texas Constitution - Based on Diversity Arguments
Violation of Section 3 of the Texas Constitution - Based on Gender Arguments
Violation of Section 3 of the Texas Constitution - Based on Nationality Arguments
Violation of Section 3 of the Texas Constitution - Based on Race Arguments
Violation of Section 3 of the Texas Constitution - Based on Equal Rights Arguments
Violation of Section 19 of the Texas Constitution - Due Process of Law (Based automatic denial of application in Dec 2021 with no due process)

Violation of the Texas Behavior Analyst Act of 2017 - Various Issues Raised
Violation of the Texas Free Enterprise and Antitrust Act of 1983 - Based on Antitrust and Monopoly Arguments

Violation of various counts of the Texas Administrative Code

Violation of Court Precedent - Serafine v Branaman https://www.cir-usa.org/wp-content/uploads/2016/01/serafine_fifth_cir_op.pdf
Violation of Court Precedent - Time Warner Cable Inc v Hudson https://casetext.com/case/time-warner-cable-inc-v-hudson

... and there is more.

Let's work together to put this to bed. If the law gets struck down that is going to be unfortunate. I am willing to take this all the way to the Supreme Court. Do we really want this?

--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon

Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate



**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 7, 2022 at 12:43 PM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Update

Mark,

I wanted to let you know that I intend to file an amended petition in the next 72 hours. I am still willing to work with you and your client to come to an agreement removing them from the litigation (without any damages, simply an agreement) but obviously that would require a conversation and I still have not received the letter from the IP attorney which would be part of me removing them.

If these things can be accomplished in the next day or so I will remove your client when I file the amendment.

Thanks.


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Friday, April 8, 2022 at 10:56 AM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Federal and State Complaints

Mr. Sabey,

In addition to threatening me, your client is now threatening my organization which is unacceptable. Again, if this not resolved today the following actions will be taken:

- I will ask the IRS to investigate your client and their lobbying
- I will contact the Department of Justice and Federal Trade Commission and ask them to investigate the anti-competitive behavior of your client
- I will send a letter to the United States Congress asking them to investigate the actions of your client
- I will contact every state legislature I can find and ask them to investigate your client based on the above
- I will file an amended petition challenging your clients trademarks and their claims of infringement
- I will contact various candidates across the country for Governor, Attorney General, State and Federal Legislature and I will make this a campaign issue. Specifically, allowing their certified to remain certified while on the board of a school that shocks children.
- I will send out an email to thousands of members of the press across the country letting them know of this.

In all of these letters, I will include photos, videos, and interviews. I will ask for those affected to submit letters.

I will reach out to various organizations such as the ACLU.

Don't worry I will make sure that whatever I say is worded accurately so that you cannot accuse me of libel.

This statement is 100% true: The BACB continues to license people on the Board of Directors at the Judge Rotenberg Center. This is after they found out the school shocks children for things as simple as not taking off their coat. The BACB claims it does not have jurisdiction over these claims despite its ethics code. If the BACB cannot protect consumers or determine the competence of the certified, what is its purpose?

I am done playing around.

We settle or we go to war. Their choice.


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD

Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Sunday, April 17, 2022 1:17:03 AM
**To:** Melissa R. Nosik <melissa@bacb.com>
**Subject:** [EXTERNAL] Chance to Comment

Hello all:

I am writing an article next week and sending a press release out to around 3800 reporters and various federal and state agencies/legislatures and I was hoping you might give me a comment.

It is my legal opinion that under the First Amendment, the BACB does not have to associate with these individuals and that you choose to do so. See Boy Scouts of America et al v Dale (2000). Hurley v. Irish American Gay, Lesbian, and Bisexual Group of Boston (1995).

I do not agree with your jurisdiction argument and it is my opinion that you could remove their certification. For the former employees, I will be asking their current employers for comment as well.

Based on my legal opinion above, it is also my opinion that had the BACB in the past or even now revoked these certifications, it would have caused the center to lose accreditation with various insurance providers therefore crippling their operation.

Thus, it is my opinion that the BACB has played a significant role in the human rights violations, shocking, and burning with children of autism.

I will add a disclaimer stating this is my opinion.

