Virginia.gov   Agencies | Governor

# VIRGINIA REGULATORY TOWN HALL

Home >

Search the TownHall

**Find a Regulation**

**Regulatory Activity**

   Actions Underway

   Petitions

   Legislative Mandates

   Periodic Reviews

   General Notices

**Meetings**

**Guidance Documents**

**Comment Forums**

**Sign in**

State Agency

Registered Public

Sign up

**Agency**   Department of Health Professions

**Board**   Board of Medicine

**Chapter**   Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

Previous Comment     Next Comment     Back to List of Comments

**Commenter:** Misty Kieschnick     3/16/22  11:11 pm

This change is necessary to provide to the growing number of mental health and disability issues..

I am a teacher at our alternative discipline center and the growing expansion of challenges/disabilities exceed the narrow limit of BACB certification. As it stands now, there are such long wait lists and behavior can be used in a variety of fields. The diversity of qualified practitioners will allow for fields outside of Autism to received beneficial services.

I support the language of accredited bodies of behavior analysts.

CommentID: 120797

EXHIBIT

F