**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION
BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL;
AND THE GLOBAL INSTITUTE OF
BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

---

**AFFIDAVIT OF MICHAEL MOATES**

---

Michael Moats hereby states and affirms under the penalty of perjury the following:

1.      My name is Michael Moats, I am over the age of 18, and I have personal knowledge of the facts averred in this affidavit.

2.      Since December 25, 2021, I have held the position of Chairman of The Global Institute of Behavioral Practitioners and Examiners ("GIBPE") which was formerly known as The Foundation for Transformation.

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

3.      The informational registry on GIBPE's website, available at https://gibpe.org/ros1/#cn-top, is an assimilation of information from the websites of other organizations that credential behavioral analysts.

4.      The registry does not include members or credentialed behavioral analysts of GIBPE because GIBPE does not have any members or credentialed behavioral analysts.

5.      The registry is an informational resource for people looking for a behavioral analyst certified by other organizations.

6.      GIBPE offers classes in behavioral analysis for those that are interested.

7.      GIBPE has delivered a total of (3) three courses. A copy of all the sales of GIBPE is attached to this Affidavit as Exhibit "A".

8.      An employee of the plaintiff (a Colorado resident) purchased a course on June 13, 2022, the courses were not delivered, and the money was refunded.

9.      The course was not toward any credentialing nor advertised as for "Board Certification" but were continuing education classes titled "Autism Theory and Technology" (https://gibpe.com/course/index.php?categoryid=3) attached as "Exhibit       "B"      and      "Psychology      Refresher" (https://gibpe.com/course/index.php?categoryid=24) attached as Exhibit "C".

10.     Copies of the web pages for these courses are attached to this Affidavit.

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

11.     Another Colorado resident also purchased the course, "Autism Theory and Technology" for continuing education credits.

**<u>VERIFICATION</u>**

I, Michael Moates, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2022.[1]

_____

Michael Moates

---

[1] Unsworn Declaration pursuant to 28 U.S. Code § 1746.

3

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

# EXHIBIT

# A

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

# Payments

All   Succeeded   Refunded   Uncaptured   Failed

Export   + Create payment [N]

⊕ Date   ⊕ Amount   ⊕ Status   ⊕ Payment method   ✕ Clear Filters

| | AMOUNT | | STATUS | DESCRIPTION | CUSTOMER | DATE |
|---|---|---|---|---|---|---|
| | $50.00 | USD | Refunded ↩ | pi_3LAIUnLo02aYFgRQ1tznYVWh | ncspec2022@gmail.com | Jun 13, 2:04 PM |
| | $35.00 | USD | Refunded ↩ | pi_3LAIIaLo02aYFgRQ1V7VGTO5 | ncspec2022@gmail.com | Jun 13, 1:50 PM |
| | $25.00 | USD | Canceled ✕ | pi_3LADe7Lo02aYFgRQ0VgNq4An | | Jun 13, 8:49 AM |
| | $50.00 | USD | Refunded ↩ | pi_3LA88OLo02aYFgRQ0I9ZAmn | madiha.atif2012@outlook.com | Jun 13, 2:57 AM |
| | $50.00 | USD | Succeeded ✓ | pi_3L8yDQLo02aYFgRQ1bCyGHNy | marlanascimento.aba@gmail.com | Jun 9, 10:09 PM |
| | $50.00 | USD | Refunded ↩ | pi_3L8yCRLo02aYFgRQ17X8b1F0 | marlanascimento.aba@gmail.com | Jun 9, 10:08 PM |
| | $50.00 | USD | Refunded ↩ | pi_3L5AnSLo02aYFgRQ1D0XTo18 | livi0038@gmail.com | May 30, 10:46 AM |
| | $50.00 | USD | Succeeded ✓ | pi_3L5Aj0Lo02aYFgRQ0xqGEUmw | livi0038@gmail.com | May 30, 10:45 AM |
| | $15.00 | USD | Canceled ✕ | pi_3L5A7hLo02aYFgRQ1MuuYj1C | | May 30, 10:03 AM |
| | $50.00 | USD | Canceled ✕ | pi_3Kr6tHLo02aYFgRQ1YYukkb7 | | Apr 21, 3:46 PM |
| | $50.00 | USD | Succeeded ✓ | pi_3Kr6rbLo02aYFgRQ1FBYgFjX | hailey.gillam@aol.com | Apr 21, 3:45 PM |
| | $25.00 | USD | Canceled ✕ | pi_3KTiW9Lo02aYFgRQ0d0H7MGl | | Feb 16, 2:05 AM |

12 results

Previous   Next

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

# EXHIBIT

# B

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

Login/Register

# BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS

Home / Courses / Behavior An... / BEHAVIOR A...

Behavior Analysis / BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS ⬍

Search courses

7 Courses

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
CEU: Autism Resources (2.5 Hours)
$15 USD
4

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
Seminar/Webinar/Workshop (QABA)
$25 USD
4

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
CEU: Animal Behavior Training
$15 USD
5

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
CEU: Respecialization in Clinical Behavior Analysis (2 CEU)
$15 USD
4

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
CEU: Autism Theory and Technology (10 CEU's) (Designed By Massachusetts Institute of Technology)
$50 USD
5

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
CEU: Organizational Behavior Analysis (3 CEU)
$15 USD
5

BEHAVIOR ANALYSIS CONTINUING EDUCATION UNITS
Research Poster/Presentation/Article (QABA)
$25 USD
3

Accreditation
International Behavior Analysis Organization®

Contact
michael@gibpe.org

Copyright © 2022 GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

# EXHIBIT C

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a

Login/Register

**GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS**
COURSEWORK I CONTINUING EDUCATION I CERTIFICATION I BEHAVIOR INTERVENTION

# PSYCHOLOGY CONTINUING EDUCATION UNITS

Home / Courses / Psychology / PSYCHOLO...

Psychology / PSYCHOLOGY CONTINUING EDUCATION UNITS

Search courses

1 Courses

PSYCHOLOGY CONTINUING EDUCATION UNITS

CEU: Psychology Refresher (7 CEU's)
(Designed By Massachusetts Institute of
Technology)

7

$35 USD

## Accreditation

International Behavior Analysis Organization®

## Contact

michael@gibpe.org

Copyright © 2022 GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS

Doc ID: 1e2a2710695a6c34140f74bbb24048d5cb07a61a