🔒 gibpe.org/about-us/

## GOALS FOR THE FUTURE

As soon as practical, the institute has the following goals will apply with the Internal Revenue Service for status as a 501(c)3 non-profit exempt organization.

Our organization will then begin working on accreditation to offer coursework certificates and continuing education coursework. To start week seek to obtain accreditation from:

1. Qualified Applied Behavior Analysis Credentialing Board (CEU Accreditation Submitted)
2. Behavior Analyst Certification Board
3. American Psychological Association
4. National Board for Certified Counselors
5. International Behavior Analysis Organization
6. American Council on Education
7. National Association of School Psychologists
8. International Coaching Federation
9. Association of Social Work Boards
10. American Board of Psychoanalysis
11. American Nursing Credentialing Center – Psychiatric – Mental Health
12. Center for Credentialing & Education
13. Other organizations that are accredited in the behavioral sciences

In addition, we will seek national/programatic accreditation to offer college level certificates in coursework and continuing education from either ANSI or NCCA and a college level accreditor.

We will aim to help these practitioners with resources for advocacy, insurance credentialing, licensing, and professional membership.

Our organization will provide membership to various practitioners, families, and other interested parties.

Finally, we will help families and offer them resources they need to advocate for their family.

Copyright © 2022 | Powered by Astra WordPress Theme

EXHIBIT

B