

Shannon, Michael, Malea, and Billy practice Behavior Analysis in the following states: California, Colorado, Arkansas, New Mexico, Idaho, Nebraska, Illinois, Georgia, South Carolina, West Virginia, Pennsylvania, New Hampshire, Florida, and Maine.

Shannon and Michael Behavior Analysis in the following states: Iowa, Vermont, and Virginia.

Michael practices behavior analysis in the following states: Arizona.

Michael practices master level psychology in the following states: Vermont, Florida, and Indiana

Michael practices mental health counseling in the following states: Vermont, Florida, New Hampshire, New Jersey, and Indiana.

EXHIBIT C