

## NOT YET ACTIVE – PRACTITONERS

Board Certified Animal Behavior Practitioner (BC-ABP)℠

Board Certified Chemical Dependency Behavior Practitioner (BC-CDBP)℠

Board Certified Clinical Mental Health Behavior Practitioner (BC-CMHBP)℠

Board Certified First Responder Behavior Interventionist (BC-FRBI)℠

Board Certified Intellectual Disabilities Behavior Practitioner (BC-IDBP)℠

Board Certified Sex Addiction Behavior Practitioner (BC-SABP)℠

## EXAMINERS

Board Certified Behavior Examiner (BCBE)℠

Forensic Behavior Analyst – Board Certified (FBA-BC)℠

Organizational Behavior Analyst – Board Certified (OBA-BC)℠

## SCIENTIST

Experimental Human Behavior Analyst – Board Certified (EHBA-BC)℠

## ACADEMIC

Education Behavior Practitioner – Board Certified (EBP-BC)℠

Board Certified Behavior Analysis Instructor (BCBAI)℠

## Conversion – diplomat status

Diplomate of Behavior Medicine (DBM)℠ – Psychiatrists

Diplomate of Behavior Psychology (DBP)℠ – Psychologists

Associate Diplomate of Behavior Medicine (DBM)℠ – Psychiatric Nurse Practitioners, Physician Assistants

Associate Diplomate of Behavior Psychology (DBP)℠ – Master level Clinicians – LPC, LMFT, LCDC, LCSW, etc...

Copyright © 2022 | Powered by Astra WordPress Theme

**EXHIBIT E**