IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL; AND
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on review of the docket. On May 24, 2022, the Court set July 28, 2022 as the deadline for the parties to complete and file the Consent/Non-Consent Form (Dkt. #14). The parties did not comply with this order. As a one-time courtesy, the Court will sua sponte extend this deadline. Accordingly, it is hereby ORDERED that no later than August 4, 2022, the parties shall complete and file the Consent/Non-Consent Form (see Dkt. #10), indicating either unanimous consent of the parties or that consent has been declined.

Date: August 3, 2022