## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

      Plaintiff,

v.

MICHAEL MOATES, an individual;
MISTY KIESCHNICK, an individual; and
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

      Defendants.

---

## UNOPPOSED MOTION TO RESCHEDULE
## SCHEDULING/PLANNING CONFERENCE

---

Plaintiff, the Behavior Analyst Certification Board, Inc. ("the BACB"), by and through its attorneys, Hall, Render, Killian, Heath & Lyman, P.C., respectfully submits its Unopposed Motion to Reschedule Scheduling/Planning Conference and, as ground therefore, states the following:

1.    The parties have conferred, Defendants' counsel has stipulated to the relief sought in this Motion.

2.    Undersigned counsel certifies that a copy of this motion is being served on his respective client.

3.    Pursuant to Fed.R.Civ.P. 16(b)(4) and D.C.COLO.LCivR 6.1, in this first request for continuance, Plaintiff seeks to continue the Scheduling/Planning Conference, and related deadlines, by approximately 21 days.  Good cause exists to warrant an extension because this case

is not ripe to begin the disclosure/discovery process.  No parties will be prejudiced by this continuance.  The continuance is sought in good faith and not for the purposes of delay.

4.      On June 30, 2022, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint (Doc. 22).  Plaintiff's response brief was filed on July 21, 2022, and Defendants' reply brief is due today, August 4, 2022.

5.      On May 24, 2022, this Court issued an Order Setting Scheduling/Planning Conference (Doc. 14), which established the following events/deadlines:

- 7/21/22     Rule 26(f) pre-scheduling conference
- 8/4/22          Initial Disclosures
- 8/4/22          Proposed Scheduling Order
- 8/11/22     Scheduling/Planning Conference, 2:00 p.m.

6.      Before Defendants' Motion to Dismiss can be ruled upon, the parties will have to prematurely engage in the next steps of litigation before knowing the Court's final ruling.

7.      It is Defendants' position that Plaintiff's claims should be dismissed for this Court's lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2).  Plaintiff requests, therefore, that the parties not be required to incur the burdens and expenses of litigation, until after the Motion to Dismiss is decided.

8.      Additionally, undersigned counsel has been out of town for a family emergency since July 13, 2022, and will not be available to focus on this case until after August 19, 2022.

9.      If the Scheduling/Planning Conference is continued by 21 days (Sept. 1st or later), it would allow for the completion of briefing on Plaintiff's Motion to Dismiss (Doc. 22) and presumably the Court's ruling before the parties engage in disclosures and discovery.  This allows

enough time for the parties to hold the Rule 26(f) conference, exchange initial disclosures, and submit a proposed Scheduling Order should this Court deny the Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that the Court reschedule the Scheduling/Planning Conference to Sept. 1, 2022 or later for the above-stated reasons.

Respectfully submitted this 4th day of August, 2022.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Mark L. Sabey*
Mark L. Sabey
Lindsay K. McManus
999 17th Street, Suite 800, Denver, CO 80202
(303) 801-3538 / marksabey@hallrender.com
(303) 802-1293 / lmcmanus@hallrender.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2022, a true and correct copy of the foregoing was served via CM/ECF with electronic service upon the following:

Martin J. Champagne, Jr.
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
mjc@champagne-law.com
*Attorney for Defendants*

*s/ Rebecca Gibson*
Rebecca Gibson, Legal Administrative Assistant