IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL;
MISTY KIESCHNICK, AN INDIVIDUAL;
LARRY KIESCHNICK, AN INDIVIDUAL; AND
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Reschedule Scheduling/Planning Conference (Dkt. #27) is GRANTED. The Scheduling Conference set for August 11, 2022 at 2:00 p.m. is VACATED and RESET as a Motion Hearing on Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #22) for August 23, 2022 at 11:00 a.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. Other scheduling matters will be discussed at the Motion Hearing.

Date: August 8, 2022