IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-01247-NRN | Date:  August 23, 2022 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., | Mark Sabey |
| Plaintiff, | |
| v. | |
| MICHAEL MOATES, AN INDIVIDUAL; MISTY KIESCHNICK, AN INDIVIDUAL; LARRY KIESCHNICK, AN INDIVIDUAL; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS, | Martin Champagne |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**10:59 a.m.    Court in session.**

Court calls case. Appearances of Counsel. Preliminary remarks by the Court.

Discussion regarding Mr. Champagne's Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b). Mr. Sabey does not oppose the motion.

For the reasons stated on the record, it is

**ORDERED:**    Mr. Champagne's Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b) is GRANTED.

This matter is before the Court regarding Defendants Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction (Dkt. # 22).

Arguments by Counsel.

For the reasons stated on the record, it is

**ORDERED:** Defendants Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction (Dkt. # 22) is TAKEN UNDER ADVISEMENT. The Court will issue a written order in due course. Within 5 days of a decision on the motion to dismiss, if the motion is denied, the parties shall jointly contact Judge Neureiter's Chambers to set a scheduling conference.

**ORDERED:** Plaintiff's counsel shall consult with his client, and file a statement regarding transfer of jurisdiction issue.

**11:59 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   01:00

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.