**EXHIBIT A**

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 3/11/22 | Opinion: BACB And APBA Harming Field of Behavior Analysis Through Lack Of Diversity And Collaboration | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-qmhp-r-1589310<br><br>https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2538720050812-opinion-bacb-and-apba-harming-field-of-behavior-analysis-through-lack-of-diversity-and-collaboration |
| 3/16/22 | Comment: GIBPE | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120784 |
| 3/17/22 | Comment: Response to Theodore A. Hoch | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120810 |
| 3/21/22 | Comment: Reply to Caroline Salzman | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120832 |
| 3/21/22 | Comment: Further Reading with Quotes for the Board to Consider | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120833 |
| 3/21/22 | Comments: Response to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120835 |
| 3/22/22 | Comment: Reply to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120839 |
| 3/23/22 | Comments: Reply to Crystal Peterson Barker | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120844 |
| 3/28/22 | Comment: Another Reason Alternatives Must Be Considered - Shocking Children | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120876 |
| 3/28/22 | Comments: Response to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120924 |
| 3/28/22 | Approval of Torturing Students by Licensed Individuals in Texas | Letter to Governor Abbott transmitted via email and certified mail | |

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 3/28/22 | Shocking Children Will Never Be Okay, Does Texas Know Who It Is Getting Into Business With? | GIBPE website | https://gibpe.org/2022/03/shocking-children-will-never-be-okay-does-texas-know-who-it-is-getting-into-business-with/ |
| 3/29/22 | Comments: Reply to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120946 |
| 3/30/22 | Comments: Similar Discussions of Counseling | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121020 |
| 4/4/22 | Comments: Response to Last Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121080 |
| 4/6/22 | Comment: Update from the BACB | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121099 |
| 4/7/22 | Comment: Reply to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121101 |
| 4/7/22 | Comment: Anon is wrong | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121106 |
| 4/7/22 | Opinion: BACB Should Not Allow Children to Be Shocked | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-qmhp-r-1589310/2555743469694-opinion-behavior-analyst-certification-board-should-not-allow-children-to-be-shocked |
| 4/8/22 | Letter addressed to the Governor of the State of Texas and Attorney General of the States of Texas | GIBPE website | https://gibpe.org/tag/bacb/ |
| 4/11/22 | Comment: Letter to Congress | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121119 |
| 4/11/22 | Comment: Litigation Filed | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121122 |
| 4/11/22 | Concerns regarding the abuses in the practices of behavior analysis | Letter to US Congress, Executive Branch, Various State Boards, and Additional Bodies—posted online | https://gibpe.org/wp-content/uploads/2022/04/Letter.pdf |
| 4/12/22 | Comment: It is sad the BACB Anon Rep has to lie and defame | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121333 |

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 4/12/22 | Comment: My last post and apologies | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121362 |
| 4/13/22 | Comment: Clarity | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121450 |
| 4/13/22 | Comment: Give Patients the Right to Choose and Raise the Standard By Adding Competition | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121468 |
| 4/14/22 | Comment: Give Patient the Right to Choose and Raise the Standard by Adding Competition | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121471 |
| 4/18/22 | Twitter Posts and Retweets | Twitter | |
| 4/18/22 | Opinion: Dr. Jan Nisbet Exposes the Deep Abuses In the Field of Behavior Analysis at the Judge Rotenberg Center | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2575042454729-opinion-dr-jan-nisbet-exposes-the-deep-abuses-in-the-field-of-behavior-analysis-at-the-judge-rotenberg-center |
| 5/13/22 | "Autism Treatment Providers" Team Up to Cover Up Alleged Abuses of Applied Behavior Analysis | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310 |
| 5/14/22 | Opinion: Dr. Jan Nisbet Exposes the Deep Abuses In the Field of Behavior Analysis at the Judge Rotenberg Center | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310<br><br>https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2602497462096-opinion-dr-jan-nisbet-exposes-the-deep-abuses-in-the-field-of-behavior-analysis-at-the-judge-rotenberg-center |

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 5/19/22 | Opinion: Non-Profit "Leaders" Cash In Over a Quarter of A Million Dollars While Autistic Children Are Shocked | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310 <br><br> https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2608188953274-opinion-non-profit-leaders-cash-in-over-a-quarter-of-a-million-dollars-while-autistic-children-are-shocked |