IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

      Plaintiff,

v.

MICHAEL MOATES, an individual;
MISTY KIESCHNICK, an individual; and
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MISTY KIESCHNICK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, the Behavior Analyst Certification Board, Inc., by and through undersigned counsel, hereby voluntarily dismisses without prejudice Defendant Misty Kieschnick from this action.

Respectfully submitted this 30th day of August, 2022.

                                             HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

                                             *s/ Mark L. Sabey*
                                             Mark L. Sabey
                                             Lindsay K. McManus
                                             999 17th Street, Suite 800, Denver, CO 80202
                                             (303) 801-3538 / marksabey@hallrender.com
                                             (303) 802-1293 / lmcmanus@hallrender.com

                                             ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that on August 30, 2022, a true and correct copy of the foregoing was served via CM/ECF with electronic service upon the following:

Martin J. Champagne, Jr.
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
mjc@champagne-law.com
*Attorney for Defendants*

                                              *s/ Crystal J. Sebastiani*
                                              Crystal J. Sebastiani, Paralegal