IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

      Plaintiff,

v.

MICHAEL MOATES, an individual;
MISTY KIESCHNICK, an individual; and
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

      Defendants.

**SUBSTITUTION OF EXHIBIT A TO STATEMENT SUBMITTED BY BACB**

Plaintiff, the Behavior Analyst Certification Board, Inc. ("the BACB"), by and through its attorneys, Hall, Render, Killian, Heath & Lyman, P.C., respectfully submits this Substitution of Exhibit A to the Statement filed with this Court by BACB on August 30, 2022 (Dkt. 32-1) and states as follows:

Exhibit A was submitted in an effort to show the court the extensive number of publications in which Michael Moates and his organization have attacked BACB in nationally accessible internet media and criticized and attempted to interfere with or alter BACB's Colorado-based credentialing activities.  BACB has realized that some of the website links in Exhibit A are no longer working, and therefore submits a modified Exhibit A which includes, following the listing of documents, the documents themselves in the chronological order listed.

Respectfully submitted this 1st day of September, 2022.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Mark L. Sabey*
Mark L. Sabey
Lindsay K. McManus
999 17th Street, Suite 800, Denver, CO 80202
(303) 801-3538 / marksabey@hallrender.com
(303) 802-1293 / lmcmanus@hallrender.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2022, a true and correct copy of the foregoing was served via CM/ECF with electronic service upon the following:

Martin J. Champagne, Jr.
CHAMPAGNE LAW FIRM, LLC
1626 N. Washington St.
Denver, CO 80202
mjc@champagne-law.com
*Attorney for Defendants*

*s/ Rebecca Gibson*
Rebecca Gibson, Legal Administrative Assistant
