**EXHIBIT A**

| Date | Document Title / Description | Media Platform | Website Link |
|------|------------------------------|----------------|--------------|
| 3/11/22 | Opinion: BACB And APBA Harming Field of Behavior Analysis Through Lack Of Diversity And Collaboration | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-qmhp-r-1589310<br><br>https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2538720050812-opinion-bacb-and-apba-harming-field-of-behavior-analysis-through-lack-of-diversity-and-collaboration |
| 3/16/22 | Comment: GIBPE | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120784 |
| 3/17/22 | Comment: Response to Theodore A. Hoch | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120810 |
| 3/21/22 | Comment: Reply to Caroline Salzman | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120832 |
| 3/21/22 | Comment: Further Reading with Quotes for the Board to Consider | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120833 |
| 3/21/22 | Comments: Response to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120835 |
| 3/22/22 | Comment: Reply to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120839 |
| 3/23/22 | Comments: Reply to Crystal Peterson Barker | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120844 |
| 3/28/22 | Comment: Another Reason Alternatives Must Be Considered - Shocking Children | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120876 |
| 3/28/22 | Comments: Response to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120924 |
| 3/28/22 | Approval of Torturing Students by Licensed Individuals in Texas | Letter to Governor Abbott transmitted via email and certified mail | |

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 3/28/22 | Shocking Children Will Never Be Okay, Does Texas Know Who It Is Getting Into Business With? | GIBPE website | https://gibpe.org/2022/03/shocking-children-will-never-be-okay-does-texas-know-who-it-is-getting-into-business-with/ |
| 3/29/22 | Comments: Reply to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=120946 |
| 3/30/22 | Comments: Similar Discussions of Counseling | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121020 |
| 4/4/22 | Comments: Response to Last Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121080 |
| 4/6/22 | Comment: Update from the BACB | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121099 |
| 4/7/22 | Comment: Reply to Anon | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121101 |
| 4/7/22 | Comment: Anon is wrong | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121106 |
| 4/7/22 | Opinion: BACB Should Not Allow Children to Be Shocked | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-qmhp-r-1589310/2555743469694-opinion-behavior-analyst-certification-board-should-not-allow-children-to-be-shocked |
| 4/8/22 | Retweet includes link to Newsbreak Article: BACB Should Not Allow Children to Be Shocked | Twitter Post | |
| 4/8/22 | Letter addressed to the Governor of the State of Texas and Attorney General of the States of Texas | GIBPE website | https://gibpe.org/tag/bacb/ |
| 4/11/22 | Comment: Letter to Congress | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121119 |
| 4/11/22 | Comment: Litigation Filed | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121122 |

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 4/11/22 | Concerns regarding the abuses in the practices of behavior analysis | Letter to US Congress, Executive Branch, Various State Boards, and Additional Bodies—posted online | https://gibpe.org/wp-content/uploads/2022/04/Letter.pdf |
| 4/12/22 | Comment: It is sad the BACB Anon Rep has to lie and defame | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121333 |
| 4/12/22 | Comment: My last post and apologies | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121362 |
| 4/13/22 | Comment: Clarity | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121450 |
| 4/13/22 | Comment: Give Patients the Right to Choose and Raise the Standard By Adding Competition | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121468 |
| 4/14/22 | Comment: Give Patient the Right to Choose and Raise the Standard by Adding Competition | Virginia Regulatory Town Hall | https://townhall.virginia.gov/l/viewcomments.cfm?commentid=121471 |
| 4/18/22 | Tweet includes link to Newsbreak Article: Dr. Jan Nisbet Exposes the Deep Abuses In the Field of Behavior Analysis at the Judge Rotenberg Center | Twitter Post | |
| 4/18/22 | Opinion: Dr. Jan Nisbet Exposes the Deep Abuses In the Field of Behavior Analysis at the Judge Rotenberg Center | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2575042454729-opinion-dr-jan-nisbet-exposes-the-deep-abuses-in-the-field-of-behavior-analysis-at-the-judge-rotenberg-center |
| 5/13/22 | "Autism Treatment Providers" Team Up to Cover Up Alleged Abuses of Applied Behavior Analysis | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310 |

| Date | Document Title / Description | Media Platform | Website Link |
|---|---|---|---|
| 5/14/22 | Opinion: Dr. Jan Nisbet Exposes the Deep Abuses In the Field of Behavior Analysis at the Judge Rotenberg Center | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310<br><br>https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2602497462096-opinion-dr-jan-nisbet-exposes-the-deep-abuses-in-the-field-of-behavior-analysis-at-the-judge-rotenberg-center |
| 5/19/22 | Opinion: Non-Profit "Leaders" Cash In Over a Quarter of A Million Dollars While Autistic Children Are Shocked | Newsbreak | https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310<br><br>https://original.newsbreak.com/@mike-moates-ma-qba-lba-lmhp-1589310/2608188953274-opinion-non-profit-leaders-cash-in-over-a-quarter-of-a-million-dollars-while-autistic-children-are-shocked |



# Mike Moates, MA, QBA, LBA, QMHP-R

☰

# Opinion: BACB And APBA Harming Field of Behavior Analysis Through Lack Of Diversity And Collaboration

 Mike Moates, MA, QBA, LBA, QMHP-R    14 days ago



Flikr

The behavior analysis profession is quickly becoming regulated, with licenses in over 33 states [1]. As states continue to add licensing requirements it is more important now than ever to recognize that the field of behavior analysis should not regulated by one organization. But that is exactly what the Behavior Analyst Certification Board (BACB) has set out to do.

# Mike Moates, MA, QBA, LBA, QMHP-R

☰

fields are medicine, psychology, counseling, social work, marriage and family therapy, and chemical dependency.

While some states may require an applicant to pass a board exam, certification is not usually a requirement of licensure. But the BACB will not allow individuals to take their exam unless they plan to get certi-fied. Further, the BACB is a monopoly that has engaged in anti-competitive behavior through collusion with the Association of Professional Behavior Analysts.

2. The BACB is governed by a board of directors that **ONLY** focuses on one speciality, developmental disabilities. Every single board member works in developmental disabilities [2]. But behavior analysis is so much more than just Autism or childhood developmental disabilities.

Behavior Analysis can be used in the criminal justice sector [3], sub-stance and chemical abuse treatment [4], sex addiction [5], organiza-tional behavior [6], animal behavior [7], and many other fields. One must consider how an organization governed by people focusing on children with developmental disabilities is qualified to address all of these other fields.

3. The BACB is governed by a board of directors that would personally benefit from the restriction of behavior practitioners. Half of the board members own their own business or are in leadership positions at companies that would benefit from the lack of service providers be-cause that would make them the go to choice.

4. The BACB seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behav-

Opinion: BACB and APBA by-pass NPR Behavioral Documents 34-1 ... Filed 09/01/22l.neySDC@kColorfando-r Page n7acp4 106-qmhp-r-158...

Case 1:22-cv-01247-NRN Document 34-1 Filed 09/01/22 USDC Colorado Page 7 of 108

# Mike Moates, MA, QBA, LBA, QMHP-R

☰

tion engaged in the reduction of maladaptive behaviors can not su-
pervise technicians according to the organization.

5. Their ally and lobbying arm the Association of Professional Behavi
Analysts is claims to "Representing the interests of appropriately cre-
dentialed professional and paraprofessional practitioners of applied
behavior analysis" but really what they mean is we are here to ad-
vance the promotion the Behavior Analyst Certification Board and we
will fight to block any other types of certified practitioners[9]. Their
about us page reads like a propaganda advertisement for the BACB.

The much more inspired Association for Behavior Analysis International
seeks to work with and recognize various credentialing boards includ-
ing the American Psychological Association, National Association of
School Psychologists, Qualified Applied Behavior Analysis Credentialing
Board, Behavioral Intervention Certification Council, and International
Behavior Analysis Organization[10].

The reality of it is the BACB has no intention of collaborating with the
mental health community. They lack diversity shown by their closing
off of certification from the international community and unwillingness
to work with other mental health fields. If we don't address this now it
they will continue to harm the field of behavior analysis.

References:

*[1] Applied Behavior Analyst Licensure Requirements by State*. Regis
College. (n.d.). Retrieved March 10, 2022, from
https://www.regiscollege.edu/academics/majors-and-programs
/applied-behavior-analysis-ms/applied-behavior-analyst-licensure

# Mike Moates, MA, QBA, LBA, QMHP-R ☰

/about/bacb-governance/

[3] Cautilli, J., & Weinberg, M. (Eds.). (2007). Editorial: Behavior analy in criminal justice. *The Behavior Analyst Today, 8*(3), 256–259. http://dx.doi.org/10.1037/h0100617

[4] Silverman, K., Roll, J. M., & Higgins, S. T. (2008). Introduction to special issue on the behavior analysis and treatment of drug addic-tion. *Journal of applied behavior analysis*, *41*(4), 471–480. https://doi.org/10.1901/jaba.2008.41-471

[5] Reed D. D. (2013). Sex, Drugs, and...Behavior Analysi *Behavior analysis in practice*, *6*(2), 80–81. https://doi.org/10.1007/BF03391808

[6] Ludwig, T. D. (2015, June 2 *Organizational Behavior Management: An enabler of applied behavior analysis*. Clinical and Organizational Applications of Applied Behavior Analysis. Retrieved March 10, 2022, from https://www.sciencedirect.com/science/article /pii/B9780124202498000241

[7] Pfaller-Sadovsky, N., Arnott, G., & Hurtado-Parrado, C. (2019). Us Principles from Applied Behaviour Analysis to Address an Undesired Behaviour: Functional Analysis and Treatment of Jumping Up in Companion Dogs. *Animals : an open access journal from MDPI*, *9*(12), 1091. https://doi.org/10.3390/ani9121091

[8] *BCaBA Handbook*. (2021). Behavior Analyst Certification Board. Retrieved March 10, 2022, from https://www.bacb.com/wp-content /uploads/2022/01/BCBAHandbook_220110.pdf

# Mike Moates, MA, QBA, LBA, QMHP-R

☰

[10] *Membership Application*. (n.d.). Association for Behavior Analysis International. Retrieved March 10, 2022, from https://www.abainternational.org/media/188058/abaimembershipform_2022.pdf

# Association of Professional Be     # Behavior Analyst Certification

# Association for Behavior Analy     # Association for Behavior Analy

# Behavior Analysis

**Published by**

**Mike Moates, MA, QBA, LBA, QMHP-R**

Michael Moates is a Journalist at NewsBreak. Moates is a Licensed Behavior Analyst with the Virginia Board of Medicine. He is a lifelong scholar focusing on studies in psychology, communications, education, and emergency response. He has an Associate of Arts in

⌖ Fort Worth, TX

⚇ 77 followers



## Department of Health Professions

## Board of Medicine

**Chapter** Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

**Previous Comment    Next Comment    Back to List of Comments**

**Commenter:** Michael Moates, MA, QBA, LBA, QMHP-T, Ed.D. Candidate    | 3/16/22  2:23 pm |

**Global Institute for Behavior Practitioners and Examiners (Non-Profit Organization) Comment**

Global Institute for Behavior Practitioners and Examiners

Michael Moates, MA, QBA, IBA, LBA, QMHP-T/R

14 March 2022

SUBJECT: MEMORANDA FOR VIRGINIA BOARD OF MEDICINE ON BEHAVIOR ANALYSIS LICENSING

To whom it may concern:

My name is Michael Moates, and I am the individual who wrote to the Board of Medicine to request the rule change that is currently open for comment. I am also the founder of the non-profit organization the Foundation for Transformation DBA Global Institute for Behavior Practitioners and Examiners. I am writing you today to share my comments regarding the requested change in 18VAC85-150-50, and 18VAC85-150-60.  To start, the rule is illegal and contrary to the statute. According to 54.1-2957.16, the Board of Medicine "**SHALL INCLUDE**" the following language "Documentation that the applicant is currently certified as a Board-Certified Behavior Analyst by the Behavior Analyst Certification Board or **any other entity that is nationally accredited to certify practitioners of behavior analysis;**" The boards current rules to not include this language as the statute legally requires. That means that the Board of Medicines rules is illegal under the statute. The same is true for the Board of Medicine Assistant Behavior Analyst rule.

But let's move on from the fact that the rule is illegal and talk about the problems not allowing other organizations who are accredited creates for the practice of behavior analysis:

- Most professions of mental health if not all are regulated by the states and not external certification boards. The top 6 mental health fields are medicine, psychology, counseling, social work, marriage and family therapy, and chemical dependency. While some states may require an

Virginia Regulatory Town Hall View Comments

applicant to pass a board exam, certification is not usually a requirement of licensure. But the BACB will not allow individuals to take their exam unless they plan to get certified. Further, the BACB is a monopoly that has engaged in anti-competitive behavior through collusion with the Association of Professional Behavior Analysts.

- The Behavior Analyst Certification Board and Association for Professional Behavior Analyst have a history of advocating against allowing other organizations who are accredited to certify behavior analysis claiming that they are Autism specific, but the Behavior Analyst Certification Board posts data on its website showing the field of the practitioners it certifies. 72% of its certificants are practitioners in the field of Autism Spectrum Disorder and 10% choose not to identify. That leaves 12% of individuals to work in other fields. The BACB is a mainly Autism focused agency. This leaves very little room for individuals that want to work in changing behaviors of gambling, addiction, brain injury rehabilitation, correction and rehabilitation, and many other areas. It leaves no room for those interested in forensic behavior analysis, behavior analysis research, child abuse/welfare analysis, psychiatric/mental hospital behavior analysis, animal behavior, and many other areas. To put it into perspective here are the other fields tracked by the Behavior Analyst Certification Board:

Number of Behavior Analysts Certified by the BACB in the United States of America:

| s/Fitness – 39 | Organizational - 365 | Education - 6701 |
| --- | --- | --- |
| Policy – 49 | Research - 19 | Corrections - 49 |
| vision - 177 | Intellectual Disability - 2734 | Child Welfare - 99 |
| t Training - 493 | Higher Education - 642 | Pediatrics - 458 |
| al Behavior Analysis - 1762 | Gerontology - 62 | Addiction – BACB Doesn't Track |
| al - BACB Doesn't Track | Prevention Behavior - BACB Doesn't Track | Life Coaching - BACB Doesn't Track |
| Profit - BACB Doesn't Track | LGBTQ - BACB Doesn't Track | Learning Disability - BACB Doesn't Track |
| l Behavior - BACB Doesn't Track | Environment Preserv - BACB Doesn't Track | Security Analysis - BACB Doesn't Track |

- The BACB is governed by a board of directors that would personally benefit from the restriction of behavior practitioners. Half of the board members own their own business or are in leadership positions at companies that would benefit from the lack of service providers because that would make them the go to choose.

- The BACB seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behavior analysts. While psychologists, psychiatrists, social workers, professional counselors, and other related fields retain the right to practice behavior analysis, the BACB does not recognize them as supervisors of behavior analysis. They

recognize their certified BCBA's and their approved VC Instructors. But a psychiatrist at a mental health institution engaged in the reduction of maladaptive behaviors cannot supervise technicians according to the organization.

- Their ally and lobbying arm the Association of Professional Behavior Analysts is claims to "Representing the interests of appropriately credentialed professional and paraprofessional practitioners of applied behavior analysis" but really what they mean is we are here to advance the promotion the Behavior Analyst Certification Board and we will fight to block any other types of certified practitioners. Their about us page reads like a propaganda advertisement for the BACB.

- The much more inspired Association for Behavior Analysis International seeks to work with and recognize various credentialing boards including the American Psychological Association, National Association of School Psychologists, Qualified Applied Behavior Analysis Credentialing Board, Behavioral Intervention Certification Council, and International Behavior Analysis Organization. The reality of it is the BACB has no intention of collaborating with the mental health community. They lack diversity shown by their closing off certification from the international community and unwillingness to work with other mental health fields. If we don't address this now it, they will continue to harm the field of behavior analysis.

- The BACB lacks diversity and is even getting worse at its standards for diversity. 85% of certificants are female with just over 13% of certificants as male. 0.38% are American Indian/Natives. 6.61% are Asian. 9% of Behavior Analysts are African American. 21% are Hispanic. This is a real problem for disadvantaged communities and people who prefer a male analyst in healthcare. The BACB used to certify analysts globally. The no longer do and are even cutting down on the international community. This means individuals who want to practice internationally will be unable to because they cannot under any circumstances become certified.

- The BACB advocates against other organizations who seek to certify behavior practitioners but let's look at who is in favor of adding additional organizations. These include the State of Hawaii Council on Developmental Disabilities, the Behavioral Intervention Certification Council, Hawai'i Psychological Association, Qualified Applied Behavior Credentialing Board, the Department of Defense, Hawaii Association of Marriage and Family Therapists, Center for Autism and Related Disorders, Autism Behavior Services on behalf of military families, and individuals concerned

about providing supervision within their scope of practice. You can read 100's of comments here and below that is the policy of the Department of

Defense: https://www.capitol.hawaii.gov/Session2017/Testimony/SB739_TESTIMONY_CPH_02-24-

17.PDF


https://manuals.health.mil/pages/DisplayManualHtmlFile/2020-11-25/AsOf/TO15/C18S4.html

- The BACB and APBA will attempt to mislead you into believing that requiring certification from one organization is routine, but this is entirely inaccurate. What is typically required is the passage of an examination by an organization. Unfortunately, the BACB is not like most organizations that offer examinations because they do not allow individuals to take the exam based on the federal or state government requirements nor do they allow individuals to take the exams without becoming certified by their agency. The BACB differs in this from other organizations such as National Board for Certified Counselors, Association of State and Provincial Psychological Boards, Association of Social Work Boards, International Certification and Reciprocity Consortium, Educational Testing Service, and many others. These cover Counseling, Psychology, Social Work, and Chemical/Substance Abuse, and School Psychology. These agencies are the leaders in mental health, and they allow individuals who are qualified to take their exams without requiring certification. In the case of Advanced Nurse Practitioners, there are multiple boards that are accepted for APRN practice.

It is with this consideration I ask you to approve my request that individuals certified as behavior analysts by NCCA or ANSI be allowed to use that certification to apply for licensure.

Very Respectfully,

Michael Moates, MA, QBA, IBA, LBA, QMHP-T/R
Virginia Licensed Behavior Analyst
Adjunct College Professor
Doctor of Education Candidate
Student Health Advisory Committee
Senior Member, Civil Air Patrol, United States Air Force Auxiliary
Certified Accreditation Evaluator, Distance Education Accreditation Commission
CommentID: **120784**



Virginia.gov        **Agencies | Governor**

**VIRGINIA**
REGULATORY TOWN HALL

**Agency**        **Department of Health Professions**

**Board**        **Board of Medicine**

**Chapter**        Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment**        **Next Comment**        **Back to List of Comments**

---

**Commenter:** Michael Moates, MA, QBA, LBA, QMHP-T, Ed.D. Candidate        | 3/17/22  10:30 pm |

**Response to Theodore A. Hoch, Ed.D., B.C.B.A.-D., L.B.A.**

Let me start by saying that I think that if Dr. Hoch is going to post emails between himself and Executive Director Benincosa that he should publish all emails and give the full context. He posted a single email to fit his narrative without giving context.

