IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01247-NRN

BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

    Plaintiff,

v.

MICHAEL MOATES, AN INDIVIDUAL; AND
THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Magistrate Judge N. Reid Neureiter entered on December 7, 2022, it is

ORDERED that Defendants' Second Motion to Dismiss for Lack of Jurisdiction (Dkt. #22) is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff.  It is

FURTHER ORDERED that Plaintiff's Complaint and this civil action are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to TERMINATE this action. Each party shall bear his or its own attorneys fees and costs.

Dated at Denver, Colorado this 7th day of December 2022.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/ Román Villa
                                  Deputy Clerk