You can call it libel in court, I call it my opinion and First Amendment rights and I am going to tell anyone who will listen. Also, you can sue me if you want but I have insurance for both my non-profit and my journalism side. I have communicated with them and they are more than willing to support me.

These are the BCBA's that are to date certified and have worked at the Judge Rotenberg Center:

Current:
Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager
Justin Halton, BCBA, LABA - Director of Special Education
Dawn O'Neill, PhD, BCBA-D, LABA - Clinical
Olivia Treves, M.S., BCBA, LABA - Clinical

Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical
David Plante, M.Ed, BCBA, LABA - Special Education Teacher
Casey Gallagher, M.Ed, BCBA - Testing Coordinator
Robert von Heyn, PhD, BCBA - Director of Clinical Services
Nathan Blenkush Ph.D, BCBA-D - Clinical Services
Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors
Richard Malott, Ph.D., BCBA-D - Board of Directors
Joshua K. Pritchard, PhD, BCBA-D - Board of Directors
Nick Lowther, MA, BCBA


Past:
R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services
Irene McNulty, M.A., BCBA, LABA - Special Education Teacher
Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator
Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.
Aydrien Cathcart, MSEd, BCBA - Special Education Teacher
Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist
Fabio Bertuol, M.Ed. BCBA - Special Education Teacher
Shane Schofield, M.S. BCBA - Case Manager
Danny Qian, EdS, BCBA - Case Manager
Mencia Lopez, MA, BCBA - Behavior Specialist
Alan Dias-Martin, MA, BCBA - Case Manager
Asli Unver, MA, BCBA - Clinical Asst.
Dr. Christine C Sands, PSYD, BCBA
Sarah Connely, PhD, BCBA-D

Thank you for your quick response as this will be published early in the week.
--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing
Board
International Behavior Analyst - International Behavior Analysis Organization

Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Wednesday, April 20, 2022 at 6:40 AM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Service

Good Morning,

Please note, I talked with your process server yesterday. I will waive in person service and can be served here via email. For purposes of the petition and summons only.

Please also take note I will file a notice of removal to federal court and a motion to consolidate with my already filed litigation against the BACB once I receive service here.

Thanks,


--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses


(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, April 25, 2022 at 11:34 AM
**To:** "Melissa R. Nosik" <melissa@bacb.com>
**Subject:** [EXTERNAL] Update (Rule 408)

I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.
--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award

*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, March 24, 2022 at 5:08 PM
**To:** "Z-Shared MB-Tyra (Ethics)" <tyra@bacb.com>
**Subject:** [EXTERNAL] Cease and Desist

Misty,

I am writing to you today to let you know that I have become aware of content that is libelous and defamatory in the BACB's email exchange between regulators. There are many pieces of information that are inaccurate and that continue to cause harm for individuals in the field of behavior analysis.

Pursuant to Colorado law, I am notifying you that any inaccurate statements must be stopped now. Should this continue and we have the means to check, we will file litigation immediately seek damages, and an injunction.

In order to prevent litigation, we will also require a correction to be issued. A formal letter with details is being sent via certified mail to your office.

Should you have questions you can reach me here at michaelsmoates@gmail.com or via phone 817-999-7534.

Thank you.

--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Eagle Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Association of Behavior Analysis International
Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Thursday, April 7, 2022 12:43 PM
**To:** Z-Shared MB-Tyra (Ethics) <tyra@bacb.com>
**Subject:** [EXTERNAL] Update

Mark,

I wanted to let you know that I intend to file an amended petition in the next 72 hours. I am still willing to work with you and your client to come to an agreement removing them from the litigation (without any damages, simply an agreement) but obviously that would require a conversation and I still have not received the letter from the IP attorney which would be part of me removing them.

If these things can be accomplished in the next day or so I will remove your client when I file the amendment.

Thanks.


--

**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 14, 2022 at 9:55 AM
**To:** "Z-Shared MB-Tyra (Ethics)" <tyra@bacb.com>
**Subject:** [EXTERNAL] More Research

Mr. Kelly,

I did some further research regarding your claims and I want to point out a few things. Again, while your client may have a trademark, they cannot block fair use of a trademark under descriptive use.

Also, keep in mind that various state legislatures have defined the terms you are claiming a trademark to. So if I am addressing myself in the context of the state definition again that would be descriptive.