But allow me to address something he/ Executive Director Benincosa stated:

- As QABA continues to grow both nationally and internationally, there is a great need for more coursework providers who offer the QABA coursework options to meet the demands of certification.
  - Mrs. Benincosa is absolutely correct. As each day goes by, the Behavior Analyst Certification Board becomes less and less diverse. They are pulling out of the international market, have **less than 6,500 BCBA's that are male**, **less than 200 American Indians, less than 3,000 African Americans, and have nearly 40,000 White Behavior Analysts.** (Behavior Analyst Certification Board, nd). Seen here: https://www.bacb.com/bacb-certificant-data/ The fact that a professor from George Mason University is advocating against diversity is deeply troubling to me.

- QABA has done extensive research and has multiple board that work in conjunction with approval of course sequences. As a Virginia Licensed Behavior Analyst and Qualified Behavior Analyst by the QABA, I can tell you first hand that there is a rigorous process by which they evaluate all coursework that is consider for both the coursework for licensure and coursework for continuing education. Seen here: https://qababoard.com/guidelines-for-abat-or-qasp-coursework-providers/ and here https://qababoard.com/become-an-approved-continuing-education-provider/

- Mr. Hoch asks about the number of individuals with expiring credentials. There are around 2,000 individuals certified and that is just QABA. My petition relates to any certified entities who are accredited to certify behavior analysts. There are an additional nearly 4,000 individuals certified by the Behavior Intervention Certification Council. Seen here: https://behavioralcertification.org/search-registry/ Part of the reason the number of credentials are expiring is due to the fact that the BACB has engaged in illegal anti-competitive behavior and formed a monopoly by lobbying across the United States.

- Mr. Hoch asks in what countries/states, the QABA certification would meet the requirements. Keeping in mind that there are still roughly 20 states that do not license behavior analysts these states have QABA practitioners. The Military Healthcare Service and Tricare recognize QABA as meeting certification to practice ABA and that is the same for many other insurance companies as well. Seen here:

https://manuals.health.mil/pages/DisplayManualHtmlFile/2021-03-
26/AsOf/TO15/C18S4.html Also, to Mr. Hoch's point, there is an issue of the BACB
holding a monopoly over the practice of behavior analysis but again 85% of their certified
are Autism practitioners leaving very little room for supervision in other areas with some
even less than 50 supervisors in the United States. Seen here:
https://www.bacb.com/bacb-certificant-data/

- Mr. Hoch asks about independent practice of Qualified Behavior Analysts but if he had
  done his due diligence like most scholars and professors do, he would have looked at
  the QBA standards which state "QBA certificants are mastery-level interventionists with
  advanced knowledge of applied behavior analysis (ABA) and have training and
  experience with individuals with autism spectrum disorders (ASD). QBAs provide
  program planning, assessment, data analysis and direct-care oversight for all aspects of
  behavior programs. Additionally, QBAs supervise the direct-care instructional staff
  (ABAT/behavior technicians), mid-tier supervisors (QASP-S), and collaborative care
  providers." The statement he is referencing is likely something that was inputted prior to
  the QBA creation. Can be seen here: https://qababoard.com/qualified-behavior-analyst-
  scope/

- He ask about the individuals who offer coursework for certification. QABA does not
  require you to be a university to teach coursework for the certifications and neither does
  the BACB. In fact, the RBT (offered by the BACB) is a 40 hour sequence taught by a
  BCBA similar to a QBA. Seen here: https://www.bacb.com/wp-
  content/uploads/2022/01/RBTHandbook_220112.pdf The BCaBA/BCBA coursework is
  limited to institutions listed in CHEA (United States **ONLY**). But, many of the CHEA
  members are not "university programs" as Mr. Hoch put it. In addition, in order to be a
  QBA, you have to have a Masters Degree that meets the educational requirements of
  270 hours of coursework. As an adjunct professor myself, I can tell you that colleges and
  accreditation boards allow individuals at the Masters level to teach college classes. The
  benefit here is to allow individuals who live outside of the United States to have more
  opportunities to learn. In addition, QBA's have much diversity in teaching in native
  languages across the world whereas the BACB does not. Here is an example of the
  what makes up CHEA membership: Academy of Hair Design. Seen here:
  https://www.chea.org/academy-hair-design There is no way that you can tell me an
  organization like this is more qualified to teach behavior analysis than a Qualified
  Behavior Analyst with 1500 hours of experience, a masters or doctorate degree, and has
  passed a rigorous psychometric exam. To Mr. Hoch's point, why does the BACB allow
  non-accredited institutions to offer academic coursework for credit?

- It is interesting that Mr. Hoch invokes the name of the "Association for Behavior
  Analysis" presumably the Association for Behavior Analysis International which
  recognizes various other credentialing boards including QABA, BICC, IBAO, and various
  mental health fields. So I believe that argument is invalid. You can see that here:
  https://www.abainternational.org/media/188058/abaimembershipform_2022.pdf

- Mr. Hoch claims the requirements to become a "QABA" presumably "QBA" is less
  rigorous so lets compare them side by side:

| Qualified Behavior Analyst | Board Certified Behavior Analyst |
| --- | --- |
| Qualified Applied Behavior Analysis Credentialing Board | Behavior Analyst Certification Board |
| Cost: Application $350<br>Exam: Free<br>Coursework Evaluation: Free | Cost: Application $245<br>Exam $125<br>Coursework Evaluation $100 |

| | |
|---|---|
| Total $350 | Total is $370 - $470[1] |
| Certification Countries: Certification is available globally<br><br>Fully translated exams, documents, and applications are provided to diverse cultures | Certification Countries: Beginning in 2023<br><br>Certification is Limited to: US, Canada, Australia, and the United Kingdom<br><br>Does not provide translated exams/documents |
| Education: Master's degree or higher | Education: Master's degree or higher<br>Doctorate – for BCBA-D Designation |
| Recommendation from Supervisor to Be Certified | No Such Requirement |
| Completed Background Check | No Such Requirement |
| Coursework: 270 Hours in specific coursework<br><br>Areas: 20 Hours Autism Spectrum Disorder<br><br>20 Hours Legal Professional and Ethics<br><br>20 Hours Core Principals of Applied Behavior Analysis<br><br>30 Hours Antecedent Interventions<br><br>40 Hours Skill Acquisition<br><br>30 Hours Behavior Reduction Interventions<br><br>30 Hours Data Collection Analysis<br><br>45 Hours Assessment<br><br>20 Hours Training and Supervision | Coursework:  315 Hours in specific coursework<br><br>Areas: 45 Hours of Ethics/Professionalism<br><br>90 Hours Philosophical Underpinnings; Concepts & Principles<br><br>45 Hours Measurement, Data Collection<br><br>45 Hours Assessment<br><br>60 Hours Behavior Intervention<br><br>30 Hours Personnel Supervision and Management |
| Field Work Experience: 1500 Clock Hours (5% oversight)<br><br>750 Hours Must Be in Supervision/Oversight Role<br><br>Supervision Conducted By: Qualified Behavior Analyst<br>Board Certified Behavior Analyst<br>Board Certified Behavior Analyst – Doctoral<br>Licensed Behavior Analyst<br>Other Licensed/Certified Professionals with Behavior Analysis in their Scope of Practice (Board Certified Psychologists, School Psychologists, Psychiatrists, Social Worker, Professional/Mental Health Counselors[2]) | Field Work Experience: 2000 Clock Hours (5% oversight)<br>1500 Concentrated Clock Hours (10% oversight)<br><br>60% of Hours Must Be in "Unrestricted Activities"<br><br>Supervision Conducted By: Board Certified Behavior Analyst<br>Board Certified Behavior Analyst – Doctoral<br>Board Certified Psychologist American Board of Professional Psychology in Behavioral and Cognitive Psychology<br>Verified Course Sequence Instructor |
| Must Pass the Qualified Behavior Analyst Exam<br><br>3 Hours to Complete Exam<br>125 Questions<br>1.4 Minutes per question | Must Pass the Board-Certified Behavior Analyst Exam<br><br>4 Hours to Complete Exam<br>185 Questions |

| | 1.2 Minutes per question |
| Agreement to Follow Code of Ethics[3] | Agreement to Follow Code of Ethics[4] |
| Bi-Annual Renewal | 2 Year Renewal Period |
| Renewal Requirements: 32 Continuing Education Units<br>New Background Investigation | Renewal Requirements: 32 Continuing Education Units (4 in Ethics, 3 in Supervision)<br>No Background Investigation |
| Program Accreditation: American National Standards Institute[5]<br>(Affiliated with the United States Department of Education) | Program Accreditation:  National Commission for Certifying Agencies (NCCA is Accredited by American National Standards Institute) |
| Recognition: Association for Behavior Analysis International<br>Department of Defense | Recognition: Association for Behavior Analysis International<br>Department of Defense |

[1] There has been discussion that the BACB is a non-profit and QABA is not. Let me clarify that the BACB charges more and makes more of a profit than QABA.

[2] Having a diverse group of supervisors is important. ABA is not just Autism, it is used for developmental disabilities, behavior modification, etc... This includes prisons, psychiatric hospitals, schools, rehabilitation, organizational change, animal behavior and more...

[3] https://qababoard.com/wp-content/uploads/Code-of-Ethics-03-25-21.pdf

[4] https://www.bacb.com/wp-content/uploads/2020/11/Ethics-Code-for-Behavior-Analysts-210902.pdf

[5] https://anabpd.ansi.org/Accreditation/FileServer.aspx?
Dirtype%20=%20Attachment&Id=182217&File=QABA%20Certificate.pdf&type=cert

If Professor Hoch is going to comment it would be beneficial if he at least did some basic scholarly research. Also, various times through out his comments, he references on "becoming a QABA." This is not a credential and a basic reading of the website would tell you that. QABA is the organization. ABAT is the technician level. QASP-S is the Bachelor Level. QBA is the Masters level.

I intend to file a Freedom of Information Act request to get the emails between Mr. Hoch and Mrs. Benincosa with George Mason University. I would ask the board to do the same or take Mr. Hoch on his offer to review all the emails. Manipulating emails by only posting one part of them to get what you want is not productive and it does not give the board a full picture.

There is no threat to the commonwealth unless the board continues to allow the BACB's lack of diversity to be dictator. Mr. Hoch would benefit from less providers because more individuals would see him at his practice. Seen here: https://www.psychologytoday.com/us/therapists/theodore-a-hoch-reston-va/448748

It is also important to note that at George Mason University where Mr. Hoch claims to represent their certificate, the one that he claims is designated for BACB certification and therefor licensure is actually listed as a "15-credit non-licensure certificate." The university does not even recognize the course sequence as one that should lead to licensure. You can see that here directly in there catalog: https://catalog.gmu.edu/colleges-schools/education-human-development/school-education/applied-behavior-analysis-graduate-certificate/ and archived here:
https://web.archive.org/web/20220122013237/https://catalog.gmu.edu/colleges-schools/education-human-development/school-education/applied-behavior-analysis-graduate-certificate/

I think it is important to note a few things as well:

1. Mr. Hoch does not hold a degree or certificate in behavior analysis. Seen here:
   https://cehd.gmu.edu/assets/files/cv/230.pdf

2. The pathway by which he became a Board Certified Behavior Analyst does not require a single course in behavior analysis. Seen here as he does not have a degree/certificate in

behavior analysis: https://www.bacb.com/wp-content/uploads/2022/01/BCBAHandbook_220110.pdf

3. Mr. Hoch's degrees in psychology were prior to any licensure requirements for behavior analysis so he got grandfathered in but would not qualify today and will not qualify in the future. Seen here: https://www.bacb.com/wp-content/uploads/2022/03/BACB_March2022_Newsletter-220316.pdf

4. Mr. Hoch has Licenses in Virginia Applied Psychologist and Virginia Licensed Professional Counselor. But he would not meet the licensing requirements for either of these licenses. All in all, Mr. Hoch only has his license due to grandfather clauses.

5. He has made misrepresentations on his post and can't even identify the credential he is talking about.

His comments must be disregarded.

Further the statute leaves no interpretation. The language in the statute "shall" be included in the rules.

There are also many issues of litigation to consider here:

1. Anti-trust monopoly.

2. EOC Violations.

3. Diversity Discrimination.

4. Finally, the challenging of the rule given the statute language.

Reference:

Association for Behavior Analysis International. (n.d.). *2021–2022 Individual Membership Application*. Retrieved March 17, 2022, from https://www.abainternational.org/media/188058/abaimembershipform_2022.pdf

*BCaBA Handbook*. (2021). Behavior Analyst Certification Board. Retrieved March 10, 2022, from https://www.bacb.com/wp-content/uploads/2022/01/BCBAHandbook_220110.pdf

Behavior Analyst Certification Board. (2022a). *BACB Newsletter - March 2022*. BACB Newsletter March 2022. Retrieved March 17, 2022, from https://www.bacb.com/wp-content/uploads/2022/03/BACB_March2022_Newsletter-220316.pdf

Behavior Analyst Certification Board. (2022b, January). *BOARD CERTIFIED BEHAVIOR ANALYST® HANDBOOK*. BACB. Retrieved March 17, 2022, from https://www.bacb.com/wp-content/uploads/2022/01/BCBAHandbook_220110.pdf

Behavior Analyst Certification Board. (2022c, January). *REGISTERED BEHAVIOR TECHNICIAN® HANDBOOK*. BACB. Retrieved March 17, 2022, from https://www.bacb.com/wp-content/uploads/2022/01/RBTHandbook_220112.pdf

Behavior Analyst Certification Board. (2022d, January 28). *BACB CERTIFICANT DATA*. Retrieved March 17, 2022, from https://www.bacb.com/bacb-certificant-data/

Behavioral Intervention Certification Council. (2022). *REGISTRY*. Retrieved March 17, 2022, from https://behavioralcertification.org/search-registry/

Benincosa, H. (2020a, March 18). *Become an Approved Continuing Education Provider*. QABA. Retrieved March 17, 2022, from https://qababoard.com/become-an-approved-continuing-education-provider/

Benincosa, H. (2020b, July 21). *Guidelines For ABAT, QASP, QBA Coursework Providers*. QABA. Retrieved March 17, 2022, from https://qababoard.com/guidelines-for-abat-or-qasp-coursework-providers/

Benincosa, H. (2022, January 10). *Qualified Behavior Analyst Scope*. QABA. Retrieved March 17, 2022, from https://qababoard.com/qualified-behavior-analyst-scope/

BICC. (n.d.). *BCAP*. Retrieved March 17, 2022, from https://behavioralcertification.org/guide-to-bcap-registration/

Council for Higher Education Accreditation. (2022). *Academy of Hair Design*. Retrieved March 17, 2022, from https://www.chea.org/academy-hair-design

George Mason University. (2021). *Applied Behavior Analysis Graduate Certificate*. Catalog. Retrieved March 17, 2022, from https://catalog.gmu.edu/colleges-schools/education-human-development/school-education/applied-behavior-analysis-graduate-certificate/

Hoch, T. A. (n.d.-a). *Theodore A Hoch*. Psychology Today. Retrieved March 17, 2022, from https://www.psychologytoday.com/us/therapists/theodore-a-hoch-reston-va/448748

Hoch, T. A. (n.d.-b). *THEODORE ANDREW HOCH Vita*. George Mason University. Retrieved March 17, 2022, from https://cehd.gmu.edu/assets/files/cv/230.pdf

*Laws & Regs*. (2022). Virginia Board of Counseling. https://www.dhp.virginia.gov/counseling/counseling_laws_regs.htm

*Laws & Regulations*. (2022). Virginia Board of Psychology. https://www.dhp.virginia.gov/psychology/psychology_laws_regs.htm

*Membership Application*. (n.d.). Association for Behavior Analysis International. Retrieved March 10, 2022, from https://www.abainternational.org/media/188058/abaimembershipform_2022.pdf

*TRICARE Operations Manual 6010.59-M, April 1, 2015*. (2021). Department Of Defense (DoD) Comprehensive Autism Care Demonstration (ACD). Retrieved March 17, 2022, from https://manuals.health.mil/pages/DisplayManualHtmlFile/2021-03-26/AsOf/TO15/C18S4.html

CommentID: **120810**

8/30/22, 4:33 PM                          Virginia Regulatory Town Hall View Comments



**Department of Health Professions**

**Board of Medicine**

**Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]**

**Previous Comment     Next Comment     Back to List of Comments**

| | |
|---|---|
| **Commenter:** Michael Moates, MA, QBA, IBA, LBA, QMHP-T | 3/21/22  11:25 am |

**Reply to Caroline Salzman, BCBA, LBA**

To be honest, this comment is not even worth the board's time. Mrs. Salzman doesn't attempt to address any concerns with adding the QBA to the boards requirements. She attempts to use shock words without any citations or facts to scare the Board of Medicine into not adding the QBA or following the **LEGAL STATUTE.** This is required by law and is not open for negotiation.

The QABA is a public board that is open to review by any public entity. It is accredited by ANSI who reviews its entire process for awarding certifications. It is so interesting that she claims the BCBA requires "high standards" that the QBA does not have when she does not attempt at all to lay these standards out for the board to review.

She says "Any modification to the standards of licensure would threaten that protection." Presumably she is referencing the BCBA standards. It is important to note that the standards are constantly changing. The BACB changed its standards as recently as January 2022 of this year. Further, let's talk about what is not healthy or safe for clients. The BACB has already announced its standards for certification for the year 2032 over 10 years from now. How is that healthy or safe when we don't know how the science of behavior analysis will evolve? That is an unsafe approach. The board should really consider wether this is the right approach. See: https://www.bacb.com/wp-content/uploads/2022/03/BACB_March2022_Newsletter-220316.pdf

CommentID: **120832**



Virginia.gov          **Agencies | Governor**

# VIRGINIA
## REGULATORY TOWN HALL

**Agency**    **Department of Health Professions**

**Board**    **Board of Medicine**

**Chapter**    Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment    Next Comment    Back to List of Comments**

**Commenter:** Michael Moates, MA, QBA, IBA, LBA, QMHP-T, EdD Candidate    3/21/22  11:58 am

**Further Reading with Quotes for the Board to Consider**

"The BACB does not appear to have the money, staff, time, or legal authority to provide the necessary ethical oversight, especially with the literally thousands of members of the Association of Behavior Analysis International (ABAI) and/or BCBAs who practice both within the United States and around the world."

"To further complicate matters, the BCBA credential is not consistent with the generally accepted concept of board certification as recognized in the fields of medicine, psychology, and other human service professions."

See: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2854065/

"One issue of regulatory concern is that often discussed in behavior analytic circles is that Behavior Analyst Certification Board (BACB) offers a national license. This is false. BACB is not licensing, nor could the BCBA ever be a national license for behavior analysts. Licensure falls under the states rights or powers. It is the prevue of each state to restrict trade within its borders. United States v. Lopez, 514 U.S. 549 (1995) held that the federal government only has the right to create laws that effect interstate commerce."

**The federal government recognizes QABA and BICC as certification boards of behavior analysis.**

See: https://www.abainternational.org/media/177713/luiselli.pdf

"The BAMLA defines who a professional behavior analyst is, categorizing the knowledge, skills, experiences, and abilities. In addition, it clarifies that a behavior analyst is a person who functions within a particular scope of practice. Finally, it helps to define the profession within a scope of practice that highlights the uniqueness of applied behavior analysis. The BAMLA further specifies the common commitments to expect from a behavior analyst in adherence to an ethical code and generally accepted behavior analytic positioning papers."

"However, for a number of logistical reasons, the BACB can only enforce adherence to the Professional Disciplinary Standards, (not adherence to the Guidelines for Responsible Conduct) and it relies heavily on information from local responsible sources in reviewing allegations against certificants" (BACB). Thus, BCBA will not investigate most forms of impairment, for they are ethical issues."