Board Certified Behavior Analyst could be Board (state board) Certified (approved certifying entity by state) Behavior Analyst (state definition of behavior analyst)(state definition of practicing behavior analysis). Again, I am not responsible for 3rd parties but I am not going to promise I will not use the terms as defined below.

If your client chooses to challenge this with me one of 2 things will likely happen:

- They will lose the trademark based on the generic use of the name for goods and services. https://www.ny-trademark-lawyer.com/challenging-trademark-rights-after-five-years-of-registration.html#:~:text=However%2C%20if%20the%20trademark%20registration,likelihood%20of%20confusion%20or%20descriptiveness.

- The Behavior Analysis laws will be struck down in which your client would then be responsible for the decapitation of various behavior analysis laws that they and their certified lobbied for. In which case, we can start over and begin the fight from the beginning. Then we have a whole story for why we are starting over and I can share with various legislatures why I cannot associate with the BACB because of the whole shocking children thing by their certified.

**<u>States that define "Board" as being the state board not the BACB:</u>**
Alabama - http://alisondb.legislature.state.al.us/alison/codeofalabama/1975/coatoc.htm
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf

North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-8dde-c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2FACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-302.+Part+definitions.&config=025054JABlOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKAFBvZENhdGFsb2cD14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/

**States that define "Certifying entity" as being the BACB and other approved Boards:**
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

**States that define "behavior analyst" outside of being a BCBA:**
Arizona - https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F02091.htm
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010

**States that define "behavior analysis" outside of relation to BACB:**

Alaska - https://www.commerce.alaska.gov/web/Portals/5/pub/BehaviorStatutes.pdf

Arizona - https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F02091.htm

Hawaii - https://cca.hawaii.gov/pvl/files/2015/12/HRS-465D-BEHAVIOR-ANALYST-0120.pdf

Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-behavior-analysts/chapter-1-definitions

Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html

Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108

Louisiana - https://lababoard.org/laws-rules-and-opinions/

Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429

Michigan - http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&objectName=mcl-333-18251

Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/

Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300

Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/

Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001

New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf

New York - http://www.op.nysed.gov/prof/aba/article167.htm

North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf

North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01

Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01

Oklahoma - https://www.oscn.net/applications/oscn/DeliverDocument.asp?CiteID=456318

Oregon - https://oregon.public.law/rules/oar_410-172-0760

Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28

South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290

Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-8dde-c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2FACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-302.+Part+definitions.&config=025054JABlOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKAFBvZENhdGFsb2cDFQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb

Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-S702_2015070120150701

Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902

Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/

Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010

Wisconsin - https://docs.legis.wisconsin.gov/statutes/statutes/440/iii/315

--

**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners

Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Sunday, April 17, 2022 at 1:17 AM
**To:** "Z-Shared MB-Tyra (Ethics)" <tyra@bacb.com>
**Subject:** [EXTERNAL] Chance to Comment

Hello all:

I am writing an article next week and sending a press release out to around 3800 reporters and various federal and state agencies/legislatures and I was hoping you might give me a comment.

It is my legal opinion that under the First Amendment, the BACB does not have to associate with these individuals and that you choose to do so. See Boy Scouts of America et al v Dale (2000). Hurley v. Irish American Gay, Lesbian, and Bisexual Group of Boston (1995).

I do not agree with your jurisdiction argument and it is my opinion that you could remove their certification. For the former employees, I will be asking their current employers for comment as well.

Based on my legal opinion above, it is also my opinion that had the BACB in the past or even now revoked these certifications, it would have caused the center to lose accreditation with various insurance providers therefore crippling their operation.

Thus, it is my opinion that the BACB has played a significant role in the human rights violations, shocking, and burning with children of autism.

I will add a disclaimer stating this is my opinion.

You can call it libel in court, I call it my opinion and First Amendment rights and I am going to tell anyone who will listen. Also, you can sue me if you want but I have insurance for both my non-profit and my journalism side. I have communicated with them and they are more than willing to support me.