See: https://www.abainternational.org/media/177719/pritchard.pdf

**Something else that MUST be noted is that there appears to be no research on the BACB certification requirements outside of those who are certified by the BACB. Thus, all research completed is biased and must be evaluated for its implicit bias.**

**Also, for the record, I personally reached out to the BACB to seek their help in making sure that the standards represent everyone not just BCBA's and was ignored.**

**There are many complaints with regards to customer service because the BACB is not interested in engaging with its community but rather they seek to dominate the industry.**

References:

https://www.abainternational.org/media/177713/luiselli.pdf

https://www.abainternational.org/media/177719/pritchard.pdf

Dorsey, M. F., Weinberg, M., Zane, T., & Guidi, M. M. (2009). The case for licensure of applied behavior analysts. *Behavior analysis in practice*, *2*(1), 53–58. https://doi.org/10.1007/BF03391738

CommentID: **120833**



**Virginia.gov**   Agencies | Governor

# VIRGINIA
## REGULATORY TOWN HALL

**Agency**    **Department of Health Professions**

**Board**    **Board of Medicine**

**Chapter**    Regulations Governing the Practice of Behavior Analysis [**18 VAC 85 - 150**]

**Previous Comment**      **Next Comment**      **Back to List of Comments**

---

**Commenter:** Michael Moates                                  3/21/22  6:18 pm

**Response to Anon**

I wholeheartedly wish the goals for licensure were focused on does each certification meet the need for the field. Unfortunately, the BACB and its lobbying arm the APBA, are constantly making derogatory remarks regarding other certification boards including QABA and BICC. These statements require a factual based response and sometimes to defend we must show why the other board would not be a good fit as a standalone board.

The goal should be a collaborative community by which various entities participate and work together. Until the BACB recognizes, like Virginia, that Psychologists, Psychiatrists, and other medical/mental health supervisors are qualified to provide supervision we are going to continue running into this problem.

The BACB is a closed off wall and they do not collaborate well with others.

I do disagree with anon when it comes to the statement about reviewing the standards of QABA or BICC for that matter. That has already been done. ANSI and NCCA have certified that QABA and BICC, respectively, meet the standards to issue certifications. They also meet various other administrative, structural, financial, etc... requirements.

To show anon about the diversity, here is the attachments from the BACB on BCBA's:

American Indian / Alaska Native 0.28%
Asian 6.85%
Black 3.93%
Hispanic / Latinx 10.56%
Native Hawaiian /Pacific Islander 0.38%
White 70.05%
No Answer 7.95%


Male 13.04%
Female 85.22%
Nonbinary 0.35%
Other 0.09%
No Answer 1.30%
CommentID: **120835**

---



**Agency** — **Department of Health Professions**

**Board** — **Board of Medicine**

**Chapter** — Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment      Next Comment      Back to List of Comments**

---

**Commenter:** Michael Moates, MA                                    3/22/22  12:50 pm

**Reply to Anon**

No one has provided a single shred of evidence that the standards are lower. You guys keep saying that. I say to you. Prove it. Cite empirical evidence. Cite research. Cite anything. We have shown that the BACB is not diverse and does not represent the population. We have done so through the BACB's own data. You guys come here and treat us like less. You dehumanize us and you provide no evidence. Show the board. Show the board what you are saying. If you can't, kindly sit down.

In addition, just because some standards may be different does not make them deficient. The BACB cannot create rules that will work across all 50 states. It is simply impossible. Every state has its own rules on scope of practice and supervising providers. The BACB has no way of adapting unless they create different rules for every state.

The board should disregard all comments that are not supported by evidence and research. These statements of less or deficient are not based in fact and frankly, the law is clear on what the requirements are. Period.

CommentID: **120839**



**Department of Health Professions**

**Board of Medicine**

Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment     Next Comment     Back to List of Comments**

**Commenter:** Michael Moates, MA                          3/23/22  11:29 am

**Reply to Crystal Peterson Barker**

I agree with certain aspects of the statement made by Crystal Peterson Barker. Here are some things I think are important to address.

First, I do not agree with the non-profit language. There are many for-profit institutions that provide valuable training, education, etc. I also believe this language is unclear. Is she referencing not-for-profit, non-profit, non-government-organization, state non-profit, or 501(c)3 exempt organizations? Many of the colleges that teach ABA programs that are approved by the ABAI and to that point they are not less, they are accredited and are used by the BACB themselves.

Second, I agree wholeheartedly with the language about not being disability specific. I think this is an area where the BACB fails. As previously stated, nearly 80% of those certified by the BACB are Autism Practitioners and that leaves very little room for others to get supervision in areas such as gambling, forensic analysis, sex addiction, ADHD, animal behavior, etc.

Finally, I wholeheartedly disagree with the last statement. The BACB is not the one who should determine what the standards are for behavior analysis. The federal government gave this job to the states in the US Constitution. Further, the BACB has many deficiencies as previously stated. These include lack of provider types, lack of diversity in gender and race, and lack of supervision by state-approved providers.

The state should determine the standard with input from various sources including consumers of behavior analysis, various certification organizations, educational entities, independent behavior analysts, and accreditation boards ANSI and NCCA.

CommentID: **120844**



**Department of Health Professions**

**Board of Medicine**

**Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]**

**Previous Comment    Next Comment    Back to List of Comments**

**Commenter:** Michael Moates, MA, QBA, LBA

3/28/22  9:00 am

**Another Reason Alternatives Must Be Considered - Shocking Children**

I think it is extremely important to act in an ethical way. Treating clients with dignity and respect is something that we should strive for. Children are not lab rats to be tested on, nor are they to be treated with disrespect based on disability.

I think it is important for the board to consider this when evaluating credentials it approves as alternatives.

According to Wikipedia, "The Judge Rotenberg Center (JRC, founded in 1971 as the Behavior Research Institute) is an institution in Canton, Massachusetts, United States, housing people with developmental disabilities, emotional disorders, and autistic-like behaviors. The center has been condemned for torture by the United Nations Special Rapporteur on Torture. The JRC is known for its use of the graduated electronic decelerator (GED), a device that administers electric shocks to residents through remote control. The device was designed by Matthew Israel, the institute's founder."

**The JRC Continues to shock students as of today 28 March 2022.**

The Board of Directors is made up of:

**Henry Slucki, Ph.D.**

**Thomas Brady**

**Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

**Richard Malott, Ph.D., BCBA-D**

**Josh Pritchard, Ph.D., BCBA-D**

**Jeffrey Sánchez**

**Ronald Van Houten, Ph.D.**

**W. Joseph Wyatt, Ph.D.**

**On Staff:**

**Nathan Blenkush, PhD, BCBA-D**

It is important to note that the BACB is aware of these allegations and yet at least 3 board members remain and at least 1 on staff remain. I don't know about the Virginia Board of Medicine but I certainly don't condone torture and I think there should be alternatives in the field.

Virginia Regulatory Town Hall View Comments

The Board needs to watch these:

https://www.youtube.com/watch?v=PUhPMNdnOW8

https://www.youtube.com/watch?v=XV5D2ZL0icM

This is not who we are. It is not who we want to be. It is a human rights violation. The BACB has taken no action against the individuals allowing this to happen. Alternatives must be put into place to protect the human rights issues being faced.

CommentID: **120876**



## Department of Health Professions

## Board of Medicine

**Chapter** — Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

**Previous Comment**      **Next Comment**      **Back to List of Comments**

---

**Commenter:** Michael Moates                                   3/28/22  5:58 pm

**Response to Anon**

I was going to be done responding to people and just share information but since another anonymous user (again should be a red flag for the board) addressed me I would like to respond.

First the respondent has many inaccurate claims.

Again, trying to tell other organizations they have to be exactly like the BACB will lead to the same problems the BACB has. But moreover, had the respondent looked they would have found that QABA has an entire operation in Africa working with people of color to get certified as practitioners. Can be seen here: https://qababoard.com/pages/qaba-in-africa/

QABA has an international standards committee made up of both men and women of color. See here: https://qababoard.com/pages/qaba-international-standards-committee/

The website is offered in 13 different languages supporting people around the world. Same with the coursework and exams. They are offered across the world to diverse backgrounds including both men and women of color.

The represent: The United States, Spain, Philippines, Africa, Nigeria, Ecuador, South Korea, India, Brazil, Czech Republic, Peru, Japan, Pakistan, Egypt, UAE, Poland, Kenya, and Saudi Arabia.

The BACB is pulling out of the international market making it more **White Americans.** Don't allow yourself to be fooled by misinformation. The BACB is doing nothing to fix this problem and it is a problem for the board because if the law gets struck down because the BACB discriminates against people of color that will cause issues for the board. See: https://www.bacb.com/global-certification/.

Further, the BACB is not attempting to fix the problem at all. They are actually making it more likely that it will be worse by pulling out of the international market. Organizations that represent other mental health fields like the NBCC have organizations across the world like EBCC in Europe. See: https://europeanbcc.eu/. There are US Citizens abroad to including military families, international students, and member of the families of the State Department who should be able to get certified while their families are serving our country.

Anon really does not want to talk about ethics while the BACB allows individuals that it certifies to send electric shocks through children in an attempt to change their behavior.

Also, had anon even done basic research he would have found the following resources on the QABA website. See:

https://qababoard.com/code-of-ethics/

https://qababoard.com/wp-content/uploads/Code-of-Ethics-03-25-21.pdf

https://qababoard.com/wp-content/uploads/QABA-Complaint-Form.pdf

Ultimately the QABA Board does not have the jurisdiction to prosecute such claims and so that would be left to the states or the federal government. It does seem odd that someone on behalf of the BACB did not address my previous statement about the electric current the BACB allows to go through the bodies of kids.

Traditionally, the individual wanting to file a complaint would do so with the Board of Medicine as they have the appropriate jurisdiction. They have an entire form dedicated to it here: https://www.dhp.virginia.gov/PractitionerResources/Enforcement/

All anon had to do to locate that content was go to the about us section of the website. They took 30 seconds so they could write a negative review here.

Here are some other things to note:

ANSI accreditation - https://anabpd.ansi.org/Accreditation/FileServer.aspx?Dirtype%20=%20Attachment&Id=182217&File=QABA%20Certificate.pdf&type=cert

https://anabpd.ansi.org/Accreditation/credentialing/personnel-certification/AllDirectoryDetails?&prgID=201&OrgId=2168&statusID=4

They had to meet these requirements: https://www.ihf-fih.org/resources/pdf/Conformity_assessment-General_requirements_for_bodies_operating_certification_of_persons.pdf

All in all. Another misguided individual attempting to hide behind the keyboard and attack other entities. It has no basis and Virginia law is clear. They clearly spend 30 seconds on the QABA website and then started writing.

CommentID: **120924**

4/5/22, 11:28 AM                    Shocking Children Will Never Be Okay, Does Texas Know Who It Is Getting Into Business With? -


**Global Institute for Behavior Practitioners and Examiners**
Coursework | Continuing Education | Certification | Behavior Intervention

☰



# Shocking Children Will Never Be Okay, Does Texas Know Who It Is Getting Into Business With?

Leave a Comment / Behavior Analysis / By Michael Moates, MA, QBA, LBA, QMHP-R

Global Institute for Behavior Practitioners and Examiners

Office of Michael Moates, Executive Director

To: The Governor of the State of Texas and Attorney General of the State of Texas

Subject: Approval of Torturing Students by Licensed Individuals in Texas

Monday, March 28, 2022

Sent via email and certified mail

Governor Abbott,

Mr. Attorney General,

I write you today with a heavy heart. I know that you do not have the power to change the law as that is the job of the legislature. But your office does have the power to enforce the law written by the legislature. I know that you believe in defending the rights of children as you have a long history of advocating for them including your recent advocation that students should not be allowed to mutilate themselves, to which I agree. Now I want to share some troubling news with you.

In 2017, the state legislature passed a law allowing for the licensure of behavior analysts in the State of Texas (1). This law had various pieces to it but in short you could be licensed if you were certified by the Behavior Analyst Certification Board (BACB) or an alternative approved by the Texas Department of Licensing and Regulation (TDLR). See OC, Title 3, Subtitle I, Chapter 506. In 2020, the Qualified Applied Behavior Analysis Credentialing Board (QABA) asked that TDLR consider two of their certifications for licensure. These are the Qualified Autism Services Practitioner – Supervisor (QASP-S) and the Qualified Behavior Analyst (QBA). TDLR initially denied the request to have the QASP-S as an approved certification for licensure (2). The QBA is still pending and has been for more than a year.

Now here is where it gets messy. Currently, the Food and Drug Administration (FDA) is investigating a program known as the Judge Rotenberg Educational Center (JRC) in Canton, Massachusetts (3)(4). The center uses electrical shock devices to attempt to modify behavior of disabled children. This center is run by individuals that are certified by the BACB. As of today, 28 March 2022, the center is still using these electrical shock devices on children. The BACB has been made aware of this and still they choose to certify individuals who allow for this to happen. The United Nations Special Rapporteur on Torture has designated the practice as torture and inhumane treatment of minors (5). An organization that gives its seal of approval to torture is not the organization that we want approving licensure in Texas.

I also want to point out that in addition to the BACB approving this practice, the Association for Behavior Analysis International (ABAI) is closely related to the JRC as well, allowing them a platform at their conventions (6) (7) (8). The head of the advisory board in Texas is Dr. William "Gordon"

Bourland and he is very closely associated with ABAI (9)(10)(11)(12). The head of the advisory board who was appointed by the governor's office is closely connected to an organization approving the torturing of minor children (13). Additionally, 3 of the board members are associated with the BACB which again condones this practice. I have personal responsibility to take. I was a student member of ABAI but effective this morning I have asked them to remove me from their membership roster.

Now I am not naive, I understand that for change to happen it would take an action of the courts or repeal by the legislature. I know that you do not have unilateral control to stop the BACB from being approved. Here is what your office does have the power to do:

First, your office (Governor Abbott) could issue an opinion stating that the use of torture techniques, specifically, shocking children is illegal and that you will investigate any person who participates in such a practice. I implore your office to watch (14) (15) (16) the following videos and put out a statement determining that this practice is illegal and that anyone conducting such will be prosecuted to the fullest extent of the law (17).

Second, your office could implore the TDLR to approve alternative certifications so that the communities have alternatives to this certification board. I want to go on record that it is against my faith to allow for the torturing of individuals, and I believe that Positive Behavior Supports are the best way to help students with maladaptive behaviors. Further, I believe it is unlawful for the government, under the First Amendment of the United States Constitution, to force an individual to associate with any organization to practice (18). This goes against my faith, my right to assemble who I choose with, and causes me to lose liberties. The law gives TDLR the power to approve additional certifications, but to date, TDLR has refused to do so. TDLR not only refuses to approve other certification bodies that are accredited by ANSI and NCCA, but they take it a step further. The Behavior Analyst Advisory Board has not met in over a year, even though by the department's rules, they are supposed to meet twice a year (19). Their office has supposedly been considering the QBA certification for over a year, but the board has not met to discuss.

Third, your office could implore the TDLR to approve individuals by reciprocity. For example, various other states allow for the QABA certification, and they also allow for licensure based on reciprocity. The statute also impowers the TDLR to approve applications via reciprocity but to date they refuse to do so and do not have a process in place for this (20).

I can tell you that the two other organizations that are asking for consideration have never had a hint of abuse by the Autism community. The BACB acts like it is superior but, they are the ones that are abusing the system. Outside of the human rights violations that they are currently allowing, the following issue are also something that must be addressed:

- • The BACB lacks diversity and is even getting worse at its standards for diversity. 85% of certificants are female with just over 13% of certificants as male. 0.38% are American Indian/Natives. 6.61% are Asian. 9% of Behavior Analysts are African American. 21% are Hispanic (21). This is a real problem for disadvantaged communities and people who prefer a male analyst in healthcare. The BACB used to certify analysts globally. They no longer do and are even cutting down on the international community (22). This means individuals who want to practice internationally will be unable to because they cannot under any circumstances become certified.

- • The Behavior Analyst Certification Board and Association for Professional Behavior Analyst have a history of advocating against allowing other organizations who are accredited to certify behavior analysis claiming that they are Autism specific, but the Behavior Analyst Certification Board posts data on its website showing the field of the practitioners it certifies. 72% of its certificants are practitioners in the field of autism spectrum disorder and 10% choose not to identify. That leaves 12% of individuals to work in other fields (21). The BACB is a mainly Autism focused agency. This leaves very little room for individuals that want to work in changing behaviors of gambling, addiction, brain injury rehabilitation, correction and rehabilitation, and many other areas. It leaves no room for those interested in forensic behavior analysis, behavior analysis research, child abuse/welfare analysis, psychiatric/mental hospital behavior analysis, animal behavior, and many other

- areas. To put it into perspective here are the other fields tracked by the Behavior Analyst Certification Board:

| | | |
|---|---|---|
| Sports/Fitness – 39 | Organizational – 365 | Education – 6701 |
| Public Policy – 49 | Research – 19 | Corrections – 49 |
| Supervision – 177 | Intellectual Disability – 2734 | Child Welfare – 99 |
| Parent Training – 493 | Higher Education – 642 | Pediatrics – 458 |
| Clinical Behavior Analysis – 1762 | Gerontology – 62 | Addiction – BACB Doesn't Track |
| Animal – BACB Doesn't Track | Prevention Behavior – BACB Doesn't Track | Life Coaching – BACB Doesn't Track |

4/5/22, 11:28 AM                    Shocking Children Will Never Be Okay, Does Texas Know Who It Is Getting Into Business With? -

| Non-Profit – BACB Doesn't Track | LGBTQ – BACB Doesn't Track | Learning Disability – BACB Doesn't Track |
| --- | --- | --- |
| Sexual Behavior – BACB Doesn't Track | Environment Preserv – BACB Doesn't Track | Security Analysis – BACB Doesn't Track |

- The BACB is governed by a board of directors that would personally benefit from the restriction of behavior practitioners. Half of the board members own their own business or are in leadership positions at companies that would benefit from the lack of service providers because that would make them the go to choose (23).
- The BACB seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behavior analysts. While psychologists, psychiatrists, social workers, professional counselors, and other related fields retain the right to practice behavior analysis, the BACB does not recognize them as supervisors of behavior analysis (24). They recognize their certified BCBA's and their approved VC Instructors. But a psychiatrist at a mental health institution engaged in the reduction of maladaptive behaviors cannot supervise technicians according to the organization.
- Most professions of mental health if not all are regulated by the states and not external certification boards. The top 6 mental health fields are medicine, psychology, counseling, social work, marriage and family therapy, and chemical dependency. While some states may require an applicant to pass a board exam, certification is not usually a requirement of licensure. But the BACB will not allow individuals to take their exam unless they plan to get certified. Further, the BACB is a monopoly that has engaged in anti-competitive behavior through collusion with the Association of Professional Behavior Analysts.
- The BACB and APBA will attempt to mislead you into believing that requiring certification from one organization is routine, but this is entirely inaccurate. What is typically required is the passage of an examination by an organization. Unfortunately, the BACB is not like most organizations that offer examinations because they do not allow individuals to take the exam based on the federal or state government requirements nor do they allow individuals to take the exams without becoming certified by their agency. The BACB differs in this from other organizations such as National Board for Certified Counselors, Association of State and Provincial Psychological Boards, Association of Social Work Boards, International Certification and Reciprocity Consortium, Educational Testing Service, and many others. These cover Counseling, Psychology, Social Work, and Chemical/Substance Abuse, and School Psychology. These agencies are the leaders in mental health, and they allow individuals who are qualified to take their exams without requiring

certification. In the case of Advanced Nurse Practitioners, there are multiple boards that are accepted for APRN practice.