These are the BCBA's that are to date certified and have worked at the Judge Rotenberg Center:

Current:
Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager
Justin Halton, BCBA, LABA - Director of Special Education
Dawn O'Neill, PhD, BCBA-D, LABA - Clinical

Olivia Treves, M.S., BCBA, LABA - Clinical
Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical
David Plante, M.Ed, BCBA, LABA - Special Education Teacher
Casey Gallagher, M.Ed, BCBA - Testing Coordinator
Robert von Heyn, PhD, BCBA - Director of Clinical Services
Nathan Blenkush Ph.D, BCBA-D - Clinical Services
Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors
Richard Malott, Ph.D., BCBA-D - Board of Directors
Joshua K. Pritchard, PhD, BCBA-D - Board of Directors
Nick Lowther, MA, BCBA

Past:
R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services
Irene McNulty, M.A., BCBA, LABA - Special Education Teacher
Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator
Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.
Aydrien Cathcart, MSEd, BCBA - Special Education Teacher
Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist
Fabio Bertuol, M.Ed. BCBA - Special Education Teacher
Shane Schofield, M.S. BCBA - Case Manager
Danny Qian, EdS, BCBA - Case Manager
Mencia Lopez, MA, BCBA - Behavior Specialist
Alan Dias-Martin, MA, BCBA - Case Manager
Asli Unver, MA, BCBA - Clinical Asst.
Dr. Christine C Sands, PSYD, BCBA
Sarah Connely, PhD, BCBA-D

Thank you for your quick response as this will be published early in the week.
--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing
Board

International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation
Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, April 20, 2022 6:40 AM
**To:** Z-Shared MB-Tyra (Ethics) <tyra@bacb.com>
**Subject:** [EXTERNAL] Service

Good Morning,

Please note, I talked with your process server yesterday. I will waive in person service and can be served here via email. For purposes of the petition and summons only.

Please also take note I will file a notice of removal to federal court and a motion to consolidate with my already filed litigation against the BACB once I receive service here.

Thanks,

––
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, April 25, 2022 at 12:34 PM
**To:** "Z-Shared MB-Tyra (Ethics)" <tyra@bacb.com>
**Subject:** [EXTERNAL] Update (Rule 408)

I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.
--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu
2018 Recipient of the Air Force Organizational Excellence Award

*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, March 28, 2022 at 4:25 PM
**To:** "Holly (Ethics)" <Holly@bacb.com>
**Subject:** [EXTERNAL] Request for Comment

Hello:

I am requesting comment from the BACB for an article I am working on. The BACB has allowed various individuals seen below to remain certified despite being on the Board or Staff of the Judge Rotenberg Center. A center designated by the UN for torture by using electrical shock on students. They engage in this abuse, yet the BACB allows them to remain certified. Please shoot me a response soon as the article will be published tomorrow. I will be reaching out to Child Protective Services and various state licensure boards for comment as well.

Here are the videos, see for yourself:
https://www.youtube.com/watch?v=Ko-ip3Mlmik

https://www.youtube.com/watch?v=-aUIhWmDPeI

https://www.youtube.com/watch?v=PUhPMNdnOW8

Here from those who have Autism:

https://www.youtube.com/watch?v=A7hkIHN-qqY

Here are the names:

**Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

**Richard Malott, Ph.D., BCBA-D**

**Josh Pritchard, Ph.D., BCBA-D**

**On Staff:**

**Nathan Blenkush, PhD, BCBA-D**

**All of my emails are tracked so if you read and choose not to respond that will be noted in my story**
--
**Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State

Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Friday, April 8, 2022 at 10:57 AM
**To:** "Holly (Ethics)" <Holly@bacb.com>
**Subject:** [EXTERNAL] Federal and State Complaints

Mr. Sabey,

In addition to threatening me, your client is now threatening my organization which is unacceptable. Again, if this not resolved today the following actions will be taken:

- I will ask the IRS to investigate your client and their lobbying
- I will contact the Department of Justice and Federal Trade Commission and ask them to investigate the anti-competitive behavior of your client
- I will send a letter to the United States Congress asking them to investigate the actions of your client
- I will contact every state legislature I can find and ask them to investigate your client based on the above
- I will file an amended petition challenging your clients trademarks and their claims of infringement
- I will contact various candidates across the country for Governor, Attorney General, State and Federal Legislature and I will make this a campaign issue. Specifically, allowing their certified to remain certified while on the board of a school that shocks children.
- I will send out an email to thousands of members of the press across the country letting them know of this.