- I have continued to implore the TDLR to work with various organizations on these issues, but they have refused to do so. I also have requested information via the Public Information Act from TDLR regarding licensure evaluations to which they responded with an attorney-general request because of "reveal information that would damage TDLR's position at this juncture." This should be of grave concern to the Governor and Attorney General. I believe TDLR needs to stop protecting and defending those who support shocking students. I will be filing a Public Information Act request to seek documents from the TDLR regarding discussion on using shock devices on students as a form of punishment. I think you will agree with me that this practice is unethical at best and child abuse. I know how steadfast you are when it comes to the rights of children. I think your office has a right to know how the TDLR is associating themselves with and who they are blocking.

I also want to point out, given these facts, the Department of Defense has begun allowing other entities to serve its families through the military health system and Tricare insurance service.

This is not who we are as Texans, and it must be stopped. I implore you to at least allow your constituents to have alternatives that are not associated with these evil practices.

Very Respectfully,

Michael Moates, MA, QBA, LBA, QMHP-R

Doctor of Education Candidate, Fielding Graduate University

Licensed Behavior Analyst, Virginia Board of Medicine

Executive Director, Global Institute for Behavior Practitioners and Examiners

Adjunct College Professor, University of the People

Student Health Advisory Committee, Eagle Mountain Saginaw ISD

Contributor, NewsBreak

REFERENCES:

(1) – https://statutes.capitol.texas.gov/Docs/OC/pdf/OC.506.pdf

Shocking Children Will Never Be Okay, Does Texas Know Who It Is Getting Into Business With? -

(2) General # 3– https://www.tdlr.texas.gov/bhv/bhvfaq.htm

(3) – https://www.fda.gov/news-events/press-announcements/fda-proposes-ban-electrical-stimulation-devices-intended-treat-self-injurious-or-aggressive-behavior

(4) – https://www.fda.gov/news-events/press-announcements/fda-takes-rare-step-ban-electrical-stimulation-devices-self-injurious-or-aggressive-behavior

(5) – https://www.documentcloud.org/documents/2300749-report-of-the-special-rapporteur-on-torture.html#document/p84/a236909

(6) – https://www.abainternational.org/events/program-details/event-detail.aspx?sid=72948

(7) – https://www.abainternational.org/events/program-details/event-detail.aspx?sid=58651&by=Translational

(8) – https://www.abainternational.org/events/program-details/event-detail.aspx?&sid=70093&by=Workshop

(9) – https://www.abainternational.org/constituents/bios/gordonbourland.aspx

(10) – https://www.abainternational.org/about-us/organizational-chart/chapters.aspx

(11) – https://www.abainternational.org/events/program-details/event-detail.aspx?sid=76279&by=Meetings

(12) – https://www.tdlr.texas.gov/bhv/bhvboard.htm

(13) – https://www.youtube.com/watch?v=XV5D2ZL0icM

(14) – https://www.youtube.com/watch?v=PUhPMNdnOW8

(15) – https://www.youtube.com/watch?v=-aUIhWmDPeI

(16) – https://autisticadvocacy.org/2019/05/association-for-behavior-analysis-international-endorses-torture/

(17) – https://www.texasattorneygeneral.gov/attorney-general-opinions

(18) – https://constitution.congress.gov/browse/essay/amdt1_2_13_1/

(19) – https://www.tdlr.texas.gov/bhv/bhvboard.htm#meetings

(20) – https://texreg.sos.state.tx.us/public/readtac$ext.ViewTAC?
tac_view=4&ti=16&pt=4&ch=121&rl=Y

(21) – https://www.bacb.com/bacb-certificant-data/

(22) – https://www.bacb.com/global-certification/

(23) – https://www.bacb.com/about/bacb-governance/

(24) – https://www.bacb.com/wp-content/uploads/2022/01/BCBAHandbook_220110.pdf

## Leave a Comment

Your email address will not be published. Required fields are marked *

Type here..

Name*

Email*

☐ Save my name, email, and website in this browser for the next time I comment.

Website

Post Comment »

Copyright © 2022 | Powered by Astra WordPress Theme



Virginia.gov    **Agencies | Governor**

**Agency** ▷ Department of Health Professions

**Board** ▷ Board of Medicine

**Chapter** ▷ Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

**Previous Comment**    **Next Comment**    **Back to List of Comments**

---

**Commenter:** Michael Moates, MA                                    3/29/22  9:51 am

**Reply to Anon**

I am done replying to all of these anon users who are to scared to put their name to their posts. My hunch is they are all BACB certified. I am not going to engage in whataboutism. I brought up concerns and they are trying to turn the tables.

I can tell you that **QABA or BICC does not condone shocking minor children** for maladaptive behaviors like the BACB.

CommentID: **120946**



**Agency**    **Department of Health Professions**

**Board**    **Board of Medicine**

**Chapter**    Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

**Previous Comment**    **Next Comment**    **Back to List of Comments**

**Commenter:** Michael Moates, Global Institute for Behavior Practitioners and Examiners      | 3/30/22  8:04 pm |

**Similar Discussions of Counseling**

The BACB is not the first organization who has tried to write itself into the law.

A similar thing is happening right now in the Commonwealth Board of Counseling where the CACREP accreditation board is trying to make itself required for licensure and of 134 Comments not 1 supports the the restriction of one certification board.

Just like with the BACB, CACREP similarly thinks that it is better than everyone else and want to block off providers during the COVID 19 crisis.

See:

https://townhall.virginia.gov/L/comments.cfm?stageid=8872

CommentID: **121020**



**Virginia.gov**    **Agencies | Governor**

# VIRGINIA
### REGULATORY TOWN HALL

**Agency**    ## Department of Health Professions

**Board**    ## Board of Medicine

**Chapter**    Regulations Governing the Practice of Behavior Analysis [**18 VAC 85 - 150**]

**Previous Comment**      **Next Comment**      **Back to List of Comments**

---

**Commenter:** Michael Moates, MA                                   4/4/22  3:31 pm

**Response to Last Anon**

Breakdown of last response:

I disagree to add QABA.

The BCBA helps make sure that BCBA's, BCaBA's, and RBT's are practicing within their scope and that they are providing ethical services to their clients. - If this statement is true, why does the BACB continue to allow certified members who shock and electrocyte children with Autism.

ABA has a bad rap from the past and with the help of the BACB it is helping change the way people look at ABA therapy. - Really? Again, shocking minor children. If that is the change you want then you would literally be a sadist.

We need to continue to on providing ethical practices of ABA with clear guidelines and qualifications for everyone that is practicing ABA. - Thank you for making me laugh today. The BACB has no idea what ethics are. They literally certify people who shock children.

Here is the video: https://www.youtube.com/watch?v=-aUIhWmDPeI

Here are the BCBA's: https://www.judgerc.org/board-of-directors.html

## Jessica E. Van Stratton, Ph.D., BCBA-D, LBA

## Richard Malott, Ph.D., BCBA-D

**Josh Pritchard, Ph.D., BCBA-D**

## Ronald Van Houten, Ph.D.

## W. Joseph Wyatt, Ph.D.

**Nathan Blenkush, PhD, BCBA-D**

CommentID: **121080**



Virginia.gov      **Agencies | Governor**

## Department of Health Professions

## Board of Medicine

**Chapter**   Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment      Next Comment      Back to List of Comments**

---

**Commenter:** Michael Moates, MA                          4/6/22  10:25 pm

**Update from the BACB**

I received a letter from the attorney of the BACB in the last few days.

When confronted about the BCBA's certified running the center that shocks children, the BACB says "The BACB also does not have jurisdiction over service delivery agencies." So I guess the BACB will allow the leaders shocking children to stay certified in violation of their own ethics code.

I am happy to send this email to the board to review.

Did you know that the BCBA has given up discipling behavior analysts... see:

https://www.bacb.com/services/o.php?page=100180

The entire purpose of the BACB was to provide competent behavior analysts but they don't even enforce their own ethics code anymore with the exception of line technicians.

If they will not punish someone for leading an organization shocking those with Autism where is the line?

CommentID: **121099**



Virginia.gov    **Agencies | Governor**

# VIRGINIA
## REGULATORY TOWN HALL

**Agency**  **Department of Health Professions**

**Board**  **Board of Medicine**

**Chapter**  Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment**    **Next Comment**    **Back to List of Comments**

---

**Commenter:** Michael Moates, MA                     4/7/22  11:01 am

**Reply to Anon**

Like I said, I have a letter from their attorneys. They will not take action against the BCBA's that run the center shocking children.

I am happy to provide this to the committee. I wish I had the ability to upload here.

CommentID: **121101**



**Department of Health Professions**

**Board of Medicine**

Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment**    **Next Comment**    **Back to List of Comments**

**Commenter:** Michael Moates, MA                          4/7/22  4:22 pm

**Anon is wrong**

The Anon is confused and understandable given their likely not in the counseling field.

Currently, the Board of Counseling (ie the counseling field) allows anyone who meets their requirements to become counselors. This is not attributed to any 3rd party agency or accreditation. The purpose of the post was to show that Virginia limiting services only harms the community.

You can see the requirements here:
https://www.dhp.virginia.gov/Forms/counseling/LPC/LPC_Licensure_Process_Handbook.pdf

I am sure anon has motives for trying to block other boards and we might know what those were if they were not hiding behind a keyboard.

You have to ask yourself why this person continues to comment without using their name or affiliation while constantly attacking others. There is a reason this is happening.

Further, more likely than not this is going to end up in the courts because under the First Amendment of the US Constitution the government cannot force association with a organization.

Further, the 10th Amendment gives the powers not delegated to the United States to the states, not corporations such as the Behavior Analyst Certification Board or the Association of Professional Behavior Analysts.

See the following court cases:

Time Warner Cable Inc. v. Hudson

Serafine v Branaman

See the following laws:

First Amendment to the United States Constitution - Religion

First Amendment to the United States Constitution - Association

Violation of the First Amendment to the United States Constitution - Speech

Violation of the Due Process Clause of the Fifth and Fourteenth Amendments of the US Constitution

Civil Rights Act of 1964 - Race

Civil Rights Act of 1964 - Disability

Civil Rights Act of 1964 - Sex

Civil Rights Act of 1964 – National Origin

Virginia Regulatory Town Hall View Comments

42 USC 1985

15 USC 2 the Clayton Act

CommentID: **121106**

8/30/22, 7:18 PM          Opinion: Behavior Analyst Certification Board Should Not Allow Children To Be Shocked | Mike Moates, MA, QBA, LBA, QMHP-R …

Canton, MA

# Opinion: Behavior Analyst Certification Board Should Not Allow Children To Be Shocked

 Mike Moates, MA, QBA, LBA, QMHP-R  |  1 day ago



JRC

**<u>\*\*Note to readers - This story may be had to read and may have disturbing images/videos\*\*</u>**

The Behavior Analyst Certification Board is the primary certification board in the United States for Autism Providers. In the majority of states, you have to be certified by the BACB before you can apply for licensure to be a behavior analyst.

But there are so many problems with the BACB starting with the fact that they have not denounced their own certified members who engage or sanction the shocking of minor children for what they call bad behavior.

The school I am referencing is the Judge Rotenberg Center located in Canton, Massachusetts. The center is designated by the United Nations as conducting torture of student and violating their human rights. The organization is run by the following Board Certified Behavior Analysts of the BACB:

Case 1:22-cv-01247-NRN   Document 34-1   Filed 09/01/22   USDC Colorado   Page 46 of 108

8/30/22, 7:18 PM          Opinion: Behavior Analyst Certification Board Should Not Allow Children To Be Shocked | Mike Moates, MA, QBA, LBA, QMHP-R ...

Jessica E. Van Stratton, Ph.D., BCBA-D, LBA;

Richard Malott, Ph.D., BCBA-D;

Josh Pritchard, Ph.D., BCBA-D; and

Nathan Blenkush, PhD, BCBA-D.

There are no words to describe what goes on at this school. Watch for yourself:


The sad part is the BACB has not put out a statement condemning this practice. In fact, they have allowed those responsible to remain credentialed.

NewsBreak reached out to the BACB and while the BACB read the email multiple times, they did not respond for a request to comment.

**James Carr, CEO read the email 28 times.**

**Melissa R. Nosik, Deputy CEO read the email a total of 7 times.**

**Holly Seniuk, "Director of Ethics" read the email a total of 19 times.**

Despite reading the email, they were clearly too embarrassed to comment. The FDA has an ongoing investigation into the center.

But as this continues, many have taken to social media to express their outrage.


The list goes on...

← **Mike Moates, MA, QBA, LBA, LMHP** 
109 Tweets

�17 **Mike Moates, MA, QBA, LBA, LMHP** Retweeted



**Christian Purdy** @cjPurdyPR · Apr 8                                    •••

Behavior Analyst Certification Board Should Not Allow Children To Be
Shocked original.newsbreak.com/@mike-moates-m… For more info
regarding the Judge Rotenberg Center and their use of aversive treatments
see...



GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

**MEMBERS OF THE UNITED STATES CONGRESS**

| | |
|---|---|
| The Honorable Chuck Schumer<br>Majority Leader, US Senate<br>322 Hart Senate Office Building<br>Washington, D.C. 20510 | The Honorable Mitch McConnell<br>Minority Leader, US Senate<br>317 Russell Senate Office Building<br>Washington, DC 20510 |
| The Honorable Dick Durbin<br>Majority Whip, US Senate<br>711 Hart Senate Building<br>Washington, D.C. 20510 | The Honorable John Thune<br>Minority Whip, US Senate<br>United States Senate SD-511<br>Washington, DC 20510 |
| The Honorable Nancy Pelosi<br>Speaker, US House of Rep.<br>1236 Longworth H.O.B.<br>Washington, DC 20515 | The Honorable Steny Hoyer<br>Majority Leader, US House of Rep.<br>1705 Longworth House Office Building<br>Washington, D.C. 20515 |
| The Honorable Kevin McCarthy<br>Minority Leader, US House of<br>Representatives<br>2468 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Jim Clyburn<br>Majority Whip, US House of Representatives<br>274 Cannon House Office Building<br>Washington, DC 20515 |
| The Honorable Steve Scalise<br>Minority Whip, US House of Representatives<br>2049 Rayburn HOB<br>Washington, DC 20515 | The Honorable Maria Cantwell<br>Chairwoman, US Senate Committee on<br>Commerce, Science, and Transportation<br>511 Hart Senate Office Building<br>Washington, DC 20510 |
| The Honorable Roger Wicker<br>Ranking Member, US Senate Committee on<br>Commerce, Science, and Transportation<br>555 Dirksen Senate Office Building<br>Washington, DC 20510 | The Honorable Patty Murray<br>Chairwoman, US Senate Committee on<br>Health, Education, Labor, and Pensions<br>154 Russell Senate Office Building<br>Washington, D.C. |
| The Honorable Richard Burr<br>Ranking Member, US Senate Committee on<br>Health, Education, Labor, and Pensions<br>217 Russell Senate Office Building<br>Washington, DC 20510 | The Honorable Robert Scott<br>Chairman, US House Committee on<br>Education and Labor<br>2328 Rayburn House Office Building<br>Washington, DC 20515 |

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

| | |
|---|---|
| The Honorable Virginia Foxx<br>Ranking Member, US House Committee on<br>Education and Labor<br>2462 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Eddie Bernice Johnson<br>Chairwoman, US House Committee on<br>Science, Space, and Technology<br>2306 Rayburn Office Building<br>Washington, DC 20515 |
| The Honorable Frank Lucas<br>Ranking Member, US House Committee on<br>Science, Space, and Technology<br>2405 Rayburn HOB<br>Washington, DC 20515 | The Honorable Frank Pallone<br>Chairman, US House Committee on Energy<br>and Commerce<br>2107 Rayburn HOB<br>Washington, DC 20515 |
| The Honorable Cathy McMorris Rodgers<br>Ranking Member, US House Committee on<br>Energy and Commerce<br>1035 Longworth House Office Building<br>Washington, DC 20515 | The Honorable Carolyn Maloney<br>Chairwoman, US House Committee on<br>Oversight and Reform<br>2308 Rayburn House Office Building<br>Washington, DC 20515 |
| The Honorable James Comer<br>Ranking Member, US House Committee on<br>Oversight and Reform<br>2410 Rayburn HOB<br>Washington, DC 20515 | |

**MEMBERS OF THE UNITED STATES EXECUTIVE BRANCH**

| | |
|---|---|
| The Honorable Joseph R Biden, Jr.<br>Executive Office of the President<br>The White House<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500 | The Honorable Kamala Harris<br>Office of the Vice President<br>President of the United States Senate<br>Eisenhower Executive Office Building<br>Washington, DC 20501 |
| Dr. Jill Biden<br>Office of the First Lady<br>The White House<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500 | Dr. Alondra Nelson<br>Director, Office of Science and Technology<br>Policy<br>Eisenhower Executive Office Building<br>1650 Pennsylvania Avenue<br>Washington, D.C. 20504 |
| | |

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

| | |
|---|---|
| Ambassador Susan Rice, DPhil<br>Director, Domestic Policy Council<br>Room 469, Eisenhower Executive Office<br>Building, Washington, DC 20502 | Cedric Richmond, Esq<br>Director, Office of Public Engagement<br>1600 Pennsylvania Avenue NW.<br>Washington, DC 20500 |
| The Honorable Xavier Becerra, Esq<br>Secretary of Health and Human Services<br>200 Independence Avenue SW.<br>Washington, DC 20201 | The Honorable Merrick Garland, Esq<br>Attorney General of the United States<br>950 Pennsylvania Avenue NW.<br>Washington, DC 20530 |
| The Honorable Miguel Cardona, EdD<br>Secretary of Education<br>400 Maryland Avenue SW.<br>Washington, DC 20202 | The Honorable Lloyd Austin, GEN, USA (ret.)<br>Secretary of Defense<br>The Pentagon<br>Washington, DC 20301-1155 |
| The Honorable Gina Raimondo, DPhil, Esq<br>Secretary of Commerce<br>Fourteenth St. and Constitution Avenue NW.<br>Washington, DC 20230 | Commissioner Lina Khan, Esq<br>Chair of the Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 |
| Commissioner Charles Rettig<br>Internal Revenue Service<br>1111 Constitution Ave, NW<br>Washington, DC 20224 | Commissioner Robert Califf, MD<br>Food and Drug Administration<br>10903 New Hampshire Ave<br>Silver Spring, MD 20993-0002 |

**VARIOUS STATE BOARDS REVIEWING THESE ISSUES**

| | |
|---|---|
| Dr. William L. Harp, Executive Director<br>Virginia Board of Medicine<br>9960 Mayland Drive, Suite 300<br>Henrico, VA 23233 | Michael Arismendez, Executive Director<br>Texas Dept. of Licensing and Regulation<br>P.O. Box 12157<br>Austin, Texas 78711 |
| Pamela Goose, Executive Director<br>State Committee on Psychologists<br>3605 Missouri Boulevard<br>P.O. Box 1335<br>Jefferson City, MO  65102-1335 | Anne Thompson, Policy Analyst<br>Oregon Health Authority<br>1430 Tandem Ave. NE, Suite 180<br>Salem, OR 97301 |
| | |

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

| | |
|---|---|
| Stephanie Vaughn, HSQA Regulatory Affairs<br>Washington State Department of Health<br>111 Israel Rd SE<br>Tumwater, WA 98501 | David Fye, Esq, Executive Director<br>Kansas Behavioral Sciences Regulatory Board<br>Eisenhower State Office Building<br>700 S.W. Harrison St, Ste 420,<br>Topeka, KS 66603-3817 |

**ADDITIONAL BODIES**

| | |
|---|---|
| Joe Bhatia, Chief Executive Officer<br>American National Standards Institutes<br>1899, L Street Suite 1100<br>Washington DC 20036 | Dr. Vijay Krishna, VP, Credentialing<br>ANSI National Accreditation Board<br>1899, L Street Suite 1100<br>Washington DC 20036<br>vkrishna@anab.org |
| Denise Roosendaal, Executive Director<br>Institute for Credentialing Excellence<br>2001 K Street NW<br>3rd Floor North<br>Washington, DC 20006 | Her Excellency Michelle Bachelet Jeria, MD<br>High Commissioner<br>United Nations Human Rights Commission<br>Palais Wilson<br>52 rue des Pâquis<br>CH-1201 Geneva, Switzerland |
| Robbi Cooper, Disability Advocate<br>Decoding Dyslexia Texas | |

THE GLOBAL INSTIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

**SENT VIA ELECTRONIC MAIL**
**SENT VIA US POSTAL SERVICE**

**Monday, April 11, 2022**

**Subject: Concerns Regarding the Abuses in the Practice of Behavior Analysis**

Mr. President, Madam Vice President, Members of Congress, Cabinet Secretaries, and

Organizational Leaders:

I am deeply troubled that I must write you today, but it is time to address various

problems that are taking place in the field of behavior analysis. To give you a brief history, the

field of behaviorism, now behavior analysis was introduced in the 1930's by Dr. B.F. Skinner

based on the belief that covert behavior including cognition and emotions are subject to the

same environmental variables as observable behavior. This became known as radical

behaviorism[1].