In all of these letters, I will include photos, videos, and interviews. I will ask for those affected to submit letters.

I will reach out to various organizations such as the ACLU.

Don't worry I will make sure that whatever I say is worded accurately so that you cannot accuse me of libel.

This statement is 100% true: The BACB continues to license people on the Board of Directors at the Judge Rotenberg Center. This is after they found out the school shocks children for things as simple as not taking off their coat. The BACB claims it does not have jurisdiction over these claims despite its ethics code. If the BACB cannot protect consumers or determine the competence of the certified, what is its purpose?

I am done playing around.

We settle or we go to war. Their choice.

--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD

Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Thursday, April 14, 2022 at 9:55 AM
**To:** "Holly (Ethics)" <Holly@bacb.com>
**Subject:** [EXTERNAL] More Research

Mr. Kelly,

I did some further research regarding your claims and I want to point out a few things. Again, while your client may have a trademark, they cannot block fair use of a trademark under descriptive use.

Also, keep in mind that various state legislatures have defined the terms you are claiming a trademark to. So if I am addressing myself in the context of the state definition again that would be descriptive.

Board Certified Behavior Analyst could be Board (state board) Certified (approved certifying entity by state) Behavior Analyst (state definition of behavior analyst)(state definition of practicing behavior analysis). Again, I am not responsible for 3rd parties but I am not going to promise I will not use the terms as defined below.

If your client chooses to challenge this with me one of 2 things will likely happen:

- They will lose the trademark based on the generic use of the name for goods and services. https://www.ny-trademark-lawyer.com/challenging-trademark-rights-after-five-years-of-registration.html#:~:text=However%2C%20if%20the%20trademark%20registration,likelihood%20of%20confusion%20or%20descriptiveness.

- The Behavior Analysis laws will be struck down in which your client would then be responsible for the decapitation of various behavior analysis laws that they and their certified lobbied for. In which case, we can start over and begin the fight from the beginning. Then we have a whole story for why we are starting over and I can share with various legislatures why I cannot associate with the BACB because of the whole shocking children thing by their certified.

**States that define "Board" as being the state board not the BACB:**
Alabama - http://alisondb.legislature.state.al.us/alison/codeofalabama/1975/coatoc.htm
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf

North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-
8dde-
c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2F
ACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-
302.+Part+definitions.&config=025054JABIOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKA
FBvZENhdGFsb2cfDQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-
legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-
00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/

**States that define "Certifying entity" as being the BACB and other approved Boards:**
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

**States that define "behavior analyst" outside of being a BCBA:**
Arizona
- https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F0
2091.htm
Iowa - https://www.legis.iowa.gov/law/iowaCode/sections?codeChapter=154D
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-
S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010