Even though the field is relatively old, the licensure and certification of behavior

analysts is relatively new. The first states to create the License Behavior Analyst credential

started in 2009. Presently, 34 states have a credential in behavior analysis. Most states have

created a statute that requires someone to be certified in behavior analysis by a credentialing

board that is certified by the ANSI National Accreditation Board or the National Commission on

Certifying Agencies. For example, you can see the statute in the State of Texas[2]. However,

despite this, many behavior analysis boards made up of mostly individuals certified by the

Behavior Analyst Certification Board and they have created administrative rules that block

---

[1] https://psychology.fas.harvard.edu/people/b-f-skinner
[2] https://statutes.capitol.texas.gov/Docs/OC/htm/OC.506.htm

THE GLOBAL INSTIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

other certifying boards besides their own. This is because the Behavior Analyst Certification

Board and the Association of Professional Behavior Analysts have engaged in anti-competitive

practices and degrade other organizations rather than collaborating with them[3]. In fact, the

Association of Professional Behavior Analysts has engaged in tactics meant to mislead state

governments.

This should be of grave concern for the government because as you are aware, there are

limitations to the how the government cannot force citizens to associate with 3rd parties to

enjoy certain liberties. Further, the Behavior Analyst Certification Board continues to certify

various board members of the Judge Rotenberg Center in Canton, Massachusetts. The

leadership allows the staff to electrocyte, and shock students[4] diagnosed with Autism for what

they call bad behavior, however this can be reasonable things such as not taking off a coat

because the patient is cold. This is a grave violation of consent. They are violating these most

vulnerable students who are helpless and unable to advocate for themselves so they can make

nearly $200,000 a year. You should know, the United Nations has designated this practice led

by Board Certified Behavior Analysts as physically torturing the disabled[5]. To date, the Behavior

Analyst Certification Board says they do not have the jurisdiction to revoke the certification of

the people and leadership engaging in this horrible practice. But on the opposite, they continue

to claim that they are the best, specifically the "leaders," to determine the ethics and

competency of behavior analysts across the county[6]. You can read more about this in a book

---

[3] https://www.capitol.hawaii.gov/Session2017/Testimony/SB739_TESTIMONY_CPH_02-24-17.PDF
[4] https://www.youtube.com/watch?v=Ko-ip3MImik
[5] https://www.documentcloud.org/documents/2300749-report-of-the-special-rapporteur-on-torture.html
[6] https://www.Behavior Analyst Certification Board.com/about/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

written by Dr. Jan Nisbet, Senior Vice Provost for Research at the University of New Hampshire titled Pain and Shock in America: Politics, Advocacy, and the Controversial Treatment of People with Disabilities[7].

Torture is likely a violation of many peoples First Amendment rights under religious views and since many state governments require you to be certified by the Behavior Analyst Certification Board to obtain a license in behavior analysis. This is on the same level of what happened to George Floyd. I encourage you and deeply implore you to watch the YouTube linked video above.



*Figure 1: Student with Autism Tied Face Down and Shocked 37 Times*

Finally, there are some other things to consider:

- The BEHAVIOR ANALYST CERTIFICATION BOARD is engaging in anti-competitive practices in violation of the law:

  - Outside of fighting various legislatures to only allow their certification for licensure, they have created a secret mailing list hidden from the public where

---

[7] https://press.uchicago.edu/ucp/books/book/distributed/P/bo122975350.html

THE GLOBAL INSTITIUE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

the board can conspire with various state boards to make sure they are the only

accepted for licensure.

o   Our organization being greatly concerned by these actions taken by the

BEHAVIOR ANALYST CERTIFICATION BOARD filed articles of corporation as a non-

profit corporation in Texas. We then applied for 501(c)3 tax-exempt status. This

is currently pending. We have planned to offer the following certifications once

we are able to:

- **PRACTITONERS**
- Board Certified Animal Behavior Practitioner (BC-ABP)
- Board Certified Chemical Dependency Behavior Practitioner (BC-CDBP)
- Board Certified Clinical Mental Health Behavior Practitioner (BC-CMHBP)
- Board Certified First Responder Behavior Interventionist (BC-FRBI)
- Board Certified Intellectual Disabilities Behavior Practitioner (BC-IDBP)
- Board Certified Sex Addiction Behavior Practitioner (BC-SABP)
- **EXAMINERS**
- Board Certified Behavior Examiner (BCBE)
- Forensic Behavior Analyst – Board Certified (FBA-BC)
- Organizational Behavior Analyst – Board Certified (OBA-BC)
- **SCIENTIST**
- Experimental Human Behavior Analyst – Board Certified (EHBA-BC)
- **ACADEMIC**
- Education Behavior Practitioner – Board Certified (EBP-BC)

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Board Certified Behavior Analysis Instructor (BCBAI)

- **Conversion – diplomat status**

- Diplomate of Behavior Medicine (DBM) – Psychiatrists

- Diplomate of Behavior Psychology (DBP) – Psychologists

- Associate Diplomate of Behavior Medicine (DBM)℠ – Psychiatric Nurse Practitioners, Physician Assistants Associate

- Diplomate of Behavior Psychology (DBP) – Master level Clinicians – LPC, LMFT, LCDC, LCSW, etc…

o We received a letter from Attorney David Kelly threatening our non-profit organization saying that the highlighted certification names could not be used because they were too close to Board Certified Behavior Analyst.

o In addition, the attorney threatened me personally with litigation by stating that I could not say I was Board Certified in Behavior Analysis or as a Behavior Analyst because it would infringe on their trademark. I let him know that under 15 USC 1125 (c)(3) that since I was triple board certified as a behavior analyst by the Virginia Board of Medicine, Qualified Applied Credentialing Board, and the International Behavior Analysis Organization (Board) that I was using the term board-certified to describe myself and not as a service offered or trade, I therefore was exempt from civil action[8]. They are clearly intent on blocking any other agencies from existing. Apparently, unlike other fields such as nursing,

---

[8] https://www.law.cornell.edu/uscode/text/15/1125

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

psychology, addiction, counseling, etc. the Behavior Analyst Certification Board

intends to fight against any other behavior analysis certification rather than

collaborate.

- The BEHAVIOR ANALYST CERTIFICATION BOARD lacks diversity and is even getting worse

  at its standards for diversity. 85% of its certified are female with just over 13% of its

  certified as male. 0.38% are American Indian/Natives. 6.61% are Asian. 9% of Behavior

  Analysts are African American. 21% are Hispanic[9]. This is a real problem for

  disadvantaged communities and people who prefer a male analyst in healthcare.

- 72% of its certified are practitioners in the field of Autism Spectrum Disorder and 10%

  choose not to identify. That leaves 12% of individuals to work in other fields. This leaves

  the following number of analysts in the United States:

  - Sports/Fitness – 39

  - Organizational - 365

  - Education - 6701

  - Public Policy – 49

  - Research - 19

  - Corrections - 49

  - Supervision - 177

  - Intellectual Disability - 2734

  - Child Welfare - 99

---

[9] https://www.Behavior Analyst Certification Board.com/Behavior Analyst Certification Board-certificant-data/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- o  Parent Training - 493

- o  Higher Education - 642

- o  Pediatrics - 458

- o  Clinical Behavior Analysis - 1762

- o  Gerontology - 62

- o  Addiction – BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Animal - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Prevention Behavior - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Life Coaching - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Non-Profit - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  LGBTQ - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Learning Disability - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Sexual Behavior - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Environment Preservation - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- o  Security Analysis - BEHAVIOR ANALYST CERTIFICATION BOARD Doesn't Track

- The BEHAVIOR ANALYST CERTIFICATION BOARD seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behavior analysts. While psychologists, psychiatrists, social workers, professional counselors, and other related fields retain the right to practice behavior analysis, the BEHAVIOR ANALYST CERTIFICATION BOARD does not recognize them as supervisors of behavior analysis. They recognize their certified BCBA's and their

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

approved VC Instructors. But a psychiatrist at a mental health institution engaged in the reduction of maladaptive behaviors cannot supervise technicians according to the organization[10].

- The Association for Professional Behavior Analysts will attempt to mislead you into believing that requiring certification from one organization is routine, but this is entirely inaccurate. What is typically required is the passage of an examination by an organization. Unfortunately, the BEHAVIOR ANALYST CERTIFICATION BOARD is not like most organizations that offer examinations because they do not allow individuals to take the exam based on the federal or state government requirements nor do they allow individuals to take the exams without becoming certified by their agency or forcing them to affiliate. The BEHAVIOR ANALYST CERTIFICATION BOARD differs in this from other organizations such as National Board for Certified Counselors, Association of State and Provincial Psychological Boards, Association of Social Work Boards, International Certification and Reciprocity Consortium, Educational Testing Service, and many others. These cover Counseling, Psychology, Social Work, and Chemical/Substance Abuse, and School Psychology. These agencies are the leaders in mental health, and they allow individuals who are qualified to take their exams without requiring certification. In the case of Advanced Nurse Practitioners, there are multiple boards that are accepted for APRN practice.

---

[10] https://www.Behavior Analyst Certification Board.com/bcba-handbook/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- The Behavior Analyst Certification Board has announced that starting in 2023 it will no longer issue certifications globally[11].  This creates a big problem for international students, military families, and those coming to the US from abroad. Not only will they not be able to get certified but given the Behavior Analyst Certification Boards monopoly hold on the licensing, they will be unable to obtain licensure without starting the supervision process over. People who want to practice via tele-health are blocked from getting licensed due to the restriction of one credential not offered overseas. Further, the exams that were previously offered in multiple languages are now discontinued by the Behavior Analyst Certification Board.

### LEGAL CONSIDERATIONS

- First, as everyone is aware, the Bill of Rights does not apply to private entitles. However, the government, if complicit, with a corporation could still violate the rights of the people. When the State of Massachusetts paid the Judge Rotenberg Center $1.7 million, the government funded a program that shocks children[12].

- Second, the federal and state government paying for the shocking of disabled children to "punish them" with the intent of decreasing a specific behavior is a grave violation of the Eighth Amendment. They receive Medicaid funding[13]. Being shocked because you are unwilling to take off your coat is cruel and highly unusual. We don't even treat prisoners at Guantanamo Bay this way.

---

[11] https://press.uchicago.edu/ucp/books/book/distributed/P/bo122975350.html
[12] https://commonwealthmagazine.org/education/time-to-end-public-funding-of-judge-rotenberg-center/
[13] https://autistichoya.files.wordpress.com/2013/04/cms-letter-to-ma-eohhs-11jul12.pdf

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Third, the Behavior Analyst Certification Board is aware of such actions and is not holding its own certified accountable for the actions they have taken while participating in this horrific human rights violation. Although, it does not require any particular behavior, federal nor state governments can force people to associate with an organization to enjoy liberties like practicing behavior analysis. As it stands now, in many states you would be forced to be certified by the Behavior Analyst Certification Board to be licensed. That means a citizen would have to give up various First Amendment rights to practice which is unlawful. We submit to federal and state legislatures that any language that forces a citizen to associate with a specific organization, is unlawful.  We intend to challenge such statutes in federal court.

- Fourth, the Behavior Analyst Certification Board has engaged in anti-competitive practices. Its secret email list with state regulators is intended to be hidden from the public so that they can engage in non-transparent practices. The only reason we became aware of this secret email list was because the Texas Department of Licensing and Regulation was required to disclose it in a Public Information Act Request by law. You can view the email server that access this secret list by visiting: http://list.Behavior Analyst Certification Board.com.

- Fifth, the Behavior Analyst Certification Board has abused the US Trademark system by trademarking generic-descriptive names so that their attorneys can threaten people and charities for using those descriptors or anything broadly close. They do this to block any other organizations from attempting to certify in behavior analysis.

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR



*Figure 2: The Hidden Behavior Analyst Certification Board Private Email Server*



*Figure 3: Behavior Analyst Certification Board Blocking Public From Seeing Communications with Regulators*

- Sixth, the Behavior Analyst Certification Board has discriminated against people outside of Autism Spectrum Disorder. They have created culture that to be licensed by the government, you must be certified by them. One of their certification requirements is supervision. Of their approved supervisors, 72% are Autism based. This leaves less than 5,000 people in the field of behavior analysis throughout world to deal with ADHD, PTSD, Substance Addiction, Sex Addiction, Gambling, Animal Behavior, Forensic Analysis, etc. All of these have maladaptive behaviors that can be addressed by a behavior analyst. Under the Americans with Disabilities Act of 1990 (a), Congress found that

THE GLOBAL INSTITUTION FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

"individuals with disabilities continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects of architectural, transportation, and communication barriers, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria, segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities;" They have made it nearly impossible for someone outside of Autism to get treated by a behavior analyst effectively. This is a violation of 42 U.S. Code § 12182 - Prohibition of discrimination by public accommodations which states "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public accommodation." This is blanket discrimination.

- Seventh, while the Behavior Analyst Certification Board as an ADA process for its exam, it does not have an ADA process for those under supervision.

- Eighth, the Behavior Analyst Certification Board has conspired with Association of Professional Behavior Analysts to circumvent the law under its 501(c)3 tax exemption. The Behavior Analyst Certification Board pushes its members to the Association of Professional Behavior Analysts[14]. The Association of Professional Behavior Analysts states on its website "the Behavior Analyst Certification Board, Inc. is an international

---

[14] https://www.bacb.com/for-regulators/

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

organization concerned with professional interests, it is a credentialing body rather than

a membership organization and is constrained in its involvement in certain activities by

virtue of its mission and its 501(c)(3) nonprofit status[15]" that is where they come in, they

do what the Behavior Analyst Certification Board cannot on behalf of them.

1. Ninth, the 10th Amendment gives the powers not delegated to the United States to the

    states, not corporations such as the Behavior Analyst Certification Board or the

    Association of Professional Behavior Analysts. The government should be required to do

    its job rather than outsource to one corporation. If the state chooses not to retain its

    right the Constitution does not say the rights, then get transferred to a 3rd party

    corporation... it says just the opposite "reserved to the States respectively, or to the

    people."

- Tenth, using Texas as an example, there is an emergent need for additional ABA

    providers. Licensed Behavior Analysts take on an average case load of 15 clients at the

    maximum. There is a total of 3,577 behavior analysts in Texas. In Texas, 201,617 minors

    have Autism,[16] that means that currently to offer ABA to just student with Autism

    behavior analysts would have to take on a caseload of 56 clients. Currently of the

    201,617 students with Autism, if the average behavior analyst took a normal case load

    of 15, only 53,655 students would receive care. This monopoly has created a crisis.

    Every day that goes by makes it harder to intervene because it is best to start services as

    young as possible.

---

[15] https://www.apbahome.net/page/About
[16] https://www.hhs.texas.gov/sites/default/files/documents/laws-regulations/reports-presentations/2020/texas-autism-council-report-april-2019.pdf

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Eleventh, still using the State of Texas as an example, many states have carved out various exemptions. However, it has missed so many things. Here are a few examples of those practicing in accordance with the above definition and by virtue of practicing are in violation of the law:

    a. Prison Guards – They have someone in a different environment, they attempt to modify their behavior and rehabilitate prisoners. Prisoners are punished for bad behavior and rewarded for good behavior. Prison Guards do not have a scope of practice that includes Applied Behavior Analysis.

    b. Psychiatric Technicians – While behavior technicians under the supervision of a Licensed Behavior Analyst (BCBA), those implementing psychiatric behavior analysis at a mental hospital are doing so under a psychiatrist and are not covered by the law. The psychiatrist would be covered by the law, but the technicians are not licensed in the State of Texas and therefore would not be exempt from the implementation of behavior analytic services.

    c. Federal Behavior Analysts – Members of the FBI's NCAVC Behavior Analysis Unit get requests from federal, state, local, and international law enforcement and some days can be in a state for many days. Under Section B above, they would only be covered for 20 days and that is assuming they are licensed in another state. Most empirical behavior analyst do not require licensure.

- Twelfth, the Fourteenth Amendment requires equal treatment under the law. However, this is not taking place. They are treating different certification boards as less when they are equally as qualified. Further, rules are created in most states by behavior analyst

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

advisory boards. But these boards represent the Behavior Analyst Certification Board only. In no state to date is any other certification board represented despite there being many.

### **PATH FORWARD AND SUGGESTIONS**

- First and foremost, I encourage the Office of Civil Rights at the Department of Justice to continue its investigation into the Judge Rotenberg Center in Canton, MA. This practice is child abuse and those responsible must be held accountable for their grave human rights violations against the disabled.

- Second, I implore the Food and Drug Administration to stay the course and continue fighting this grave injustice in court. For everyone else's reference, the case is JUDGE ROTENBERG EDUCATIONAL CENTER, INC. v. U.S. FOOD AND DRUG ADMINISTRATION (1:17-cv-02092) in the District Court of the District of Columbia.

- Third, I request that the Federal Trade Commission open an investigation into the anti-competitive behavior of the Behavior Analyst Certification Board. Also, address states that willingly create a monopoly by blocking alternative certification boards.

- Fourth, I implore the Department of Defense to continue working with other providers outside the Behavior Analyst Certification Board

- Fifth, I implore both Houses of Congress at the Federal and State level to open an investigation into the practice of behavior analysis and the standards surrounding the field. I would be happy to testify in an open hearing about the abuses, manipulation, segregation, and other negative impacts the Behavior Analyst Certification Board has on the field of behavior analysis and psychology.