**States that define "behavior analysis" outside of relation to BACB:**
Alaska - https://www.commerce.alaska.gov/web/Portals/5/pub/BehaviorStatutes.pdf
Arizona
- https://www.azleg.gov/viewdocument/?docName=http%3A%2F%2Fwww.azleg.gov%2Fars%2F32%2F0
2091.htm
Hawaii - https://cca.hawaii.gov/pvl/files/2015/12/HRS-465D-BEHAVIOR-ANALYST-0120.pdf
Indiana - https://casetext.com/statute/indiana-code/title-25-professions-and-occupations/article-85-
behavior-analysts/chapter-1-definitions
Kansas - https://www.ksrevisor.org/statutes/chapters/ch65/065_075_0002.html
Kentucky - https://aba.ky.gov/newstatic_Info.aspx?static_ID=408&menuid=108
Louisiana - https://lababoard.org/laws-rules-and-opinions/
Massachusetts - https://malegislature.gov/Laws/SessionLaws/Acts/2012/Chapter429
Michigan
- http://www.legislature.mi.gov/(S(13h3l54mwbv4odg5am1trykk))/mileg.aspx?page=getObject&object
Name=mcl-333-18251
Mississippi - https://law.justia.com/codes/mississippi/2016/title-73/chapter-75/section-73-75-3/
Michigan - https://revisor.mo.gov/main/OneSection.aspx?section=337.300
Montana - https://law.justia.com/codes/montana/2021/title-37/chapter-17/part-4/section-37-17-402/
Nevada - https://www.leg.state.nv.us/NRS/NRS-437.html#NRS437Sec001
New Jersey - https://www.njconsumeraffairs.gov/Statutes/Applied-Behavior-Analyst-Licensing-Act.pdf
New York - http://www.op.nysed.gov/prof/aba/article167.htm
North Carolina - https://www.ncleg.gov/Sessions/2021/Bills/Senate/PDF/S103v6.pdf
North Dakota - https://www.ndlegis.gov/cencode/t43c64.pdf#nameddest=43-64-01
Ohio - https://codes.ohio.gov/ohio-revised-code/section-4783.01
Oklahoma - https://www.oscn.net/applications/oscn/DeliverDocument.asp?CiteID=456318
Oregon - https://oregon.public.law/rules/oar_410-172-0760
Rhode Island - https://rules.sos.ri.gov/regulations/part/216-40-05-28
South Dakota - https://sdlegislature.gov/Statutes/Codified_Laws/2061290
Tennessee - https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=10c7ed0c-12ca-43e0-
8dde-
c64e43f6bbb5&nodeid=ACKAALAADAAC&nodepath=%2FROOT%2FACK%2FACKAAL%2FACKAALAAD%2F
ACKAALAADAAC&level=4&haschildren=&populated=false&title=63-11-
302.+Part+definitions.&config=025054JABIOTJjNmIyNi0wYjI0LTRjZGEtYWE5ZC0zNGFhOWNhMjFlNDgKA
FBvZENhdGFsb2cDFQ14bX2GfyBTaI9WcPX5&pddocfullpath=%2Fshared%2Fdocument%2Fstatutes-
legislation%2Furn%3AcontentItem%3A5CD7-JJM0-R03M-B39H-00008-
00&ecomp=vg1_kkk&prid=9129b916-21ce-4b42-b788-e7ac7016e7bb
Texas - https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm
Utah - https://le.utah.gov/xcode/Title58/Chapter61/58-61-S702.html?v=C58-61-
S702_2015070120150701
Vermont - https://legislature.vermont.gov/statutes/section/26/095/04902
Virginia - https://law.justia.com/codes/virginia/2021/title-54-1/chapter-29/section-54-1-2900/
Washington - https://app.leg.wa.gov/RCW/default.aspx?cite=18.380.010
Wisconsin - https://docs.legis.wisconsin.gov/statutes/statutes/440/iii/315

--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners

Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
LGBTQ Safe Zone
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Sunday, April 17, 2022 at 1:17 AM
**To:** "Holly (Ethics)" <Holly@bacb.com>
**Subject:** [EXTERNAL] Chance to Comment

Hello all:

I am writing an article next week and sending a press release out to around 3800 reporters and various federal and state agencies/legislatures and I was hoping you might give me a comment.

It is my legal opinion that under the First Amendment, the BACB does not have to associate with these individuals and that you choose to do so. See Boy Scouts of America et al v Dale (2000). Hurley v. Irish American Gay, Lesbian, and Bisexual Group of Boston (1995).

I do not agree with your jurisdiction argument and it is my opinion that you could remove their certification. For the former employees, I will be asking their current employers for comment as well.

Based on my legal opinion above, it is also my opinion that had the BACB in the past or even now revoked these certifications, it would have caused the center to lose accreditation with various insurance providers therefore crippling their operation.

Thus, it is my opinion that the BACB has played a significant role in the human rights violations, shocking, and burning with children of autism.

I will add a disclaimer stating this is my opinion.

You can call it libel in court, I call it my opinion and First Amendment rights and I am going to tell anyone who will listen. Also, you can sue me if you want but I have insurance for both my non-profit and my journalism side. I have communicated with them and they are more than willing to support me.