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

- Sixth, in the coming days our organization will take initiate to work on presenting rules that ban the use of electric shock devices. Further, we will seek to amend rules to include other certification boards in behavior analysis.

- Seventh, I ask the Department of Education to continue its investigation into the State of Texas and the way it treats the disabled. Further, I ask that you consider opening an investigation into the Texas Department of Licensing and Regulation who is ultimately responsible for Dyslexia Practitioners and Behavior Analysts as they continue to fail in their responsibilities of making providers available. Frankly, the Texas Education Agency and the Texas Behavioral Health Executive Council should have been given jurisdiction over these fields not the agency that handles electric work, air conditioners, and tow trucks. It's no wonder this is failing. Also, the behavior analysis advisory board has not met in over a year. Nor has the Dyslexia Therapy Advisory Committee. Therefore, the state continues to have problems because they are derelict in their duties.

- Eight, I ask the Internal Revenue to open an investigation into both the Behavior Analyst Certification Board and its co-conspirer the Association of Professional Behavior Analysts. Based on the lobbying, monopolistic, and anti-trust actions. These actions have led to their Board of Directors and their certified personally benefiting from their non-profit "charity" status. Because less providers means more money and clients for them. I will use a different state this time. In the State of Virginia, the head of the association, Amanda Randal, BCBA makes over $6,000[17] for each speaking engagement she attends

---

[17] https://atlanticspeakersbureau.com/dr-amanda-randall-autism/

THE GLOBAL INSTITIUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION

GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS AND EXAMINERS
OFFICE OF MICHAEL MOATES, EXECUTIVE DIRECTOR

and has hired a public relations firm to represent her. It is time to stop worrying about

speaking engagement and book deals and to focus on the client.

Ladies and Gentlemen: we **MUST** act. The Behavior Analyst Certification Board is a threat to the

various intellectually disabled communities. They cannot be allowed to continue or we at the

bare minimum must offer consumers an alternative to the organization credentialing those

engaging in human rights violations.

I applaud the United Nations for calling this what it is, torture.

I applaud the work done by Dr. Jan Nisbet.

I appreciate the work of the various state boards who have already begun talking about this

issue.

Our organization will stand alongside them and continue to fight against these grave violations.

Very Respectfully,

Prof. Michael Moates, MA, QBA, LBA, QMHP-R

Executive Director, Global Inst. For Behavior Practitioners and Examiners

Licensed Behavior Analyst, Virginia Board of Medicine

Adjunct College Professor, University of the People

THE GLOBAL INSTITUTE FOR BEHAVIOR PRACTITIONERS IS A NON-PROFIT ORGANIZATION



Virginia.gov    **Agencies | Governor**

# VIRGINIA
## REGULATORY TOWN HALL

**Agency** / **Department of Health Professions**

**Board** / **Board of Medicine**

**Chapter** / Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment**    **Next Comment**    **Back to List of Comments**

---

**Commenter:** Michael Moates, MA                            4/11/22  10:11 am

**Letter to Congress**

I am going to put the previous anon's maladaptive behavior on extinction and not reply to them.

Here is a letter that was sent to Congress this morning:

https://gibpe.org/wp-content/uploads/2022/04/Letter.pdf

CommentID: **121119**

8/30/22, 5:02 PM                                Virginia Regulatory Town Hall View Comments



| Agency | **Department of Health Professions** |

| Board | **Board of Medicine** |

| Chapter | **Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]** |

**Previous Comment      Next Comment      Back to List of Comments**

---

**Commenter:** Michael Moates, MA                          4/11/22  1:41 pm

**Litigation Filed**

Litigation on this matter has been filed in federal court. I ask the board to let the courts determine the outcome.

Various constitutional issues have been raised and likely because the board has failed to include the language required by the law, the rule will likely be stricken by the court.

CommentID: **121122**

---



**Agency**  Department of Health Professions

**Board**  Board of Medicine

**Chapter**  Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment    Next Comment    Back to List of Comments**

**Commenter:** Michael Moates, MA                    4/12/22  9:16 am

**It is sad the BACB Anon Rep has to lie and defame**

It is sad the BACB Anon Rep has to lie and defame because he can't get real facts.

I am emailing the department more info about the university I am at. Since the Anon has been stalking me.

Here you will see in the BACB database the expired credentials (See under status Inactive/Expired):

https://www.bacb.com/services/o.php?page=101135

Here is a screenshot of their lies:

https://ibb.co/TgZByQZ

Regarding the shock, the BACB is the one who allows this to happen. The point was not about Virginia law but rather who Virginia associates with. Do you really want to be attached to an organization certifying those engaged in the practice of shocking children?

This is the BACB and its certified:

https://www.youtube.com/watch?v=Ko-ip3MImik

Court case was filed in the district court on 11 April 2022. I am happy to provide the board with the details.

CommentID: **121333**



**Virginia.gov**       **Agencies | Governor**

# VIRGINIA
## REGULATORY TOWN HALL

| **Agency** | **Department of Health Professions** |
| **Board** | **Board of Medicine** |
| **Chapter** | **Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]** |

**Previous Comment     Next Comment     Back to List of Comments**

---

**Commenter:** Prof. Michael Moates, MA, QBA, LBA, LMHP       | 4/12/22  1:13 pm |

**My last post and apologies**

To everyone,

I am walking away from this comment board. My rules petition remains in place and I remain willing to work with anyone who wants to collaborate to make the field of behavior analysis.

When I started this petition, I started it for multiple reasons. I and others have been in the field of behavior analysis for 8 years, starting in 2015 as an undergraduate student. As I would go on, I found that various other boards were being attacked for various reasons from being to Autism specific to being not as rigorous.

It felt very dehumanizing to me and my colleagues. No board (BACB, QABA, BICC, IBCCES) run the same and I think that is a good thing. If everyone was the same there would be no diversity or standards for different people.

I also believe that it should be the responsibility of the state to determine what it needs. I think that one certification board cannot cover all aspects of various states needs. It just doesn't seem possible to me.

I am grateful that the Board of Medicine issued me a License Behavior Analyst Credential after reviewing my qualifications as they have done with others from various boards.

I think each of the boards have their own strengths. For me personally, just based on my religion cannot associate with one of the organizations based on their practices.

I think it is important that we note that in Virginia, there are nearly 17,000 people with Autism. (https://www.easterseals.com/explore-resources/living-with-autism/profiles-virginia.html) There are currently around 1,400 behavior analysts in the State of Virginia. This does not include those not working in Autism or those working as college professors without private practice. That means just to cover Autism the average BCBA would have to take a caseload of at least 11 clients. That is if every licensed person took on 10.23 clients. This also does not account for how the BCBA's are spread out through the state.

I think we can all agree that we all want what is best for our clients. We want them to get the best services from the best people.

I am ashamed of the role I played in getting this discussion so heated. I offer context but not an excuse. Reading comments that degrade your certification or education really hurts and it gets personal. I do not agree with the center shocking children and I do recognize this is not happening in Virginia. What I will say is I don't want to be associated with it at all. There are BCBA's leading this practice and I don't want to be part of the BACB organization. That should not mean that there are no alternatives.

**I personally and sincerely apologize to the following:**

8/30/22, 5:08 PM                                    Virginia Regulatory Town Hall View Comments

Dr. Hoch, I apologize to you sir for attacking your position. I will be sending an email withdrawing my request for the emails this afternoon. I, as a QBA, would be more than willing to work with you to collaborate on requirements that we can both be happy and live with.

Ms. Salzman, I apologize to you for discounting your comment. I do agree with you that licenses are in place to protect our clients. We all want what is best for them. I don't think anyone is out to harm a client and if they are they should be reported.

Ms. Robicheau, I wholeheartedly agree with you. Your comment inspired me to take the approach that I am this morning. Thank you for making me a better man. Thank you for challenging me to be a better person.

Dr. Tiller, I apologize to you for discounting your position. You are allowed to have your opinion as we all are and my statement was uncalled for.

To the Virginia ABA Board, I apologize to each of you. I know that you are fighting for what you think is best and I think you should have a platform to do that.

**Here is what I learned from this discussion:**

- I learned that I could be more humble. My first action was to attack and that is not okay.

- I have learned that feeling personally attacked are not acceptable reasons to lash out at others. I essentially gave others what I was feeling.

- I have learned about the QABA organization and who it is affiliated with.

- I learned about the demographics related to race, gender, and speciality of the BACB.

- I learned about the dangers of how our field can become abusive such as shocking children or other various way of engaging in positive punishment.

- I learned about information that various boards do not post that could be helpful to the common goal of providing students with good and diverse practice.

- Instead of talking about one board being better than the other maybe a collation should have been formed and standards discussed.

**Here are some thoughts I ask others to consider:**

- Is it fair that someone might not want to associate with the BACB while they still credential those engaged in the shocking practice?

- Can standards be equal even if they are not exactly 100% the same? Just like with the various national and regional college accreditation boards?

- If someone is a member of the Virginia ABA does that association have a duty to fight for all of its members and not just the majority?

- Are there issues across all certification boards where the focus is Autism and could we benefit from having providers in other diverse fields?

- Could it be beneficial to comment using our real names, certifications, and affiliations so that others can see potential biases?

- Could other fields be effective supervisors in behavior analysis? A psychiatrists at a hospital working on behavior change? A substance abuse counselor working to decrease drug abuse? A counselor using behavior therapy to decrease the maladaptive behaviors in a person?

- Is threatening someone, calling their employers, certification boards, etc the way to approach disagreement?

- Is attacking each other going to make the field better?

- Could you attack someone without having all of the information and making assumptions?

**What I wish I had seen more of:**

- I wish I had seen more collaboration from the BACB, QABA, BICC, IBCCES.

- I wish that the decencies for each board had been addressed.

- I would have like to have seen the board hold a meeting on this issue with open discussion from all parties interested.

I feel like we have to lead by example. We are supposed to be the people who work to decrease maladaptive behaviors and I can say here I am one of the people having them and I deeply apologize to everyone for how I acted. My hope is that we can work together.

I stand by my statement that one group leading the entire practice is not in the best interest of the clients. It does not give them options. It provides insurance companies with less options. It creates less competition which creates a situation where there is no fighting to raise the bar or standard if you will.

I do not feel comfortable with the BACB for multiple reasons and so my hope is that an alternative can be allowed so that others who are uncomfortable or want a different type of analyst have that option.

I take responsibility for my actions and I apologize.

Prof. Michael Moates, MA, QBA, LBA, LMHP (thank you to VABA for letting me know about the LMHP)

CommentID: **121362**



**Department of Health Professions**

**Board of Medicine**

**Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]**

**Previous Comment**    **Next Comment**    **Back to List of Comments**

**Commenter:** Michael Moates, MA                                    4/13/22  4:00 pm

**Clarity**

Thank you to my colleagues for bringing this to my attention. I had not intended to comment anymore and I do with the intention of being respectful but there seems to be some confusion and misinformation.

I just want to clarify that my petition was not directed at any one agency. Not the BACB, QABA, BICC, etc

My petition referenced any organization that is accredited by ANSI or NCCA in behavior analysis. The goal was to bring the rule into compliance of the statute which requires the language used in the statute to be listed in the rule and it is not.

Having Autism coursework in addition to behavior analysis coursework should not disqualify someone, it should be considered an asset as long as it is in addition to the other required coursework/testing requirements.

It is for both QABA and BICC in my opinion.

Here are the competencies:

QBA: https://qababoard.com/wp-content/uploads/QBA-Competency-Standards-2022.pdf

QASP-S: https://qababoard.com/wp-content/uploads/QASP-S-Competency-Standards-January-2022.pdf

BCAP: https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf

Here are the scopes of practice:

QBA: https://qababoard.com/qualified-behavior-analyst-scope/

QASP-S: https://qababoard.com/qasp-s-scope/

Also, ANSI has clearly stated that the QABA credentials are not Autism certificates but rather Behavior Analysis certifications.

See: https://townhall.virginia.gov/L/viewcomments.cfm?commentid=121046

See: https://anabpd.ansi.org/Accreditation/credentialing/personnel-certification/AllDirectoryDetails?&prgID=201&OrgId=2168&statusID=4

Some have asked about job analysis: https://www.behavioralcertification.org/Content/Documents/Job_Analysis_Executive_Summary_2017.pdf

Virginia Regulatory Town Hall View Comments

Also, something else I thought of, the FBI Behavior Analysis Unit is located in Quantico, Virginia. Has the Board of Medicine considered asking them for input?

Autism is one piece of each credential. They are tested in the Applied Behavior Analysis areas separately. Having Autism in the name does not make it only autism it just makes it a additional specialization.

I respect the anonymous commenters passion. I agree with them that if the board has reason to suspect foul play they should investigate who is commenting. The IP address, location, etc is all information that is traceable. If they all are having related locations, IP's, etc the board should not consider the comments.

You would have to be pretty uneducated to not know these kinds of things can be tracked.

I do not believe this is the case and I also suggest that there are many BCBA's also randomly commenting today. I believe that this is because it is the last day of the commenting period and many others have posted on various websites and social media.

I leave it to the board and IT to investigate and I hope they will. The board should only consider comments that are accurate.

CommentID: **121450**

8/30/22, 5:42 PM                                 Virginia Regulatory Town Hall View Comments



## Department of Health Professions

## Board of Medicine

## Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

**Previous Comment      Next Comment      Back to List of Comments**

**Commenter:** Prof. Michael Moates, MA, QBA, LBA, LMHP          | 4/13/22  11:58 pm |

**Give Patients the Right to Choose and Raise the Standard By Adding Competition**

Board of Medicine:

I am so glad this is over. I want to leave you with some final thoughts to consider.

I am so tired of being degraded, dehumanized, threatened, stalked, etc. Members from the BACB have called my employer, certification board, etc. They have stalked me online. It just was extremely unprofessional behavior for an organization that is wanting to set the standard.

In spite of this, we all pushed through. We fought till the end and when the board takes up this action, we know that they will do so with all of the information.

### Final Points:

Behavior Analyst Certification Board (Wants to be the popular kid but is really the bully):

- 70% of BCBA's are white, less than 1% are American Indian, less than 1% are Pacific Islander, 10% are Hispanic, 6% are Asian, and 3% are black. There is no diversity. https://www.bacb.com/bacb-certificant-data/
- 86%  of BCBA's are female, 12% are male, with the rest as other or not identified. There is an issue of finding male therapists. https://www.bacb.com/bacb-certificant-data/
- 72% of are focused on Autism Spectrum Disorder. https://www.bacb.com/bacb-certificant-data/
- The BACB is withdrawing from the international market. https://www.bacb.com/global-certification/
- The BACB does not offer its testing in other languages besides English. https://www.bacb.com/global-certification/
- The BACB does not recognize clinical psychiatrists engaged in behavior analysis as supervisors. https://www.bacb.com/bcba-handbook
- The BACB does not accept CEU's from Psychiatrists, Psychologists, etc… only its BCBA's. They would not allow you as doctors to even teach continuing education courses https://www.bacb.com/wp-content/ACE-Provider-Handbook
- The BACB continues to certify the leadership at the Judge Rotenberg Center that is shocking children. https://www.youtube.com/watch?v=Ko-ip3MImik
- The United Nations has designated practices lead by BCBA's as torture. We treat prisoners at Guantanamo Bay better.  https://abcnews.go.com/Nightline/shock-therapy-

massachussetts-school/story?id=11047334

- The BCBAs on this board are (the BACB has been notified and they have stated they intend to do nothing about this):

  ○ **Board of Directors: Henry Slucki, Ph.D.**

  **Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

  **Richard Malott, Ph.D., BCBA-D**

  **Josh Pritchard, Ph.D., BCBA-D**

  **Ronald Van Houten, Ph.D.**

  **W. Joseph Wyatt, Ph.D.**

  **On Staff:**

  **Nathan Blenkush, PhD, BCBA-D**

- The BACB seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behavior analysts. While psychologists, psychiatrists, social workers, professional counselors, and other related fields retain the right to practice behavior analysis, the BACB does not recognize them as supervisors of behavior analysis. https://www.bacb.com/wp-content/ACE-Provider-Handbook

- The BACB has already stated its standards for 10 years from now despite not knowing how academic research will present. https://www.bacb.com/wp-content/mar2022_Newsletter

- They are trying to build an anti-competitive licensure monopoly.

- The BACB threatens other non-profits who attempt to work in behavior analysis.

- The BACB leadership team is 100% white people. https://www.bacb.com/about/staff-leadership/

- The BACB talks negatively about other boards calling them Autism specific. This is just libelous as stated by ANSI. https://townhall.virginia.gov/L/viewcomments.cfm?commentid=121046 No comment on this discussion post has provided evidence that alternative certification boards are acting in bad faith or unethically.

- No poster has provide evidence that any other board is less qualified.

- The BACB cannot possibly meet the requirements of different populations across all 50 states.

- BCBA's personally benefit from less providers. They have long waitlists which hurts the client. ABA treatment is more effective the earlier it starts.

- Here is a BCBA being arrested for assault. https://www.kktv.com/2021/11/10/behavior-analyst-loses-license-this-11-call-action/

**Qualified Applied Behavior Analysis Credentialing Board (Top Alternative, the A Student):**

- The QABA Board has not only each of the requirements of the BACB however they have even more requirements.

- They are not an autism specific board. Autism is in addition to the behavior analysis requirements. https://qababoard.com/wp-content/uploads/QBA-Competency-Standards-

2022.pdf

- They require a psychometric exam. https://qababoard.com/taking-examinations
- The require supervision experience hours. https://qababoard.com/wp-content/uploads/QABA-Supervision-Log-January-2022.pdf
- They require a federal and state background check. https://qababoard.com/background-attestation-form/
- They require a masters degree. https://qababoard.com/wp-content/uploads/QBA-Candidate-Handbook-March-2022.pdf
- They require coursework in applied behavior analysis. https://qababoard.com/wp-content/uploads/QBA-Competencies-Worksheet-January-2022.pdf
- They have an ethics code. https://qababoard.com/code-of-ethics/
- They are run by an independent board of directors. https://qababoard.com/leadership/
- They also have an international standards committee. https://qababoard.com/pages/qaba-international-standards-committee/
- They have an Africa based operation. https://qababoard.com/pages/qaba-in-africa/
- They are accredited by ANSI in Behavior Analysis. https://qababoard.com/
- They are recognized by the Department of Defense. https://manuals.health.mil/pages/DisplayManualHtmlFile/2021-03-26/AsOf/TO15/C18S4.html
- Exam and certification materials are offered in alternative languages. https://www.qababoard.net/
- QABA offers discounts to 3rd world countries that are developing the practice of behavior analysis. https://www.youtube.com/watch?v=fL4n_hgW4lc
- They have a designated scope of practice and competency requirements. https://qababoard.com/wp-content/uploads/QBA-Competency-Standards-2022.pdf
- There is no evidence that QABA is less qualified. In fact, they require more educational subjects than the BACB. It could also be argued an organization that is not entangled with the certification of people shocking children is better.