These are the BCBA's that are to date certified and have worked at the Judge Rotenberg Center:

Current:
Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager
Justin Halton, BCBA, LABA - Director of Special Education
Dawn O'Neill, PhD, BCBA-D, LABA - Clinical

Olivia Treves, M.S., BCBA, LABA - Clinical
Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical
David Plante, M.Ed, BCBA, LABA - Special Education Teacher
Casey Gallagher, M.Ed, BCBA - Testing Coordinator
Robert von Heyn, PhD, BCBA - Director of Clinical Services
Nathan Blenkush Ph.D, BCBA-D - Clinical Services
Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors
Richard Malott, Ph.D., BCBA-D - Board of Directors
Joshua K. Pritchard, PhD, BCBA-D - Board of Directors
Nick Lowther, MA, BCBA


Past:
R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services
Irene McNulty, M.A., BCBA, LABA - Special Education Teacher
Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator
Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.
Aydrien Cathcart, MSEd, BCBA - Special Education Teacher
Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist
Fabio Bertuol, M.Ed. BCBA - Special Education Teacher
Shane Schofield, M.S. BCBA - Case Manager
Danny Qian, EdS, BCBA - Case Manager
Mencia Lopez, MA, BCBA - Behavior Specialist
Alan Dias-Martin, MA, BCBA - Case Manager
Asli Unver, MA, BCBA - Clinical Asst.
Dr. Christine C Sands, PSYD, BCBA
Sarah Connely, PhD, BCBA-D

Thank you for your quick response as this will be published early in the week.
--
**Prof. Michael Moates, M.A., QBA, LBA, LMHP**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing
Board

International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation
Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Sent:** Wednesday, April 20, 2022 6:40 AM
**To:** Holly (Ethics) <Holly@bacb.com>
**Subject:** [EXTERNAL] Service

Good Morning,

Please note, I talked with your process server yesterday. I will waive in person service and can be served here via email. For purposes of the petition and summons only.

Please also take note I will file a notice of removal to federal court and a motion to consolidate with my already filed litigation against the BACB once I receive service here.

Thanks,

––
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award
*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

**From:** Michael <michaelsmoates@gmail.com>
**Date:** Monday, April 25, 2022 at 12:35 PM
**To:** "Holly (Ethics)" <Holly@bacb.com>
**Subject:** [EXTERNAL] Update (Rule 408)

I am mailing a motion to dismiss on various grounds. I will serve you once it is filed with the court.

I have dismissed my litigation against the BACB in federal court and will be refiling in state court in the coming days. I am going to wait 72 hours to see if we can come to a resolution. If not, I will proceed. Let me know your thoughts. My request to settle this still stands but I have terms as I assume you do as well.

There are some things I am willing to concede and some things I am not willing to.

Further, I want to remind all that there are some things that are in the petition that are materially false and can be proven to be false. If you guys do not want to resolve this I encourage you to at least be accurate because we will be filing a motion to strike, sanctions, and contempt (perjury).

Going forward it is my hope that statements that are made are accurate.

Please note that the BACB did not engage in arbitration as required by their terms of service.

I still believe there is a middle ground in which this can be resolved but the ball remains in your court.

Thanks.
--
**Prof. Michael Moates, M.A., QBA, LBA, QMHP - Registered**

Doctor of Education Candidate | Fielding Graduate University
Executive Director, Global Institute for Behavior Practitioners and Examiners
Adjunct College Professor of Psychology, University of the People
Student Health Advisory Committee, Eagle Mountain Saginaw ISD
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Contributor, NewsBreak

Licensed Behavior Analyst, Virginia Board of Medicine
Qualified Behavior Analyst - Qualified Applied Behavior Analyst Credentialing Board
International Behavior Analyst - International Behavior Analysis Organization
Commissioned Notary Public, Texas Secretary of State
Qualified Mental Health Professional - Trainee, State of Virginia
Qualified Mental Health Professional - Registrant, State of Oregon
Non-Violent Crisis Intervention Certified - Crisis Prevention Institute
Certified Accreditation Evaluator, Distance Education Accreditation Commission

Member, Christian Counselors of Texas
Member, Alonso Center for Psycho-dynamic Studies
Member, Carnegie Project on the Education Doctorate
Member, American Nurses Association & Texas Nurses Association
Member, International Society of Psychiatric Mental Health Nurses

(817) 999-7534 | mmoates@email.fielding.edu

2018 Recipient of the Air Force Organizational Excellence Award

*LGBTQ Safe Zone*
ACADEMIC Freedom Advocate