**Behavioral Intervention Certification Council:**

- They have additional requirements beyond what the BACB requires. https://www.behavioralcertification.org/Content/Documents/BCAP_Exam_Content_Outline.pdf
- They are accredited by NCCA. https://ice.learningbuilder.com/Public/MemberSearch/ProgramVerification?model.MemberName=behavior&SearchAliases=false&model.Role=&model.MemberRoleLabel=&attr.Industry=&attr.Name=&performSearch=true
- They require supervision experience. https://behavioralcertification.org/wp-content/uploads/2021/10/BCAT_2_year_documentation_of_supervision-2.pdf
- They require at least a masters degree. https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf
- They require behavior analysis coursework. https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf

- They have a code of conduct. https://www.behavioralcertification.org/Content/Documents/BICC_Code_of_Conduct_2019_2020.pdf

- They require passage of a psychometric exam. https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf

- They have an independent board of directors. https://behavioralcertification.org/about-us-autism-spectrum-disorder/board-directors/

- They have conducted a job analysis. https://www.behavioralcertification.org/Content/Documents/Job_Analysis_Executive_Summary_2017.pdf

- They require a background check. https://www.behavioralcertification.org/Content/Documents/SaferPlaces_Disclosure_and_Authorization.pdf

- They have a designated scope of practice and competency requirements. https://www.behavioralcertification.org/Content/Documents/BCAP_Exam_Content_Outline.pdf

**International Behavior Analysis Organization:**

- They are not an autism specific board.

- They require a psychometric exam or you can qualify based on accredited BCBA or QBA equivalency. https://theibao.com/docs/IBA-Exam-Procedures-v101.pdf

- The require supervision experience hours. https://theibao.com/docs/IBA-Requirements-v101-ENG.pdf

- They require a masters degree or additional experience. https://theibao.com/docs/IBA-Requirements-v101-ENG.pdf

- They require coursework in applied behavior analysis. https://theibao.com/docs/IBA-Requirements-v101-ENG.pdf

- They have an ethics code. https://theibao.com/docs/IBAO-Ethical-Guidelines-V100.pdf

- They are run by an advisory board. https://theibao.com/professional_advisory_board

- Exam and certification materials are offered and being developed in alternative languages.

- They have a designated scope of practice and competency requirements. https://theibao.com/docs/IBA-REOs-V100.pdf

- They are not currently accredited. This information is provided to the board for reference.

**Third Party Boards:**

- The Virginia Association for Behavior Analysis requires a masters degree only for membership. https://virginiaaba.org/choose-membership/

- The Association for Behavior Analysis International recognizes QABA, BICC, and IBAO in addition to the BACB. https://www.abainternational.org/media/188058/abaimembershipform_2022.pdf

**State of Virginia:**

- The State of Virginia is already has already recognized alternative certifications we are simply asking you to codify it in the rules to be consistent.

8/30/22, 5:42 PM                              Virginia Regulatory Town Hall View Comments

- The law requires the board by saying "shall include" "Documentation that the applicant is currently certified as a Board-Certified Behavior Analyst by the Behavior Analyst Certification Board or **any other entity that is nationally accredited to certify practitioners of behavior analysis;" (Emphasis Added)**
  http://www.dhp.virginia.gov/media/dhpweb/docs/med/leg/Ch29_Medicine.pdf
- No other mental health board in Virginia requires certification by one entity. See:
  https://www.dhp.virginia.gov/counseling/
  https://www.dhp.virginia.gov/counseling/counseling_laws_regs.htm
  https://www.dhp.virginia.gov/psychology/psychology_laws_regs.htm
- Most other Virginia Licensing Boards offered grandfather periods for previously practicing professionals where the Behavior Analysis occupation was not provided the same. See: § 54.1-3509, § 54.1-3514,
- It is likely unlawful to force association to one organization under the First Amendment.
- It is likely unlawful for a government entity to force association that is a violation of someones religious beliefs. Re shocking children and the First Amendment.
- Given the above, there is a pending court preliminary injunction to strike down any law that only allows for licensure via the BACB. If the board wants to protect itself it might consider adding an alternative.
- More certification boards would allow your constituents the choice to choose their providers.
- More certification boards would require the BACB to compete and raise the bar/standard to meet other certification boards which require additional courses, experiences, and even simple things like a background check.
- More providers would also decrease the waitlists for ABA services. Search for waitlist using the find feature and you will see these providers have a "long" "extensive" waitlists.
  https://www.leapahead.org/ https://www.greenboxaba.org/
  https://www.chattanoogaautismcenter.org/outpatient-clinic
  http://learnwithmasc.org/about-us/services/ https://villagemindset.org/staff/stacie-dizzley-streeter-bcba/ https://www.blueridgehorizonaba.com/locations
- News articles on the same. https://www.localdvm.com/news/virginia/local-clinics-join-forces-to-combat-aba-practitioner-shortage-as-autism-cases-climb/

Quotes:

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2854065/

"The BACB does not appear to have the money, staff, time, or legal authority to provide the necessary ethical oversight, especially with the literally thousands of members of the Association of Behavior Analysis International (ABAI) and/or BCBAs who practice both within the United States and around the world."

"To further complicate matters, the BCBA credential is not consistent with the generally accepted concept of board certification as recognized in the fields of medicine, psychology, and other human service professions."

This is stated by their own certified people.

Michael Dorsey, PhD, BCBA

Michael Weinberg, PhD, BCBA

Thomas Zane, PhD, BCBA

Megan Guidi, MSEd, BCBA

https://www.abainternational.org/media/177713/luiselli.pdf

"One issue of regulatory concern is that often discussed in behavior analytic circles is that Behavior Analyst Certification Board (BACB) offers a national license. This is false. BACB is not licensing, nor could the BCBA ever be a national license for behavior analysts. Licensure falls under the states rights or powers. It is the prevue of each state to restrict trade within its borders. United States v. Lopez, 514 U.S. 549 (1995) held that the federal government only has the right to create laws that effect interstate commerce."

This is stated by their own certified people.

Joseph Cautilli, PhD, BCBA-D

Halina Dziewulska, MSEd. BCBA


I respectfully ask you to help us give patients the **right to choose.**  Give them the opportunity to have increased quality care by **raising competition that forces people to compete to be the best provider.** I encourage you to look at links and documents also feel free to reach out to me should you have any question. There were a lot of statements made in this comments section. Very few actually included references or documentation to back up such claims.

Help me step in to the future and:

Empower your patients with the right to choose by raising the bar of competition. More standards = forcing people to be the best.


Very Respectfully,

Prof. Michael Moates, MA, QBA, IBA, LBA, LMHP

Global Institute for Behavior Practitioners and Examiners, a non-profit organization

Doctor of Education Candidate

University Professor

Student Health Advisory Committee

Senior Member, Civil Air Patrol, United States Air Force Auxiliary

Certified Accreditation Evaluator


CommentID: **121468**



**Department of Health Professions**

**Board of Medicine**

Regulations Governing the Practice of Behavior Analysis **[18 VAC 85 - 150]**

**Previous Comment**    **Back to List of Comments**

---

**Commenter:** Prof. Michael Moates, MA, QBA, LBA, LMHP          4/14/22  12:02 am

**Give Patients the Right to Choose and Raise the Standard By Adding Competition**

It appears it did not post correctly.

Here:

I am so glad this is over. I want to leave you with some final thoughts to consider.

I am so tired of being degraded, dehumanized, threatened, stalked, etc. Members from the BACB have called my employer, certification board, etc. They have stalked me online. It just was extremely unprofessional behavior for an organization that is wanting to set the standard.

In spite of this, we all pushed through. We fought till the end and when the board takes up this action, we know that they will do so with all of the information.

**Final Points:**

Behavior Analyst Certification Board (Wants to be the popular kid but is really the bully):

- 70% of BCBA's are white, less than 1% are American Indian, less than 1% are Pacific Islander, 10% are Hispanic, 6% are Asian, and 3% are black. There is no diversity. https://www.bacb.com/bacb-certificant-data/
- 86%  of BCBA's are female, 12% are male, with the rest as other or not identified. There is an issue of finding male therapists. https://www.bacb.com/bacb-certificant-data/
- 72% of are focused on Autism Spectrum Disorder. https://www.bacb.com/bacb-certificant-data/
- The BACB is withdrawing from the international market. https://www.bacb.com/global-certification/
- The BACB does not offer its testing in other languages besides English. https://www.bacb.com/global-certification/
- The BACB does not recognize clinical psychiatrists engaged in behavior analysis as supervisors. https://www.bacb.com/bcba-handbook
- The BACB does not accept CEU's from Psychiatrists, Psychologists, etc… only its BCBA's. They would not allow you as doctors to even teach continuing education courses https://www.bacb.com/wp-content/ACE-Provider-Handbook
- The BACB continues to certify the leadership at the Judge Rotenberg Center that is shocking children. https://www.youtube.com/watch?v=Ko-ip3MImik

8/30/22, 5:44 PM                                    Virginia Regulatory Town Hall View Comments

- The United Nations has designated practices lead by BCBA's as torture. We treat prisoners at Guantanamo Bay better. https://abcnews.go.com/Nightline/shock-therapy-massachussetts-school/story?id=11047334

- The BCBAs on this board are (the BACB has been notified and they have stated they intend to do nothing about this):

  - **Board of Directors: Henry Slucki, Ph.D.**

    **Jessica E. Van Stratton, Ph.D., BCBA-D, LBA**

    **Richard Malott, Ph.D., BCBA-D**

    **Josh Pritchard, Ph.D., BCBA-D**

    **Ronald Van Houten, Ph.D.**

    **W. Joseph Wyatt, Ph.D.**

    **On Staff:**

    **Nathan Blenkush, PhD, BCBA-D**

- The BACB seeks to oust other qualified supervisors from supervising behavior technicians, assistant behavior analysts, and aspiring behavior analysts. While psychologists, psychiatrists, social workers, professional counselors, and other related fields retain the right to practice behavior analysis, the BACB does not recognize them as supervisors of behavior analysis. https://www.bacb.com/wp-content/ACE-Provider-Handbook

- The BACB has already stated its standards for 10 years from now despite not knowing how academic research will present. https://www.bacb.com/wp-content/mar2022_Newsletter

- They are trying to build an anti-competitive licensure monopoly.

- The BACB threatens other non-profits who attempt to work in behavior analysis.

- The BACB leadership team is 100% white people. https://www.bacb.com/about/staff-leadership/

- The BACB talks negatively about other boards calling them Autism specific. This is just libelous as stated by ANSI. https://townhall.virginia.gov/L/viewcomments.cfm?commentid=121046 No comment on this discussion post has provided evidence that alternative certification boards are acting in bad faith or unethically.

- No poster has provide evidence that any other board is less qualified.

- The BACB cannot possibly meet the requirements of different populations across all 50 states.

- BCBA's personally benefit from less providers. They have long waitlists which hurts the client. ABA treatment is more effective the earlier it starts.

- Here is a BCBA being arrested for assault. https://www.kktv.com/2021/11/10/behavior-analyst-loses-license-this-11-call-action/

**Qualified Applied Behavior Analysis Credentialing Board (Top Alternative, the A Student):**

- The QABA Board has not only each of the requirements of the BACB however they have even more requirements.

- They are not an autism specific board. Autism is in addition to the behavior analysis requirements. https://qababoard.com/wp-content/uploads/QBA-Competency-Standards-2022.pdf

- They require a psychometric exam. https://qababoard.com/taking-examinations

- The require supervision experience hours. https://qababoard.com/wp-content/uploads/QABA-Supervision-Log-January-2022.pdf

- They require a federal and state background check. https://qababoard.com/background-attestation-form/

- They require a masters degree. https://qababoard.com/wp-content/uploads/QBA-Candidate-Handbook-March-2022.pdf

- They require coursework in applied behavior analysis. https://qababoard.com/wp-content/uploads/QBA-Competencies-Worksheet-January-2022.pdf

- They have an ethics code. https://qababoard.com/code-of-ethics/

- They are run by an independent board of directors. https://qababoard.com/leadership/

- They also have an international standards committee. https://qababoard.com/pages/qaba-international-standards-committee/

- They have an Africa based operation. https://qababoard.com/pages/qaba-in-africa/

- They are accredited by ANSI in Behavior Analysis. https://qababoard.com/

- They are recognized by the Department of Defense. https://manuals.health.mil/pages/DisplayManualHtmlFile/2021-03-26/AsOf/TO15/C18S4.html

- Exam and certification materials are offered in alternative languages. https://www.qababoard.net/

- QABA offers discounts to 3rd world countries that are developing the practice of behavior analysis. https://www.youtube.com/watch?v=fL4n_hgW4lc

- They have a designated scope of practice and competency requirements. https://qababoard.com/wp-content/uploads/QBA-Competency-Standards-2022.pdf

- There is no evidence that QABA is less qualified. In fact, they require more educational subjects than the BACB. It could also be argued an organization that is not entangled with the certification of people shocking children is better.

**Behavioral Intervention Certification Council:**

- They have additional requirements beyond what the BACB requires. https://www.behavioralcertification.org/Content/Documents/BCAP_Exam_Content_Outline.pdf

- They are accredited by NCCA. https://ice.learningbuilder.com/Public/MemberSearch/ProgramVerification?model.MemberName=behavior&SearchAliases=false&model.Role=&model.MemberRoleLabel=&attr.Industry=&attr.Name=&performSearch=true

- They require supervision experience. https://behavioralcertification.org/wp-content/uploads/2021/10/BCAT_2_year_documentation_of_supervision-2.pdf

- They require at least a masters degree. https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf

- They require behavior analysis coursework. https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf
- They have a code of conduct. https://www.behavioralcertification.org/Content/Documents/BICC_Code_of_Conduct_2019_2020.pdf
- They require passage of a psychometric exam. https://behavioralcertification.org/wp-content/uploads/2021/03/BCAP-Candidate-Handbook-20210218.pdf
- They have an independent board of directors. https://behavioralcertification.org/about-us-autism-spectrum-disorder/board-directors/
- They have conducted a job analysis. https://www.behavioralcertification.org/Content/Documents/Job_Analysis_Executive_Summary_2017.pdf
- They require a background check. https://www.behavioralcertification.org/Content/Documents/SaferPlaces_Disclosure_and_Authorization.pdf
- They have a designated scope of practice and competency requirements. https://www.behavioralcertification.org/Content/Documents/BCAP_Exam_Content_Outline.pdf

**International Behavior Analysis Organization:**

- They are not an autism specific board.
- They require a psychometric exam or you can qualify based on accredited BCBA or QBA equivalency. https://theibao.com/docs/IBA-Exam-Procedures-v101.pdf
- The require supervision experience hours. https://theibao.com/docs/IBA-Requirements-v101-ENG.pdf
- They require a masters degree or additional experience. https://theibao.com/docs/IBA-Requirements-v101-ENG.pdf
- They require coursework in applied behavior analysis. https://theibao.com/docs/IBA-Requirements-v101-ENG.pdf
- They have an ethics code. https://theibao.com/docs/IBAO-Ethical-Guidelines-V100.pdf
- They are run by an advisory board. https://theibao.com/professional_advisory_board
- Exam and certification materials are offered and being developed in alternative languages.
- They have a designated scope of practice and competency requirements. https://theibao.com/docs/IBA-REOs-V100.pdf
- They are not currently accredited. This information is provided to the board for reference.

**Third Party Boards:**

- The Virginia Association for Behavior Analysis requires a masters degree only for membership. https://virginiaaba.org/choose-membership/
- The Association for Behavior Analysis International recognizes QABA, BICC, and IBAO in addition to the BACB. https://www.abainternational.org/media/188058/abaimembershipform_2022.pdf

**State of Virginia:**

- The State of Virginia is already has already recognized alternative certifications we are simply asking you to codify it in the rules to be consistent.

- The law requires the board by saying "shall include" "Documentation that the applicant is currently certified as a Board-Certified Behavior Analyst by the Behavior Analyst Certification Board or **any other entity that is nationally accredited to certify practitioners of behavior analysis;" (Emphasis Added)** http://www.dhp.virginia.gov/media/dhpweb/docs/med/leg/Ch29_Medicine.pdf

- No other mental health board in Virginia requires certification by one entity. See: https://www.dhp.virginia.gov/counseling/  https://www.dhp.virginia.gov/counseling/counseling_laws_regs.htm  https://www.dhp.virginia.gov/psychology/psychology_laws_regs.htm

- Most other Virginia Licensing Boards offered grandfather periods for previously practicing professionals where the Behavior Analysis occupation was not provided the same. See: § 54.1-3509, § 54.1-3514,

- It is likely unlawful to force association to one organization under the First Amendment.

- It is likely unlawful for a government entity to force association that is a violation of someones religious beliefs. Re shocking children and the First Amendment.

- Given the above, there is a pending court preliminary injunction to strike down any law that only allows for licensure via the BACB. If the board wants to protect itself it might consider adding an alternative.

- More certification boards would allow your constituents the choice to choose their providers.

- More certification boards would require the BACB to compete and raise the bar/standard to meet other certification boards which require additional courses, experiences, and even simple things like a background check.

- More providers would also decrease the waitlists for ABA services. Search for waitlist using the find feature and you will see these providers have a "long" "extensive" waitlists. https://www.leapahead.org/ https://www.greenboxaba.org/ https://www.chattanoogaautismcenter.org/outpatient-clinic http://learnwithmasc.org/about-us/services/ https://villagemindset.org/staff/stacie-dizzley-streeter-bcba/ https://www.blueridgehorizonaba.com/locations

- News articles on the same. https://www.localdvm.com/news/virginia/local-clinics-join-forces-to-combat-aba-practitioner-shortage-as-autism-cases-climb/

Quotes:

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2854065/

"The BACB does not appear to have the money, staff, time, or legal authority to provide the necessary ethical oversight, especially with the literally thousands of members of the Association of Behavior Analysis International (ABAI) and/or BCBAs who practice both within the United States and around the world."

"To further complicate matters, the BCBA credential is not consistent with the generally accepted concept of board certification as recognized in the fields of medicine, psychology, and other human service professions."

This is stated by their own certified people.

Michael Dorsey, PhD, BCBA

Michael Weinberg, PhD, BCBA

8/30/22, 5:44 PM                                    Virginia Regulatory Town Hall View Comments

Thomas Zane, PhD, BCBA

Megan Guidi, MSEd, BCBA

https://www.abainternational.org/media/177713/luiselli.pdf

"One issue of regulatory concern is that often discussed in behavior analytic circles is that Behavior Analyst Certification Board (BACB) offers a national license. This is false. BACB is not licensing, nor could the BCBA ever be a national license for behavior analysts. Licensure falls under the states rights or powers. It is the prevue of each state to restrict trade within its borders. United States v. Lopez, 514 U.S. 549 (1995) held that the federal government only has the right to create laws that effect interstate commerce."

This is stated by their own certified people.

Joseph Cautilli, PhD, BCBA-D

Halina Dziewulska, MSEd. BCBA


I respectfully ask you to help us give patients the **right to choose.** Give them the opportunity to have increased quality care by **raising competition that forces people to compete to be the best provider.** I encourage you to look at links and documents also feel free to reach out to me should you have any question. There were a lot of statements made in this comments section. Very few actually included references or documentation to back up such claims.

Help me step in to the future and:

Empower your patients with the right to choose by raising the bar of competition. More standards = forcing people to be the best.


Very Respectfully,

Prof. Michael Moates, MA, QBA, IBA, LBA, LMHP

Global Institute for Behavior Practitioners and Examiners, a non-profit organization

Doctor of Education Candidate

University Professor

Student Health Advisory Committee

Senior Member, Civil Air Patrol, United States Air Force Auxiliary

Certified Accreditation Evaluator


CommentID: **121471**



8/30/22, 7:03 PM                    Opinion: Dr. Jan Nisbet Exposes The Deep Abuses In The Field Of Behavior Analysis At The Judge Rotenberg Center | Mike Moa…

Canton, MA

# Opinion: Dr. Jan Nisbet Exposes The Deep Abuses In The Field Of Behavior Analysis At The Judge Rotenberg Center

 creา ava  Mike Moates, MA, QBA, LBA, LMHP  |  59 minutes ago



PAIN AND SHOCK IN AMERICA: POLITICS, ADVOCACY, AND THE CONTROVERSIAL TREATMENT OF PEOPLE WITH DISABI

Senior Vice Provost for Research at the University of New Hampshire, Dr. Jan Nisbet, exposes the deep corruption at the Judge Rotenberg Center in Canton, Massachusetts. Dr. Nisbet lays out a path on how its founder, the school, and the government have not only failed the students but how they have abused them.

The Judge Rotenberg Center operates on the idea that positive punishment has the ability to modify behavior. They do this by shocking children for undesirable behavior. But Dr. Nisbet presents numerous reasons why this practice is ineffective. In her expose, she not only investigates the founder, the center, and the staff but she shows how the government has failed to protect these students.

Dr. Nisbet empowers the students by sharing their stories and including their letters to various members of government. As I was reading, I learned more and more how unethical

this practice was. Not only were they shocking children for things such as not taking off their coat because the were cold, they were generally not respecting patient dignity.

One student recounts how she was humiliated and forced to wear a diaper. She begs the FDA to discontinue the device practice and recounts about how she was burned by the center. These children are being strapped down and shocked over and over in what the United Nations has designated as torture.

In addition to the issues with the center, Matthew Israel, the founder, was indicted on charges of child endangerment, obstructing justice, and acting as an accessory after the fact. He was forced to resign his position at the Judge Rotenberg Center as part of a plea deal to avoid jail time.

I don't want to tell you much more because I want to encourage you to read the book.

I also want to remind everyone that the Behavior Analyst Certification Board is considered the gold standard for Autism and to date, the BACB refuses to remove the certifications of those engaged in torture. They are complicit.

These are just some of the staff members:

Current:

Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager

Justin Halton, BCBA, LABA - Director of Special Education

Dawn O'Neill, PhD, BCBA-D, LABA - Clinical

Olivia Treves, M.S., BCBA, LABA - Clinical

Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical

David Plante, M.Ed, BCBA, LABA - Special Education Teacher

Case 1:22-cv-01247-NRN   Document 34-1   Filed 09/01/22   USDC Colorado   Page 92 of 108

8/30/22, 7:03 PM          Opinion: Dr. Jan Nisbet Exposes The Deep Abuses In The Field Of Behavior Analysis At The Judge Rotenberg Center | Mike Moa…

Casey Gallagher, M.Ed, BCBA - Testing Coordinator

Robert von Heyn, PhD, BCBA - Director of Clinical Services

Nathan Blenkush Ph.D, BCBA-D - Clinical Services

Jessica E. Van Stratton, Ph.D., BCBA-D, LBA - Board of Directors

Richard Malott, Ph.D., BCBA-D - Board of Directors

Joshua K. Pritchard, PhD, BCBA-D - Board of Directors

Nick Lowther, MA, BCBA

Past:

R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services

Irene McNulty, M.A., BCBA, LABA - Special Education Teacher

Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator

Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.

Aydrien Cathcart, MSEd, BCBA - Special Education Teacher

Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist

Fabio Bertuol, M.Ed. BCBA - Special Education Teacher

Shane Schofield, M.S. BCBA - Case Manager

Danny Qian, EdS, BCBA - Case Manager

Mencia Lopez, MA, BCBA - Behavior Specialist

Alan Dias-Martin, MA, BCBA - Case Manager

Asli Unver, MA, BCBA - Clinical Asst.

Dr. Christine C Sands, PSYD, BCBA

Sarah Connely, PhD, BCBA-D

The author does not have a material connection to the organizations, author, or books in this article.

Case 1:22-cv-01247-NRN   Document 34-1   Filed 09/01/22   USDC Colorado   Page 94 of 108

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA...

## Mike Moates, MA, QBA, LBA, LMHP

☰

Canton, MA

# "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis

 Mike Moates, MA, QBA, LBA, LMHP    2022-05-13



CBS Boston

## Council of Autism Service Providers

According to the Council of Autism Service Providers, "No. "Punishment," as that term is used in ABA, is not bad. Unfortunately, though, that term is exploited by those who are misinformed about our practice. "Punishment" never involves retribution or harm to the recipient of services."

They made this statement in their frequently asked questions for behav...

Write a comment...                        

Case 1:22-cv-01247-NRN   Document 34-1   Filed 09/01/22   USDC Colorado   Page 95 of 108

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA...

# Comments / 0                                                    

Providers at the Judge Rotenberg Center in Canton, Massachusetts engage in the designs and implements Applied Behavior Analysis ("ABA") treatment plans." Their attorney states that they use "skin-shock."

> disorders were too dangerous. JRC designs and implements Applied Behavior Analysis ("ABA") treatment plans and other forms of psychological and medical treatment. For a small percentage of its most difficult-to-treat clients, the ABA treatment plan includes a harmless contingent skin-shock as a consequence for refractory dangerous behaviors as a treatment of last resort, and only when no other treatment works and when approved by a Massachusetts Probate and Family Court (the "Probate Court") on an individual basis. JRC is specially

Letter from Attorney Representing Judge Rotenberg Center  Michael P. Flammia, Esq. of Eckert Seamans

Both the Council of Autism Service Providers and the Judge Rotenberg Center claim that punishment is "harmless" or "never involves retribution or harm."

The Judge Rotenberg Center has been investigated by the United Nations, the National Council on Disability , and more.

The Founder Matthew Israel was forced to resign after destroying evidence to cover up the centers practices and misleading a grand jury. He was criminally indicted.

The centers "harmless" shocks led to a student being treated for first degree burns. These are minor children according to Forbes. One student was shocked for not taking off his coat. They tie and strap these children down.

To electrocyte someone is defined as "to kill or severely injure by electric shock." It is the opinion of the author that first degree burns are serious injuries that meet this definition. The author notes JRC disputes this.

## United Nations and Personal Testimony Regarding the Judge

Write a comment...                                  

8/30/22, 12:53 PM            "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA…

# Comments / 0                                          

it inflicts pain and suffering tantamount to torture in violation of international law,"

One student alleges, "I was burned many times, and I still have scars on my stomach from being repeatedly shocked there..." he continues with "The electrodes had actually burned into my skin. I experienced long term loss of sensation and numbness in my lower left leg, after getting a shock there. I felt searing pain all the way down to the bottom of my foot, and was left with no feeling in my skin from the knee down for about a year."

One teacher alleges, "I can testify to seeing bloody and crusty scabs all over student arms, legs, and torso, on numerous students, caused mostly by the GED-4, which was most evident when helping certain nonverbal students to sponge-bathe at school, called "self-care". A number of the nonverbal students with whom I worked received 30 shocks in a day, including while tied to a restraint chair."

MotherJones classifies it "The School of Shock" and asks the question "How many times do you have to zap a child before it's torture?"

According to the New York Magazine, a student was shocked 31 times.

Watch this video and see for yourself. Do you think this is torture?

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
│     Judge Rotenberg Center Torture Compilation by forme… │
│                                                         │
│                                                         │
│                                                         │
│                                                         │
│                                                         │
└─────────────────────────────────────────────────────────┘
```

Write a comment…                        

Case 1:22-cv-01247-NRN   Document 34-1   Filed 09/01/22   USDC Colorado   Page 97 of 108

8/30/22, 12:53 PM        "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA…

## Comments / 0                                                          ✕



The Judge Rotenberg Center has engaged in the practice of trying to cen-sor people engaged in sharing their opinion of this horrifying practice. They do this by sending various legal threats.

A copy of various legal threats can be read below:

Judge Rotenberg Center Legal Threat To NeuroClastic

Judge Rotenberg Center Legal Threat to the Global Institute for Behavior Practitioners and Examiners

Across various petitions, over 834,373 members of the public used their voice to stand up to this horrible practice.

### Association of Behavior Analysts International

The Association for Behavior Analysis International continues to give a plat-form to this organization. For years, ABAI has given them a platform to pro-mote this practice.

Write a comment…                                                

Case 1:22-cv-01247-NRN   Document 34-1   Filed 09/01/22   USDC Colorado   Page 98 of 108

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA...

# Comments / 0



people also worked for Western Michigan University. While circumstantial, it is plausible to assume that they are related and that the possibility of a conflict of interest exists. Favoritism should not be a factor when considering the health of the population.

NewsBreak reached out to both people and did not hear back prior to publishing.

This year, two members of the program committee for the 2022 Convention resigned in protest to the Judge Rotenberg Center. You can read their letter below:



Write a comment...

    

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA...

# Comments / 0                                                    

## Behavior Analyst Certification Board

The Behavior Analyst Certification Board is used by many states to license behavior analysts. In order to get a license to practice the state requires you to be certified by this third party certification board.

The Behavior Analyst Certification Board certifies members of the Board of Directors, faculty, and former staff members at the Judge Rotenberg Center (according to public records) including:

Kali Kuharevicz, M.S.Ed., BCBA, LABA - Case Manager

Justin Halton, BCBA, LABA - Director of Special Education

Dawn O'Neill, PhD, BCBA-D, LABA - Clinical

Olivia Treves, M.S., BCBA, LABA - Clinical

Maryellen Newman, M.S., LMHC, BCBA, LABA - Clinical

David Plante, M.Ed, BCBA, LABA - Special Education Teacher

Casey Gallagher, M.Ed, BCBA - Testing Coordinator

Robert von Heyn, PhD, BCBA - Director of Clinical Services

Nathan Blenkush Ph.D, BCBA-D - Clinical Services

Write a comment...                 

Case 1:22-cv-01247-NRN    Document 34-1    Filed 09/01/22    USDC Colorado    Page 100 of 108

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA...

## Comments / 0

Joshua R. Pritchard, PhD, BCBA-D - Board of Directors

Nick Lowther, MA, BCBA

R. Nicolle Carr, Ph.D., BCBA-D, LBA-OK - Asst. Director of Clinical Services

Irene McNulty, M.A., BCBA, LABA - Special Education Teacher

Daniel Ivanov, M.S., BCBA, LABA(MA) - Residential Coordinator

Brittany Greene, Ed.S., NCSP, BCBA, LABA - Mental Health Asst.

Aydrien Cathcart, MSEd, BCBA - Special Education Teacher

Kelly Ilsley, PsyD, ABPP, MBA, BCBA-D, OTR - Psychologist

Fabio Bertuol, M.Ed. BCBA - Special Education Teacher

Shane Schofield, M.S. BCBA - Case Manager

Danny Qian, EdS, BCBA - Case Manager

Mencia Lopez, MA, BCBA - Behavior Specialist

Alan Dias-Martin, MA, BCBA - Case Manager

Asli Unver, MA, BCBA - Clinical Asst.

Dr. Christine C Sands, PSYD, BCBA

Write a comment...

    

# Comments / 0



A copy of lawsuits involving the Judge Rotenberg Center can be read below.

Federal Court:

Alleyne v. New York State Education Department (1:06-cv-00994)

Glinton v. Judge Rotenberg Center (1:03-cv-11597)

JUDGE ROTENBERG EDUCATIONAL CENTER, INC. v. U.S. FOOD AND DRUG ADMINISTRATION (1:17-cv-02092)

State Court:

JUDGE ROTENBERG EDUCATION CENTER & others vs. DIRECTOR, OFFICE FOR CHILDREN & another (DAR-08208)

JUDGE ROTENBERG EDUCATION CENTER & others vs. DIRECTOR, OFFICE FOR CHILDREN & another (SJC-07101)

COMMISSIONER OF MENTAL RETARDATION vs. JUDGE ROTENBERG EDUCATIONAL CENTER, INC.; and BRISTOL PROBATE AND SUPERIOR COURT and APPEALS COURT, as nominal parties (SJC-07093)

COMMISSIONER OF MENTAL RETARDATION vs. JUDGE ROTENBERG EDUCATIONAL CENTER, INC.; and BRISTOL PROBATE AND SUPERIOR COURT and APPEALS COURT, as nominal parties (SJ-1995-0625)

IN RE: PHILLIP BENNETT, and fifty other residents of BRI/JRC, (SJ-1995-0286)

JUDGE ROTENBERG EDUCATIONAL CENTER & others vs. DIRECTOR, OFFICE FC

Write a comment...

   

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA…

# Comments / 0                                                                                

JUDGE ROTENBERG EDUCATION CENTER & others vs. DIRECTOR, OFFICE FOR CHILDREN & another (SJC-06956)

JUDGE ROTENBERG EDUCATIONAL CENTER & others vs. DIRECTOR, OFFICE FOR CHILDREN & another (SJ-1996-M002)

JUDGE ROTENBERG EDUCATIONAL CENTER, INC. F/K/A BEHAVIOR RESEARCH INSTITUTE, INC., et al vs. PHILIP CAMPBELL, in his capacity as Commissioner of the Department of Mental Retardation (SJ-1995-M057)

Guardianship of S.B. THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID (2014-J-0237)

Expand ⌄

📈 Read full story in "NewsBreak" App

# Judge Rotenberg Center          # Association for Behavior Analy

# Council of Autism Service Prov          # Behavior Analyst Certification

# Association of Professional Be

# Comments / 0                                                                            See all ›

Write a comment…              

8/30/22, 12:53 PM          "Autism Treatment Providers" Team Up To Cover Up Alleged Abuses of Applied Behavior Analysis | Mike Moates, MA, QBA, LBA...

# Comments / 0          

Community Policy

**Published by**

**Mike Moates, MA, QBA, LBA, LMHP**

Michael Moates is a Journalist at NewsBreak. Moates is a Licensed Behavior Analyst with the Virginia Board of Medicine. He is a lifelong scholar focusing on studies in psychology, communications, education, and emergency response. He has an Associate of Arts in Criminal

⌖ Fort Worth, TX

👤 101 followers

**Follow**
on NewsBreak

# More from Mike Moates, MA, QBA, LBA, LMHP

**Canton, MA**   2022-05-19

## Opinion: Non-Profit "Leaders" Cash In Over A Quarter of A Million Dollars While Autistic Children Are Shocked

Write a comment...        

8/30/22, 7:07 PM                    Opinion: Dr. Jan Nisbet Exposes The Deep Abuses In The Field Of Behavior Analysis At The Judge Rotenberg Center | Mike Moa…

Canton, MA

# Opinion: Dr. Jan Nisbet Exposes The Deep Abuses In The Field Of Behavior Analysis At The Judge Rotenberg Center


Mike Moates, MA, QBA, LBA, LMHP  |  1 day ago

![PAIN AND SHOCK IN AMERICA — Politics, Advocacy, and the Controversial Treatment of People with Disabilities. With Contributions by Nancy R. Weiss. JAN NISBET. Brandeis University Press]

Jan Nisbet

Senior Vice Provost for Research at the University of New Hampshire, Dr. Jan Nisbet, exposes the deep corruption at the Judge Rotenberg Center in Canton, Massachusetts. Dr. Nisbet lays out a path on how its founder, the school, and the government have not only failed the students but how they have abused them.

The Judge Rotenberg Center operates on the idea that positive punishment has the ability to modify behavior. They do this by shocking children for undesirable behavior. But Dr. Nisbet presents numerous reasons why this practice is ineffective. In her expose, she not only investigates the founder, the center, and the staff but she shows how the government has failed to protect these students.

One student recounts how he was humiliated and forced to wear a diaper. He begs the FDA to discontinue the device practice and recounts about how she was burned by the center. These children are being strapped down and shocked over and over in what the United Nations has designated as torture.

In addition to the issues with the center, Matthew Israel, the founder, was indicted on charges of child endangerment, obstructing justice, and acting as an accessory after the fact. He was forced to resign his position at the Judge Rotenberg Center as part of a plea deal to avoid jail time.

I don't want to tell you much more because I want to encourage you to read the book. I also want to remind everyone that the Behavior Analyst Certification Board is considered the gold standard for Autism and to date, the BACB refuses to remove the certifications of those engaged in torture. In my opinion, they are complicit. They argue that they do not have the authority to enforce ethical practices at this center yet, they have an ethics code.

> Regarding your April 4, 2021 correspondence, you should be aware that the "contributes to allowing" language, if it were shared outside of the BACB, would be libelous and constitute false light defamation. The BACB does not have the ability to permit or prevent the government approval of devices that are subjected by federal authorities to certain standards for approval and authorizations for use. The BACB also does not have jurisdiction over service delivery agencies. Should you have specific evidence of ethics-code violations by individual(s) certified by the BACB in their delivery of ABA services, please feel free to report the certificant(s) here.

Letter from Attorney Representing BACBMark L. Sabey, Esq

What they fail to enforce is the ethics code upon the leadership and staff responsible for the practice including the BACB certified on the Board of Directors and staff.

Canton, MA

# Opinion: Non-Profit "Leaders" Cash In Over A Quarter of A Million Dollars While Autistic Children Are Shocked

 Mike Moates, MA, QBA, LBA, LMHP   |   1 day ago



TC Media

Applied Behavior Analysis has been around for years, but until the last decade it was not an independent field eligible for licensure in the United States. But since the field has come into prominence, many have pointed out that the practice can be extremely dangerous in the wrong hands.

For example, children at the Judge Rotenberg Center in Canton, Mass. are being shocked for what they consider bad behavior. Students at this center have received first degree burns, starved, and restrained for hours on end.

8/30/22, 7:11 PM                    Opinion: Non-Profit "Leaders" Cash In Over A Quarter Of A Million Dollars While Autistic Children Are Shocked | Mike Moates, MA,…

One student said:

> "Instead of showers, I was bathed tied to a restraint board, naked, while staff washed me, putting their hands over me." All in front of cameras, where monitoring watched, including men. Being tied on a restraint board, naked with my private areas exposed to the staff in the bathroom and the cameras, was the most horrible, vulnerable, and frightening experience for me. I would scream out 'rape, rape!" and these were recorded as major behaviors for me "

(Autistic Hoya, "Judge Rotenberg Center Survivor's Letter," 01.15.2013).

The CEO of the Judge Rotenberg Center, Glenda Crookes, makes $354,301 per year according to a filing with the Internal Revenue Service.

James Carr, who is the CEO of the Behavior Analyst Certification Board, takes home a salary of $353,585. While all of this is going on, the Behavior Analyst Certification Board, which certifies many of the members of the Board of Directors and several staff, continues to look the other way and not take action. They claim they cannot enforce their "ethics" code on organizations and therefore the people who work for them. Under his failed leadership, students continued to get shocked. While this happens, his organization certifies many of the directors and staff at the organization. His deputy, Melissa Nosik, takes just shy of 200k per year.

The Behavior Analyst Certification Board and its friends at the Association for Professional Behavior Analysts boast that the board is better than any other because it is a "non-profit." But the question remains, why is the CEO of a "non-profit" taking a salary that is 3 times the average for a non profit leader.

Some other people who are getting rich while the practice continue include:

Maria Malott at the Association of Behavior Analysis International hit the jackpot at $253,401.

Gina Green at the Association for Professional Behavior Analysts is racking up $126,201.

Lorri Unumb at the Council of Autism Service Providers stacks cash at $125,421.

The Association of Behavior Analysis International is hosting the Judge Rotenberg Center which shocks children at its annual convention. The Behavior Analyst Certification Board is offering "ethics" credit for this program the center is running.